MARIS K.V. SNELL, FL Bar No. 125585
msnell@ftc.gov
ADRIENNE JENKINS, OH Bar No. 0089568
ajenkins@ftc.gov
1111 Superior Avenue, Suite 200
Cleveland, OH 44114
Tel: (202) 660-8544
Fax: (216) 263-3426

MILES D. FREEMAN, Cal. Bar No. 299302
mfreeman@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for Plaintiff Federal Trade Commission*

| FILED |
| CLERK, U.S. DISTRICT COURT |
| 02/10/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ GSA _____ DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GROWTH CAVE, LLC, also d/b/a BUFFALO BRIDGE CAPITAL, LLC and PASSIVEAPPS, a Delaware limited liability company;<br><br>APEX MIND, LLC, a Colorado limited liability company; | Case No. 2:25-CV-01115-DDP-(RAOx)<br><br>**PLAINTIFF'S APPENDIX OF EVIDENCE IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**VOLUME 1** |

LUCAS LEE-TYSON, individually and as an officer and/or owner of GROWTH CAVE, LLC;

OSMANY BATTE, aka OZZIE BLESSED, individually and as an officer of GROWTH CAVE, LLC and APEX MIND, LLC; and

JORDAN MARKSBERRY, individually and as an officer of GROWTH CAVE, LLC and APEX MIND, LLC,

Defendants.

2

| Document Title | Appendix Numbers |
|---|---|
| **VOLUME 1** | |
| Declaration of FTC Accountant Roshni C. Agarwal | **Appx 00001 – 00005** |
| Declaration of Consumer Charles Ashe | **Appx 00006 – 00012** |
| Declaration of Consumer Shauna Baker | **Appx 00013 – 00060** |
| Declaration of Consumer Natalie Eastman | **Appx 00061 – 00071** |
| Declaration of Consumer Daniel Fernandez | **Appx 00072 – 00077** |
| Declaration of Consumer Joshua Lang | **Appx 00078 – 00083** |
| Declaration of Consumer Robert Lang | **Appx 00084 – 00194** |
| Declaration of Consumer David Oh | **Appx 00195 – 00208** |
| Declaration of Consumer Kari Patterson | **Appx 00209 – 00277** |
| Declaration of Consumer Samantha Petty | **Appx 00278 – 00281** |
| Declaration of Consumer Dan Poirier | **Appx 00282 – 00302** |
| Declaration of Consumer Rebecca Rivera | **Appx 00303 – 00317** |
| Declaration of Consumer Cynthia Tran | **Appx 00318 – 00357** |

DECLARATION OF ROSHNI C. AGARWAL

Pursuant to 28 U.S.C. § 1746

I, Roshni C. Agarwal, hereby declare as follows:

1.     My name is Roshni C. Agarwal. I am a United States citizen over eighteen years of age.

2.     The following facts are known to me personally and, if called as a witness, I could and would competently testify thereto.

3.     I am a full time, salaried employee of the Federal Trade Commission ("FTC") in Washington, D.C. My work address is 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580. I have worked at the FTC since August 2016.

4.     I am a Certified Public Accountant with the State of Texas and have a Bachelor of Business Administration degree and a Master of Professional Accounting degree from the University of Texas at Austin.

5.     I have over 15 years of experience working as a forensic accountant and auditor for the federal government. Prior to starting at the FTC, I was a Forensic Accountant with the Department of State and a Senior Auditor with the Government Accountability Office.

6.     Since I started at the FTC, I have worked as a Forensic Accountant in the Bureau of Consumer Protection ("BCP") where I work with BCP trial attorneys and investigators.

7.     In my capacity as a forensic accountant at the FTC, I reviewed and analyzed banking records relating to Growth Cave, LLC ("Growth Cave") produced by JP Morgan Chase, N.A. ("Chase"). Additionally, I reviewed data produced by the payment processor Stripe, Inc. ("Stripe"). At the request of FTC attorneys, in each set of records I focused on transactions dated from November 18, 2021 through the last available transaction in the records. I prepared summaries of these records as detailed below.

**Appx 00001**

8.    The Chase bank accounts analyzed for this declaration and the time periods covered are in Table 1 below:

**Table 1: Chase Bank Accounts Included in Analysis**

| Account Name | Bank | Account No. (last 4 digits) | First Transaction Date | Last Transaction Date |
|---|---|---|---|---|
| Growth Cave LLC | Chase | 0985 | 11/18/2021 | 7/31/2024 |
| Growth Cave LLC | Chase | 2701 | 7/29/2022 | 7/31/2024 |

9.    The Stripe accounts analyzed for this declaration and the time periods covered are in Table 2 below:

**Table 2: Stripe Accounts Included in Analysis**

| Account ID | Business DBA | First Transaction Date | Last Transaction Date |
|---|---|---|---|
| acct_16EPodCoUCqMW5WY | GROWTHCAVE | 11/18/2021 | 5/10/2024 |
| acct_1LaNAOKqNt98hqpg | GROWTHCAVE | 10/8/2022 | 9/18/2023 |

**Consumer Transactions**

Source: Bank Records

10.    To identify consumer transactions via the bank records, I used, where appropriate, Comprehensive Financial Investigative Solution ("CFIS"), a financial investigation tool from Actionable Intelligence Technologies, Inc. My understanding is that other U.S. government agencies/organizations who use CFIS include the Internal Revenue Service, the Federal Bureau of Investigation, the Organized Crime Drug Enforcement Task Force and a number of U.S. Attorneys' offices. Among other things, CFIS uses proprietary algorithms and Optical Character Recognition ("OCR") technology to convert bank statements from

2

Appx 00002

financial institutions into a database that can be searched, analyzed, and used to produce a variety of reports and tables. CFIS reports and tables are exportable in Microsoft Excel format.

11.	An FTC Digital Investigative Analyst uploaded and reconciled the bank account statements in CFIS. Once the reconciliation process was complete, I used CFIS's basic query functions to generate a report of all transactions for the accounts in Table 1. I then exported the report and saved it as a Microsoft Excel file for further analysis.

12.	In this case, with consultation from FTC attorneys working on this matter, I identified and aggregated both incoming (credits) and outgoing (debits) funds from known payment processors and other financial facilitators to identify transactions likely originating from consumers doing business with Growth Cave. Table 3 depicts my analysis of the credits:

**Table 3: Consumer Transactions in Bank Accounts**

| Source of Funds | Credits |
|---|---|
| Stripe | $27,955,287.91 |
| United Credit | $8,524,388.87 |
| Currency Cloud | $5,674,843.03 |
| Finmkt Inc | $4,521,290.51 |
| Paypal | $1,592,590.29 |
| M Merchant | $670,004.46 |
| Decisionfi LLC | $154,630.20 |
| Gocardless | $26,180.00 |
| Paymentech | $53.00 |
| | |
| **Total** | **$49,119,268.27** |

13.	The bank records showed total incoming funds (credits) from the listed sources was $49,199,268.27 from November 18, 2021 through July 31, 2024.

3

Source: Stripe Records

14.     Stripe provided the FTC with transaction records from Growth Cave accounts, as shown in Table 2. To calculate all incoming funds (credits), I filtered the transactions on the "transactions" tab to only show transactions from the two Growth Cave accounts listed in Table 2 from November 18, 2021 onwards. I then used Excel's subtotal function to add up all the rows and then divided by 100 to convert cents (in which the Stripe transactions are formatted) to dollars. The total incoming funds as per Stripe's CID response was $31,381,366.16.

15.     If we replace the Stripe credits amount from the Chase bank accounts, as shown in Table 3, with the larger number of incoming funds shown in Stripe's transactions data, we get likely gross consumer sales of $52,545,346.52.[1]

### Other Transaction Totals

16.     FTC attorneys asked me to calculate the totals for two additional types of transfers from Growth Cave's Chase accounts.

17.     Growth Cave transferred to "Ozzie" (account ending in "3792") funds totaling $7,610,026.41.

18.     Additionally, FTC attorneys asked me calculate totals received from and sent to "Vanguard." A total of $3,886,001.21 was received from and a total of $6,612,783.78 was transferred to "Vanguard." All of these transactions referenced

---

[1] Stripe and Chase's productions contains some data on outgoing funds (debits) but the data is unclear and likely incomplete, so I did not attempt to subtract those amounts from the total transactions amount. For example, the Chase records show debits to most of the entities listed in Table 3, totaling $1,399,285.64. However, the bank records do not show whether those debit amounts represent fees, chargebacks, refunds, etc., therefore it is not clear whether all of those debit amounts should be considered when calculating the total financial harm to consumers.

4

Appx 00004

"Lucas Lee Tyson" (or variations of that name) as the individual associated with the Vanguard account.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _10-29-2024_____          _____

                                   Roshni C. Agarwal

5

**Appx 00005**

## DECLARATION OF CHARLES ASHE

### Pursuant to 28 U.S.C. § 1746

I, Charles Ashe, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am a U.S. citizen over the age of 18, residing in Bayonne, New Jersey.

2.    In approximately August 2023, I saw an advertisement from Lucas Lee-Tyson on social media—either Facebook or Instagram, I can't recall which—promoting a turn-key business opportunity. It sounded promising, so I set up an interview to learn more about the business.

3.    A few days later, I had a Zoom meeting with one of the representatives, Stefan, to go over the program. The program was called Cashflow Consulting Academy (CCA), and the company offering it was Growth Cave. Basically, from what I understood from the ad and from what Stefan said, I would be part of Growth Cave's team and would market to businesses in their network of companies. I understood that it would work almost like a call center, but for when businesses are too busy to follow up on the leads they have from people who filled out a form or showed some other interest but did not fully follow up. CCA would teach me how to follow up with those leads. If, after I followed up with them, the person ultimately signed up, I'd receive a commission.

4.    The initial investment was around $4000 or $5000. I didn't realize it would be so high, and I told Stefan I couldn't afford to pay it. He said not to worry because they have financing, and he helped me take out a loan for the fee.

5.    I had decided to go ahead with the program because I understood from the advertisements and my call with Stefan that there was a huge earning

potential, and I would be guaranteed a job. By signing up with their turnkey company, I would be making a lot of money just by doing follow ups for companies. They also said it was something you can do from home, in addition to your current work, but that you'd make so much money it might even replace your job.

6. The program involved watching a series of videos from Ozzie Blessed. You were required to take a test at the end of each module before you could go to the next one. There were about ten videos, and I watched all of them. But when I got to the final test, right before I'd enter their network, I could not pass the test. It was about 20 multiple choice questions and you needed to score a 100% before moving on. Growth Cave would not tell me which questions I got wrong or how many questions I missed—just that I didn't pass. I must have taken the test between 10-20 times. I kept going back to the video and basically memorized it and they still kept saying I didn't pass. This process is something they never told me about before I had signed up for the program. If I had known I had to take all these tests and couldn't move forward in the program without passing them, I would not have signed up.

7. It seemed like the whole thing was fake—a way to get my money but then to prevent me from actually getting into the network of businesses by never letting me pass the test.

8. I emailed Stefan at Growth Cave to complain that they had never told me that there were tests before I signed up, I couldn't pass the final test, and they wouldn't tell me which questions I got wrong. I found Stefan to be unhelpful and unresponsive.

9. I contacted the loan company and asked them to close the account and dissolve the loan. I also filed a complaint against Growth Cave with the Better Business Bureau (BBB). A true and correct copy of my complaint to the

2

**Appx 00007**

BBB (with my personal information redacted) and Growth Cave's response is attached as **Exhibit A**.

10.     Jordan Marksberry of Growth Cave responded to the BBB regarding my complaint. He said my payment was nonrefundable. He also said that they wanted to reconnect me with my coach, and if I needed additional help, to email them at jordan@growthcve.com. I reached out, but they never responded.

11.     Ultimately, the loan company agreed that I could pay off the loan for $3000, which I did. I felt like I had to do this to avoid having negative information on my credit report. I feel like I paid $3000 for nothing.

12.     I never received any documents from Growth Cave substantiating the earnings claims that Growth Cave made or a document disclosing whether there were legal actions against Growth Cave or listing contact information for prior CCA purchasers.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _____8/19___, 2024, in ___Bayonne_____, _____New Jersey___ _____.

             Date          City          State

Charles Ashe

3

**Appx 00008**

# EXHIBIT A

Appx 00009

# Growth Cave, LLC

**Case #:** 21423360

| | | | |
|---|---|---|---|
| **Consumer Info:** | Ashe, Charles<br>**REDACTED** | **Business Info:** | Growth Cave, LLC<br>707 Park Ave NE<br>Atlanta, GA 30326<br>4044296045 |

**Date Filed:** 3/12/2024 4:42:48 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I am a victim of a scam by Growth Cave. I responded to an ad for services they stated they provide where I would be working with them on their business affiliates to follow-up with leads. There is a buy in to their program which is about $5K and they told me they have a loan company (Covered Care) who would approve a loan for me if I couldn't afford it out of pocket. The loan was accepted and their service only had videos to watch and a test they state had to be answered 100% to work with them. None of this was discussed prior to opening the account and accepting the loan. The scam is they will always state the results of the test did not pass 100% and do not disclose which questions were answered incorrectly. I have not been able to receive any service as a result. They used this scam to open loan accounts for Covered Care without providing any work.

**Consumer's Desired Resolution:**

I want the account closed and loan cancelled. I notified the loan company and they state only Growth Cave could authorize the closure. Growth Cave does not respond.; Correction to a credit report; Contact by the business

**Ashe Exhibit A**

**Appx 00010**

# Complaint Messages

**03/13/2024 - Jordan Marksberry**
Respond to Complaint

Hey Charles,

We value every client and work very hard to ensure every client receives the assistance and guidance throughout every step of the program.

We also genuinely appreciate your feedback as we strive to always improve and grow as a business, and welcome all forms of feedback. Our team is committed to working with you to achieve your goals.

To find the continued support to help get you back on track with working towards your goals, please reach out to us via the chat bubble at members.growthcave.com at any time and our team of coaches would be thrilled to assist you.

If you need additional assistance at any point not directly related to your progress within the program, please email us directly at jordan@growthcave.com

**03/13/2024 - Charles Ashe**
I do not accept the response made by the business to resolve this complaint

Complaint: 21423360

I am rejecting this response because: I have attempted to reach out several times and never receive a response back as you can see from the attached email. It appears you only respond to the loan company and BBB. This makes me feel you are not sincere with your response and will continue to ignore client communication. All I ask is that you cancel the loan. I am not asking for a refund. Covered Care is awaiting your approval as per their case (3304).

Sincerely,

Charles Ashe
**REDACTED**

**Ashe Exhibit A**

**Appx 00011**

**03/13/2024 - Jordan Marksberry**
Respond to Complaint

Hey Charles,

Thank you for sharing your response. We highly value each client and dedicate ourselves to providing comprehensive assistance and guidance at every step of the program. We also recognize the significance of helping you achieve your desired results through our courses and coaching program.

I understand your desire to withdraw from the program and your request for a possible refund. However, according to the policies and guidelines governing the Cashflow Consulting Academy Program you enrolled in, payments are nonrefundable. This policy ensures consistency and fairness for all our clients. Therefore, we are eager to reconnect you with your assigned coach, aiming to enrich your training experience and ensure you continue making progress toward the goals you initially set upon joining us!

To find the continued support to help get you back on track with working towards your goals, please reach out to us via the chat bubble at members.growthcave.com at any time and our team of coaches would be thrilled to assist you.

If you need additional assistance at any point not directly related to your progress within the program, please email us directly at jordan@growthcve.com

**Ashe Exhibit A**
**Appx 00012**

DECLARATION OF SHAUNA BAKER

Pursuant to 28 U.S.C. § 1746

I, Shauna Baker, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am a U.S. citizen over the age of 18, residing in Ripley, Oklahoma.

2.     In January 2023, I was looking into affiliate marketing for my real estate business and I came across a YouTube advertisement by Lucas Lee-Tyson, regarding a program where he would help you create and advertise an online business. When I clicked on the video advertisement, I was sent to a page where I could set up a time to speak with someone at Lucas's company, Growth Cave.

3.     I had a call with a Growth Cave representative, Boise Le, and he walked me through the program options. He told me that there was a program for $5,000 where I would have to do everything myself, but that if I paid $6,800, I would get 1-on-1 help with coaches to set up my online course. The $6,800 option was for the Knowledge Business Accelerator Program ("KBA Program"). Boise also told me about their $10,000 profit guarantee, which would help me pay off the $6,800 purchase price. Growth Cave made it sound like you could create a course on any topic and the public would buy it because people want to learn new things.

4.     I agreed to pay a $1,360 down payment that day and Growth Cave helped me apply for and obtain 0% financing to cover the remaining balance. Boise did everything and then just sent me the loan agreement for me to sign electronically.

**Appx 00013**

5.    When I signed up for the KBA Program, Boise told me that I had to go to TrustPilot.com and leave a good review for Growth Cave and after that I would receive an email from Lucas providing me with access to the KBA Program. I did post a positive review right after I enrolled in the KBA Program, but after I realized that Growth Cave was not fulfilling its promises I went back and amended my favorable TrustPilot.com review. After Growth Cave had gotten my initial payment, they sent me a contract that I had to sign regarding the KBA Program. A copy of the contract, dated January 26, 2023, is attached as **Exhibit A**.

6.    At no time before or after I joined any Growth Cave program was I provided with any documentation regarding other Growth Cave clients, how much income they earned using Growth Cave's programs, or any details on how they were able to earn income with Growth Cave's programs.

7.    Once I had gained access to the KBA Program, I saw that a lot of it was just videos of Lucas talking about how he had started out with nothing and now he is a millionaire. There were also little assignments that we were required to complete. And I was required to post an introduction message to the dashboard where you could communicate with other KBA Program participants.

8.    The KBA Program was kind of confusing and not as simple as Growth Cave's advertisements made it seem. Even though Growth Cave claims it will help you earn "automated" income using AI, you actually have to do a lot of work yourself. Growth Cave offers an online platform called "GrowthBox" that is really just a marketing platform where you can set up your advertisements and video sales letter. If someone watches your advertisements and clicks for more information, they get directed to the GrowthBox system and you can manage your customers through there. Not much about GrowthBox is really "automated" or AI.

2

**Appx 00014**

9.    By the time I had reached the third "module" of videos I was supposed to watch in the KBA Program, I was very confused and really wanted someone else to help me do all the work that was required. Growth Cave had been posting advertisements in its online portal and sending me emails about the Digital Freedom Mastermind Program ("DFM Program"), which was the "done-for-you" version of the KBA Program. In the emails Lucas sent me, he described how the DFM Program would handle a lot of your online course business for you. An example of one of the emails I received is attached as **Exhibit B**. I watched a video where Lucas talked more about the DFM Program, and he explained how Growth Cave would do everything for you to set up and operate your online course. He said there were only 25 spots available in the DFM Program and that they would carefully vet everyone who applied and only accept people who they believed were a good match.

10.    I applied to join the DFM Program and had to fill out an application providing details on what I was currently doing to make money and how much money I made. I also had to say how much money I hoped to make through the DFM Program. On February 10, 2023, I received an email from Lucas regarding my application. A true and correct copy of this email is attached as **Exhibit C**.

11.    I met with Matthew Pulliam, a Growth Cave representative, and he instructed me on how to fill out a loan application to obtain financing to pay for the DFM Program. Matthew told me the "system" did not like it when your income is over $100,000, so he told me to put $95,000 as my income and I followed his instructions. I was quickly approved for $30,000 in financing. I also paid $10,000 as a down payment using a credit card. Matthew told me that Growth Cave charges up to $50,000 for the DFM Program, but that I was getting a discount because I made payment arrangements on the same day as

3

our call. A copy of the contract I signed for the DFM Program is attached as **Exhibit D**.

12. When I joined the DFM Program, I believed it was supposed to be done for you. Growth Cave made it sound like you just give them your idea for the course and sit back and they'll do it all for you. In reality, a Growth Cave employee named Mason McFadden sent me sales pitches and scripts of what to say in videos of myself. I didn't expect to have to video myself to sell my course. But I went along with it and read the script they provided. The script was supposed to say I could guarantee 10 – 15 leads per month using my system. I told Growth Cave that what I wanted them to create was a referral website for real estate but it didn't exist yet. I told Growth Cave I can't tell people to expect 10 – 15 leads per month when there's not a system in place and I haven't tested it. Growth Cave said you sell your program first and take care of the rest later. I told them that felt unethical, possibly illegal, and might put my real estate license at risk.

13. As part of the DFM, I also was supposed to get 1-on-1 meetings with Lucas, Ozzie, and Jordan Marksberry, Growth Cave's Operations tech.

14. My first call was with Lucas, who was supposed to tell you whether your course idea would work. I told him about a few ideas I was considering, including creating an online course for homebuyers or doing a referral website for real estate. He led me to believe that Growth Cave could create these courses for me.

15. My next call was supposed to be with Ozzie, who is Growth Cave's "mindset" coach. Ozzie did not show up the first time we were scheduled to speak. I contacted Lucas and he told me to reschedule the call. Ozzie did attend our rescheduled call. Ozzie told me how he had been a mortgage loan officer in 2008 and he lost everything and was homeless. I am currently a real estate broker and I used to do mortgage lending, so I felt like

4

we had that in common. Ozzie also told me I should do a course telling people to take out all the equity in their homes because supposedly there is a looming recession.

16.    My third call was with Jordan. In the DFM Program, you get the GrowthBox software free for 6 months. Jordan showed me how to set up GrowthBox, but he didn't do any of the work for me. He just showed me where to go in and put in my information and where to find different features. No one at Growth Cave set any of this up for me, even though it was supposed to be "done for me."

17.    After joining the DFM Program, I was also surprised to learn that there were over 100 people in my "cohort" that started on March 1, even though Growth Cave had said it was limited to 25 people.

18.    I spoke to many other DFM Program participants and I am not aware of anyone who was ever denied entry to the DFM Program, despite Growth Cave's claims about their strict vetting process. I have also never met anyone who made any money using Growth Cave's programs. I was never able to make a single sale using any of Growth Cave's programs.

19.    I am aware of an individual named Andrew Imbesi who supposedly did the DFM Program and was very successful. His program involves getting people 0% interest financing and he was able to obtain financing for other people who were paying to join the DFM Program. Growth Cave even sent me emails about Imbesi's business funding offers. A true and correct copy of one of those emails is attached as **Exhibit E**.

20.    Despite all the promises Growth Cave made, Growth Cave did not make much progress toward creating my online course. They did not ever create the referral website I had described. I filmed advertisements and sent them to Growth Cave, but they did not ever run the advertisements.

5

21. After about a month in the DFM Program, I began to realize I had been duped and that Growth Cave was not going to fulfill its promises. I received a marketing email that appeared to be selling the KBA Program – that I paid $6,800 for – for just $8.99 per month. I contacted Jordan to ask about this new class and request a refund for the $6,800 I had paid for KBA. Jordan told me that the new class was a different class and Growth Cave was now charging $9,800 for the KBA Program.

22. After that, I posted a demand in Growth Cave's MOXO communications app. They told me to contact their attorney. Eventually I was able to retain an attorney and he sent Growth Cave a demand letter on April 24, 2023. A true and correct copy of the letter is attached as **Exhibit F**. This letter requested a refund of the total $46,800 I had paid for Growth Cave programs. The letter also pointed out the $10,000 profit guarantee, which Growth Cave had not satisfied.

23. Growth Cave's attorney responded to my demand letter and refused my refund request. Growth Cave said that they only guaranteed to continue working with me until I hit $10,000 profit. That is not how the $10,000 profit guarantee was explained to me before I signed up with Growth Cave, I understood that I was guaranteed to earn at least $10,000 in profit.

24. I filed complaints regarding Growth Cave with the Texas Office of the Attorney General, the FDIC, the CFPB, and the FBI. True and correct copies of the complaints I filed with the CFPB and the FBI are attached as **Exhibits G** and **H**.

25. In March 2024, I filed a lawsuit in the United States District Court for the Central District of California against Growth Cave, Lucas Lee-Tyson, and Osmany Batte (aka Ozzie Blessed), along with several financial institutions involved in financing my payments to Growth Cave. Growth Cave has sought to move my case to arbitration, due to a provision in the contracts.

6

26.     After I filed the lawsuit, the lenders who held my loans for Growth Cave programs wrote off the remaining balance of my loans.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: __08. 02. 2024__                              _____

Shauna Baker

7

Appx 00019

# EXHIBIT A

**Appx 00020**

# Growth Cave Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Knowledge Business Accelerator Program is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Growth Cave and the Knowledge Business Accelerator program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Scale-Ready Offer™
- Automated Customer Acquisition™
- Knowledge Business Systems & Scaling™
- Knowledge Business Accelerator Training Modules™
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

I _Shauna Baker_____ understand and agree that by committing to becoming a member of the Knowledge Business Accelerator Partnership Program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

Signature: _Shauna Baker_
7D529223CC49400…

Date: _1/26/2023_

## TERMS AND CONDITIONS

The following  Terms and Conditions sets forth the legally binding terms between you and Growth Cave, LLC for your purchase of Growth Cave, LLC GrowthCave.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Baker Exhibit A**

**Appx 00021**

DocuSign Envelope ID: 90BE5F78-A518-41B0-B5DF-316B5FE2GF60

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.** ___ SB ___
**Your initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information

Baker Exhibit A
Appx 00022

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**Baker Exhibit A**

**Appx 00023**

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Baker Exhibit A**

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

**AppX 00024**

...s; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

Baker Exhibit A

Appx 00025

DocuSign Envelope ID: 90BE5F78-A518-41B0-B5DE-3/6B5FE25F60

the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I Shauna Baker understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

DocuSigned by:

Signature: *Shauna Baker*
7D529223CC49400...

Date: 1/26/2023

**Baker Exhibit A**
**Appx 00026**

# EXHIBIT B

Appx 00027

From: Growth Cave no-reply@circle.so
Subject: Work 1-On-1 With Lucas In March 2023?
Date: Feb 15, 2023 at 6:09:17 PM
To:        **REDACTED**

## Work 1-On-1 With Lucas In March 2023?

 **Lucas Lee-Tyson**
Posted in Announcements

At the start of this year in January, my business partner and I launched a mastermind for clients like you who are looking to work more closely 1-1 with us, as well as have a lot of aspects of your online course business handled FOR you.

Funny enough, before we had our courses/coaching programs we only worked with clients 1-on-1.

And, every single time, we saw our 1-on-1 clients see incredible progress in their business.

Having someone like myself and my team of top 1% marketers & sales people come in and pinpoint EXACTLY what you're doing wrong in your business (and walking you through step-by-step how to fix it) is bar none **the quickest way to grow.**

So, my question for you is... **If I put together a small group to work 1-on-1 with me personally in March 2023... would you be interested?**

If so, I just put together a 20-minute case study video that explains how it works.

**Check out the details here and let me know if it's of interest https:// go.growthcave.com/dfm-overview**

**Baker Exhibit B**

**Appx 00028**

*-Lucas*

**View post**

© 2023 Growth Cave

Change notification settings    Unsubscribe

**Baker Exhibit B**

**Appx 00029**

# EXHIBIT C

**Appx 00030**

From: Lucas Lee-Tyson lucas@growthcave.com
Subject: Shauna – regarding your Digital Freedom Mastermind application
Date: Feb 10, 2023 at 1:05:02 PM
To:        **REDACTED**

Hey Shauna,

Lucas here – reaching out regarding your application for our Digital Freedom Mastermind.

Please check this link out ASAP: https://go.growthcave.com/dfm-response

Feel free to reply with any questions.

– Lucas

**Baker Exhibit C**
**Appx 00031**

# EXHIBIT D

Appx 00032

DocuSign Envelope ID: AAA5D152-5052-43A1-BB9D-E5B0CE04DC26

# DFM Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Digital Freedom Mastermind for the next 6 months is a brilliant decision. This program is an incredibly valuable source of support!

Over the next 6 months, as a client of Growth Cave and the Digital Freedom Mastermind, you will receive the following:

- 1-1 Onboarding Call with Lucas to go over your offer, marketing, messaging and find any instant "profit holes" we can plug in your business, as well as map out your roadmap for the first 6 months in the mastermind.

- 1-1 Mindset Call with Ozzie to identify your limiting beliefs, financial thermostat, fears, and doubts that might be causing you self sabotage yourself from success, as well as get clear on your vision for your business.

- 1-1 Tech Call with Jordan to set up automations in your business and ensure everything is set up to run like a well oiled machine no matter whether you're making $1k or $100k per month.

  - **BONUS:** Clients get their subscription to GrowthBox.ai for FREE while they're in the mastermind.

- Monthly 1-1 "Progress Check-In" Call with Lucas, Ozzie, and Jordan (rotating).

- Unlimited Slack & Zoom Access to Lucas, Ozzie, and the executive team here at Growth Cave to map out your business strategy.

- Access to our entire Done-For-You services department here at Growth Cave

- Weekly group calls with other Digital Freedom Mastermind clients

- Private, mastermind only Slack community with quarterly events (virtual & in-person)

I _____Shauna Baker_____ understand and agree that by committing to becoming a member of the Digital Freedom Mastermind Partnership Program that I have access to all of the above. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable.

Signature: _____*Shauna Baker*_____ Date: _____2/15/2023_____
DocuSigned by:
7D529223CC49400…

**Terms and Conditions of Sale** This Agreement sets forth the legally binding terms for your purchase of Growth Cave, LLC GrowthCave.com products and/or services indicated on your order form or explained to you by your enrollment advisor.

**Baker Exhibit D**

**Appx 00033**

DocuSign Envelope ID: AAA5D152-5052-43A1-BB9D-E5B0CE04DC26

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor. You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of Services. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled and no fees will be refunded. Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results. Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful.

**Refund Policy.** All enrollments into the Digital Freedom Mastermind are non-refundable. **I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.**

**Duty to Read.** I accept that under this agreement I have a duty to read this refund policy given to me and have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

**Term.** This Agreement will stay in force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services. Your use of the Growth Cave members' website(s) or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to

**Baker Exhibit D**

**Appx 00034**

you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Massachusetts without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement shall act as a waiver of subsequent breaches; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force

**Baker Exhibit D**

**Appx 00035**

...formance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute

**Baker Exhibit D**

**Appx 00036**

DocuSign Envelope ID: AAA5D152-5052-43A1-BB9D-E5B0CE04DC26

of Massachusetts, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Massachusetts, county of Suffolk. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) in Boston, Massachusetts, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I _____Shauna Baker_____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Digital Freedom Mastermind. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: _____ DocuSigned by: *Shauna Baker* 7D529223CC49400... _____ Date: ___2/15/2023___

**Baker Exhibit D**

**Appx 00037**

# EXHIBIT E

**Appx 00038**

From: Growth Cave no-reply@circle.so
Subject: How To Get $50k-150k+ In 0% Interest Funding For Your Business [KBA Clients Only]
Date: May 2, 2023 at 5:05:50 PM
To: **REDACTED**

## How To Get $50k-150k+ In 0% Interest Funding For Your Business [KBA Clients Only]



**Lucas Lee-Tyson**
Posted in Announcements



One of our top clients, Andrew Imbesi, just agreed to a pretty amazing deal that benefits our clients like you!

As you might know, Andrew started his online course business with us, where he teaches people how to get access to 0% interest funding thanks to some loopholes he's discovered about in the US Banking System...

We had the chance to meet Andrew for the first time at our Digital Freedom Mastermind live event and it was awesome learning more about his story...

**Baker Exhibit E**
**Appx 00039**



What happened next was even crazier though...

Andrew pulled me to the side at the event and said...

*"Lucas, I seriously can't thank you enough for all that you've done to change my life and grow my business from scratch...*

*Is there anything I can do for YOU to return the favor?"*

I thought about it for a second and realized how much value Andrew's course could offer to our clients...

**Baker Exhibit E**
**Appx 00040**

Andrew teaches aspiring entrepreneurs how to get access to **$50k-150k+ in 0% interest business funding**, that they can re-invest into advertising, software, or really anything they want.

I realized how many of our clients could potentially benefit from this sort of offer to accelerate their business' growth...

Andrew agreed that it was a massive opportunity and we got right to work...

You can learn more the crazy offer he's making to clients like you here: https://go.growthcave.com/funding-offer

This offer is ONLY for clients of our Knowledge Business Accelerator, and Andrew is not going to be able to offer this forever...

If you want to potentially get access to $50k-150k+ in 0% interest funding to grow your business, click here and get all the details before we take this offer down.

View post

© 2023 Growth Cave

Change notification settings    Unsubscribe

**Baker Exhibit E**
**Appx 00041**

# EXHIBIT F

**Appx 00042**

 **Gmail**

Glenn Manishin <gmanishin@gmail.com>

---

# Shauna Baker v. Growth Cave Inc., et al.

---

**Glenn Manishin** <gmanishin@gmail.com>                                                    Mon, Apr 24, 2023 at 1:32 PM
To: chris@revisionlegal.com
Cc: Shauna Baker                    **REDACTED**                >, "lucas@growthcave.com" <lucas@growthcave.com>

Mr. Carol,

Lucas Lee-Tyson and Growth Cave Inc. have supplied your name to my client Shauna Baker as their counsel and referred Ms. Baker's legal dispute with them to you for response.

This matter arises from two contracts for the so-called "Knowledge Business Accelerator Program" and an express "$10,000 Profit Guarantee" promised therein. The agreements were obviously not prepared by a lawyer. Lucas and Growth Cave did not deliver the promised services, now refuse to honor the guarantee, and have declined to extend a refund to my client despite their breach.

There are a number of reasons why these contracts cannot be enforced against our client and why Growth Cave's conduct would entitle her to monetary damages — or, alternatively, rescission of the agreements and restitution — on account of fraud and/or breach.

First, the "Digital Freedom Mastermind" (DFM) Agreement includes an indemnification clause which purports to eliminate **any** monetary liability for breach. That's unconscionable under most state contract common law.

Second, the DFM Agreement has a disclaimer about profit/earnings ("Growth Cave cannot and does not guarantee or promise any level of earnings within a specific time frame") which is 180 degrees opposite to the $10,000 passive profit "guarantee" offered via the Growth Cave onboarding software, as documented with the Step #2 screen shot inline below, AND with the explicit language of the Growth Cave Client Agreement. Indeed, the latter agreement would almost certainly be deemed by a court to be illusory, and thus unenforceable, because its $10,000 guaranty provision is in direct conflict with the same Earnings Disclaimer as the DFM agreement.

**Baker Exhibit F**

**Appx 00043**

Gmail - Shauna Baker v. Growth Cave Inc., et al.                                                                                                    4/24/23, 1:33 PM

9:39

🔒 go.growthcave.com

## Step #2: Apply To Partner With Us (After Watching The Training)

### Apply To Partner With Us To Launch Your Own Automated Online Course

We'll help you launch your online course from complete scratch, and work with you until you've made your first $10,000 in passive profit (guaranteed).

**Continue**

---

Third, the Massachusetts Growth Cave corporate entity that was apparently the unnamed counter-party to the DFM Agreement was dissolved and cancelled in 2022, **before** the date of the DFM Agreement. It thus lacked the legal capacity to enter into a contract as a matter of law. (Note that Lucas has never designated which legal entity is the contracting party in either of the two agreements.)

Finally, the forum selection clauses (MA and TX) are in conflict and, based on the best information available to me, have no nexus to the business location of Growth Cave (Austin, Texas) or to my client as the customer. I doubt a fair court in any state would enforce such a clause if a lawsuit were to be filed.

Ms. Baker therefore demands a prompt refund of her charges, namely $46,800.00, as settlement of this dispute. Absent a consensual resolution, we reserve our client's right to file a complaint for damages on account of breach of contract, fraud and deceptive trade practices in Oklahoma or before any other state or federal court of competent jurisdiction.

Should you desire to address resolution of this matter without further legal escalation, to which our client remains open, please contact me at your earliest possible convenience. The courtesy of a reply within 10 days is respectfully requested.

https://mail.google.com/mail/u/0/?ik=cc02241203&view=pt&search=…gid=msg-a:r1847440845532246910&simpl=msg-a:r1847440845532246910          Page 2 of 3

**Baker Exhibit F**

**Appx 00044**

Sincerely

Glenn Manishin



## Glenn B. Manishin

Managing Partner | ParadigmShift Law LLP

📞 +1 202.256.4600     ✉ glenn@paradigmshiftlaw.com
📞 +1 877.666.5111     ✉ glenn@manishin.com

6735 Breezy Dr., Ste. 101, Warrenton, VA 20187-2716 USA
paradigmshiftlaw.com



## 2 attachments

📄 **2023 01 06 _growth_cave_ Knowledge Business Accelerator - Client Contract RL Comments.docx.pdf**
265K

📄 **Digital Freedom Mastermind - Client Contract.pdf**
223K

**Baker Exhibit F**

**Appx 00045**

# EXHIBIT G

Appx 00046

 An official website of the United States Government

 Consumer Financial Protection Bureau

(https://www.consumerfinance.gov/)

Submit a complaint / Complaint filed

# Your complaint

Complaint Number 240120-13058917

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit card

**TYPE**
General-purpose credit card or charge card

**Baker Exhibit G**

**Appx 00047**

# Step 2

---

## What type of problem are you having?

**ISSUE**

Problem with a purchase shown on your statement

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**

No

**TYPE OF ISSUE**

Credit card company isn't resolving a dispute about a purchase on your statement

# Step 3

---

## What happened?

04/28/23 - This is the first date I disputed a charge of $10,000.00 to Merchant named Growth Cave. I sent Amex copies of the Demand Letter sent to Growth Cave, copy of Secretary of State filing in Massachusetts reflecting Growth Cave entity dissolving from the State of Massachusetts and Growth Cave used Massachusetts provisional venue in their contract after they dissolved their company entity from Massachusetts. I also informed Amex that the services were not as described or received as Merchant advertised. Growth Cave sent Amex copies of a contract that was signed for another service purchased and was paid for by other means, not by Amex. Merchant sent in screenshots reflecting that I utilized their digital services but these screenshots were for a different service, not the service that was being disputed. I reopened the dispute several times with Amex after this date and Amex continues to this day to use the evidence the merchant sent to justify the charge being disputed. The dates of the contract and the screenshots are dated prior to the charge date listed on my statement. I was forced to hire an Attorney regarding the matter with Growth Cave and my Attorney has several other clients who have signed with her regarding Growth Cave's deceptive trade practices. Amex has refunded other clients who purchased Growth Cave services for the exact same service and amount. This was sent to Amex and I requested Amex to change the dispute reason to: services that were not received and not as described. Amex has refused to reopen the dispute due

**Baker Exhibit G**
**Appx 00048**

to the merchant sending in invalid proof to justify the charge, which is a deceptive act. Due to Amex siding with the Merchant instead of their customer, I now have to sue Amex for picking and choosing who they decided to refund in regards to this Merchant and their services. I have documentation that reflects Amex refunding other consumers in regards to the Merchant known as Growth Cave, who are being represented by the same Attorney as myself, and Amex refuses to allow this evidence on my behalf. They disregarded my evidence and re-billed this service on my card. Amex keeps stating that their investigation reveals that I signed a contract that states no refunds for a service called Knowledge Business Accelerator, which is dated 01/26/23 and was paid for by a FinTech lender named Wizebank. The $10K charge on 02/15/23 was for a service called Digital Freedom Mastermind, which was falsely advertised and the services that were suppose to be received were not received and not as described. Growth Cave only sent a copy of a Stripe receipt for the $10K charge and the receipt indicates that it was not given to the consumer. Growth Cave sent in a copy of the earlier contract for another service. Amex is not protecting their customer and is refusing to refund me based on Merchant documentation that does not apply.

 **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

Amex to reopen the dispute based on the services that were not received and not as described. This is the dispute reason that was used by other consumers with Amex and they received their money back from Amex.

### 4 attachments

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

24.1.11 Shonda Howard Moran KBA Amex chargeback dollars6800 credited.pdf (257.2 KB)

AMEX dispute letter 01-12-24.docx (14.4 KB)

**Baker Exhibit G**
**Appx 00049**

23.12.11 Shonda Howard Moran chargeback Amex 10k credited.pdf (228.1 KB)

23.12.14 Amex Growth Cave disputes.pdf (407.4 KB)

# Step 4

## What company is this complaint about?

**COMPANY INFORMATION**

AMERICAN EXPRESS COMPANY

**CARD NUMBER**

•••••••••••••   👁

# Step 5

## What people are involved?

**Baker Exhibit G**

**Appx 00050**

**YOUR CONTACT INFORMATION**

Shauna Baker

**REDACTED**

**YOUR DEMOGRAPHIC INFORMATION**

**AGE**

REDAC

**SEX**

Female

**HISPANIC, LATINO, OR SPANISH ORIGIN**

No

**RACE**

White

**HOUSEHOLD SIZE INCLUDING TOTAL NUMBER OF ADULTS AND CHILDREN**

3

# About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday - Friday (except federal holidays). (https://www.opm.gov/policy-

**Baker Exhibit G**

**Appx 00051**

data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday
> (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-
> leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

---

An official website of the United States Government

**Baker Exhibit G**

**Appx 00052**

# EXHIBIT H



**FEDERAL BUREAU OF INVESTIGATION**

## Victim Information

| | |
|---|---|
| Name: | Shauna Baker |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Home Sweet Home Realty |
| Is the incident currently impacting business operations? | Yes |
| Age: | |
| Address: | **REDACTED** |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Ripley |
| County: | Payne |
| Country: | United States of America |
| State: | Oklahoma |
| Zip Code/Route: | |
| Phone Number: | **REDACTED** |
| Email Address: | **REDACTED** |
| Business IT POC, if applicable: | **REDACTED** |
| | **REDACTED** |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Other |
| If other, please specify: | Loan |
| Transaction Amount: | 6800.00 |
| Transaction Date: | 1/26/2023 |
| Was the money sent? | Yes |
| | |
| Victim Bank Name: | Wizebank |
| Victim Bank Address: | 1010 Raymur Avenue |
| Victim Bank Address (continued): | Vancouver |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | BC |
| Victim Bank Country: | Canada |
| Victim Bank State: | |
| Victim Bank Zip Code/Route: | V6A3T2 |
| Victim Name on Account: | |
| Victim Account Number: | **REDACTED** |
| | |
| Recipient Bank Name: | Unknown |

**Baker Exhibit H**

**Appx 00054**

Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country:
Recipient Bank State:
Recipient Bank Zip Code/Route:
Recipient Name on Account:        Growth Cave
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

---

Transaction Type:                 CreditCard
If other, please specify:
Transaction Amount:               10000.00
Transaction Date:                 2/15/2023
Was the money sent?               Yes


Victim Bank Name:                 AMEX
Victim Bank Address:              P.O. BOX 981535
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:                 El Paso
Victim Bank Country:              United States of America
Victim Bank State:                Texas
Victim Bank Zip Code/Route:       79998
Victim Name on Account:                          Real Shauna Baker
Victim Account Number:            **REDACTED**


Recipient Bank Name:              Unknown
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:              Middletown
Recipient Bank Country:           United States of America
Recipient Bank State:             Delaware
Recipient Bank Zip Code/Route:
Recipient Name on Account:        Growth Cave
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

**Baker Exhibit H**

**Appx 00055**

Transaction Type:                    Other
If other, please specify:            Loan Agreeement
Transaction Amount:                  30000.00
Transaction Date:                    2/15/2023
Was the money sent?                  Yes


Victim Bank Name:                    Thread Bank
Victim Bank Address:                 210 East Main Street
Victim Bank Address
(continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:                    Rogersville
Victim Bank Country:                 United States of America
Victim Bank State:                   Tennessee
Victim Bank Zip Code/Route:          37857
Victim Name on Account:                          Baker
Victim Account Number:               **REDACTED**


Recipient Bank Name:                 FinMkt
Recipient Bank Address:
Recipient Bank Address
(continued):
Recipient Bank Suite/Mail
Stop:
Recipient Bank City:
Recipient Bank Country:
Recipient Bank State:
Recipient Bank Zip
Code/Route:
Recipient Name on Account:           Growth Cave
Recipient Bank Routing
Number:
Recipient Account Number:
Recipient Bank SWIFT Code:


## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Their ad popped up on YouTube on how you could make money online using YouTube. I signed up for a 1-1 sales call to see what the program was about. The sales person offered 3 different course programs, one that was do-it-yourself, one that provided 1-1 guidance for $6800 (this is what I did first) and then last a program for $50K where Growthcave handles everything for you. I paid the $6800 for the course and the sales person said that I would be able to make my first $10K within 30 days, which should pay for the program before my first payment was due. They sent me a contract to sign that has a no refund or guarantee policy but it does mention the $10K earned within 30 days or they will continue to work with until you reach it. They sent me a link to Trust Pilot to give a good for them and then I was gained access to the course. The modules were podcasts on how to "do-it-yourself" such as building out lead scripts, VSL, and what to use to record videos. I signed up for this course 01/26/23 and within the platform, they advertised a program called "Digital Freedom Mastermind" that was a "done-for-you" program where you will

Baker Exhibit H

Appx 00056

have 1-1 access to the owner of the company and his team will do all the "heavy lifting" for you on building out you own course for your specific niche. All you supposedly had to do was give them your specific knowledge of your niche and they would build everything out for you. I spoke to a sales person named Matt Pulliam regarding the DFM program and he spoke very highly about the program and how I will become successful with my online course if I signed up since you have 1-on-1 with the owner, Lucas Lee-Tyson. Mr. Pulliam informed me that they had a lender who would finance the program and he could do the loan application with me. While filling out the loan application, he asked about my income and stated that if the income is over $100K a year, the system would decline so he suggested that I put my income as $95K a year so there would be no hiccups. I did as advised and the loan application was approved. This transpired on 02/15/23 and he also charged my credit card for $10K, the remainder of the $40K price tag. Once payments were completed, he said that I just needed to sit back and wait for the mastermind to start on 03-01-23. Upon entering this Mastermind, I had a 30 min Zoom call with the owner (Lucas Lee-Tyson), a 30 min Zoom call with the tech guy (Jordan Marksberry), and a 30-45 min Zoom with their Mindset coach/business partner (Ozzie Blessed). I received a a few google documents to review and then they left me with video recording all the scripts they sent me and I ended up having to amend the VSL they sent because they wanted me to give false guarantees that I could not prove and all of this took a lot of time to complete. Prior to me videoing all of this, I contacted Lucas Lee-Tyson about my disappointment and that I found a review by a prior client on YouTube discussing their situation with them and that I did not pay almost $50K to be lied to. He assured me that they were not a scam and told me to go ahead and get recording so they could launch ASAP. They led me to believe in their advertising that all I would have to do in the Digital Freedom Mastermind is to act like a CEO and they would do the rest. This was NOT the case! Then I received an automatic email from Growth Cave with a YouTube video sales letter attached advertising that the course/program they have charged their other clients for $6800 is now available for $8.99 a month because they know that due to inflation, counting your pennies right now is important. After reviewing this video, I reached out and told them I would like a refund of the $6800 due to them advertising a very similar program that sounded like this one for $8.99 a month and I was told that the monthly program they are advertising for is a different program and that they are now charging $9800 for the KBA program I purchased. With this being their response, I knew as a business professional that things were not adding up and the services they advertise are deceptive, unethical, misleading and false. I then contacted an Attorney to get their advice and write a demand to Growth Cave since Growth Cave refused to refund and their response was for me to contact their Attorney. The Attorney I hired to write the demand did as such and Growth Cave's Attorney wrote back stating that since the contracts state "no refunds" Growth Cave would not be refunding me but they would be more than happy to help me make the $10K guarantee but could not promise how long that might be.  Since the services on the contract were not detailed and I did not receive a receipt detailing exactly where my funds went to is a breach of contract on the basis of deceptive trade practices/false advertising of services. This company uses two different provisional venues in the contracts I have signed with them and one of the provisional venues (Massachusetts), they dissolved their legal entity with the Secretary of State in 2022, the year prior to when my contract was signed. I am not the only victim with this Company's unethical business practices. There are several other victims across the U.S. who have also lost thousands of dollars to this company and have been told "sorry, no refunds allowed". Growth Cave is using the internet to target consumers, their sales people use high-pressure sales tactics, and they are intentionally representing their services falsely to the public. The lenders they are sending consumers to are not abiding by the "Holder-Rule" and they are not willing to help the consumers who have disputed this merchants actions. Thread Bank has been notified by myself as well as several others about Growth Cave's actions and they have now banned Growth Cave from their financial services but offer no help to the consumer with this fraud they helped finance. Wizebank is located in Canada and they also have been no help in regards to this matter. This company needs to be investigated by the federal government for their actions and harm they are causing to the

**Baker Exhibit H**

**Appx 00057**

American people. They are crossing state lines with their tactics and making millions with no repercussions.

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Lucas Lee-Tyson |
| Business Name: | Growth Cave |
| Address: | 801 W 5th St |
| Address (continued): | |
| Suite/Apt./Mail Stop: | 414 |
| City: | Austin |
| Country: | United States of America |
| State: | Texas |
| Zip Code/Route: | 78703 |
| Phone Number: | 7372348114 |
| Email Address: | lucas@growthcave.com |
| Website: | https://growthcave.com/support/ |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Gmail – Shauna Baker v. Growth Cave Inc., et al.
4/24/23, 1:33 PM
Glenn Manishin <gmanishin@gmail.com>
Shauna Baker v. Growth Cave Inc., et al.
Glenn Manishin <gmanishin@gmail.com> Mon, Apr 24, 2023 at 1:32 PM To: chris@revisionlega
Cc: Shauna Baker **REDACTED** , "lucas@growthcave.com" <lucas@growthcave.com>
Mr. Carol,
Lucas Lee-Tyson and Growth Cave Inc. have supplied your name to my client Shauna Baker as their counsel and referred Ms. Baker's legal dispute with them to you for response.
This matter arises from two contracts for the so-called "Knowledge Business Accelerator Program" and an express
"$10,000 Profit Guarantee" promised therein. The agreements were obviously not prepared by a lawyer. Lucas and Growth Cave did not deliver the promised services, now refuse to honor the guarantee, and have declined to extend a refund to my client despite their breach.
There are a number of reasons why these contracts cannot be enforced against our client and why Growth Cave's conduct would entitle her to monetary damages — or, alternatively, rescission of the agreements and restitution — on account of fraud and/or breach.
First, the "Digital Freedom Mastermind" (DFM) Agreement includes an indemnification clause which purports to eliminate any monetary liability for breach. That's unconscionable under most state contract common law.
Second, the DFM Agreement has a disclaimer about profit/earnings ("Growth Cave cannot and does not guarantee or promise any level of earnings within a specific time frame") which is 180 degrees opposite to the $10,000 passive profit "guarantee" offered via the Growth Cave onboarding software, as documented with the Step #2 screen shot inline below, AND with the explicit language of the Growth Cave Client Agreement. Indeed, the latter agreement would almost certainly be deemed by a court to be illusory, and thus unenforceable, because its

**Baker Exhibit H**

**Appx 00058**

$10,000 guaranty provision is in direct conflict with the same Earnings Disclaimer as the DFM agreement.

Third, the Massachusetts Growth Cave corporate entity that was apparently the unnamed counter-party to the DFM Agreement was dissolved and cancelled in 2022, before the date of the DFM Agreement. It thus lacked the legal
capacity to enter into a contract as a matter of law. (Note that Lucas has never designated which legal entity is the contracting party in either of the two agreements.)
Finally, the forum selection clauses (MA and TX) are in conflict and, based on the best information available to me, have no nexus to the business location of Growth Cave (Austin, Texas) or to my client as the customer. I doubt a fair court in any state would enforce such a clause if a lawsuit were to be filed.
Ms. Baker therefore demands a prompt refund of her charges, namely $46,800.00, as settlement of this dispute. Absent a consensual resolution, we reserve our client's right to file a complaint for damages on account of breach of contract, fraud and deceptive trade practices in Oklahoma or before any other state or federal court of competent jurisdiction.
Should you desire to address resolution of this matter without further legal escalation, to which our client remains open, please contact me at your earliest possible convenience. The courtesy of a reply within 10 days is respectfully requested.
https://mail.google.com/mail/u/0/?ik=cc02241203&view=pt&search=...gid=msg-a:r1847440845532246910&simpl=msg-a:r1847440845532246910
Page 2 of 3

Are there any other witnesses or victims to this incident?

Yes

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Federal Trade Commission – Report number: 158393105 – 04/03/2023
Texas AG – Complaint # CGS-366636 – 05/22/2023
FDIC – Reference #01626938 – 08/30/2023

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Shauna Baker
Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. *This is the only time you will have to make a copy of your* Baker Exhibit H

Appx 00059

*complaint.*

FAQs     Disclaimer     Privacy Notice     About IC3

**Baker Exhibit H**

**Appx 00060**

## DECLARATION OF NATALIE EASTMAN
### Pursuant to 28 U.S.C. § 1746

I, Natalie Eastman, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am a U.S. citizen over the age of 18, residing in Chattanooga, Tennessee. I am a graduate of University of Texas at Austin (BBA degree) and Gordon-Conwell Theological Seminary (Master of Divinity and Doctor of Ministry degrees). I have been a music teacher since 1995.

2.      In approximately September 2022, I saw an advertisement on YouTube with Lucas Lee-Tyson talking about how he, as a college student starting out with nothing and working from his dorm room, had figured out how to start an internet business and strategically leverage the internet to the point that he was able to grow his business to the low millions per month. In a subsequent video, he said he had an online program called the "Knowledge Business Accelerator" ("KBA") in which he would help you build an online course or a course+coaching-style program and advertise it on YouTube.

3.      For several years I had wanted to sell an online program for singers that included both instruction and coaching; and, prior to COVID, I had already created a lot of the course content and structure. On my own, after the COVID shutdown hit and my private lesson studio dropped down to less than a handful of students, I managed a very small "launch" of my program using my personal and professional email lists, which yielded a handful of students. A few of them enjoyed the program a lot and gave me great feedback. So I knew the content I had created, which included that course-based instruction and group coaching, was okay; I really just needed someone to teach me how to advertise to attract customers.

4.      What attracted me to Lucas's program were his promises that clients would receive one-on-one personal and personalized coaching with Lucas himself or another coach on his team, and his outstanding guarantee that he and his team will work 1-1 with each of his clients until they reach the point of netting $10,000 above their initial investment. His promise was that no one would be left behind. In fact, they would take it upon themselves to get us back on track if we dilly-dallied or otherwise strayed or had any issues in the program. It was just the kind of hand-holding I knew I needed; and the fact that he would guarantee it to that extent increased his and the program's estimation and trustworthiness in my eyes. So his KBA program sounded like a great option.

5.      Before going any further, though, I researched everything I could find online about Lucas Lee-Tyson and the KBA program. I found an A+ rating for his company on the Better Business Bureau ("BBB") website; I learned there that Lucas's company was called Growth Cave LLC. I also found many positive video reviews on YouTube and on websites like TrustPilot. After I joined the program, I learned that Growth Cave pays and otherwise incentivizes its clients to post positive reviews online, but I did not know that when I was researching whether to join Growth Cave's program.

6.      Based on the positive reviews I saw online, I decided to schedule a call to get more information with a KBA representative. They called those calls "Knowledge Business Roadmapping Sessions," and they were supposed to be all about "helping you launch and grow your own 'Automated Knowledge Business.'"

7.      During that initial Zoom call, I spoke with a Growth Cave employee, Jai Hyler, and he told me about the KBA program. For $6,800, he assured me that Growth Cave would give me personalized, 1-on-1 guidance on building my program further if I want to and on advertising my program

2

Appx 00062

online. He also told me that in the program, Growth Cave LLC guaranteed to continue "holding my hand" and working with me until I earned $10,000 net profit above my initial investment of $6,800. Along with the 1-1, personal, personalized coaching guarantee, that $10,000 net-profit guarantee was important in my decision to purchase KBA, because I felt secure that Growth Cave would keep working closely with me until my advertisements were successfully bringing in enough customers to earn a profit.

8. Jai told me that Growth Cave requires up-front payment in full for KBA because once you purchase membership in the KBA program you get full access to all of Lucas's proprietary content and templates in the course modules. This turned out to be only partially true, because once you signed on, they only gave you access to the first three or so modules and their accompanying templates, not all of the modules and templates.

9. I told him I could not pay $6,800 right then. He said that was not a problem, that Growth Cave would finance the purchase for me, and that he was able to arrange for financing during that same meeting. I wanted to think it over, so we made an appointment for another Zoom call the next day. After consideration and further investigation into whatever I could find about Lucas, KBA, and Growth Cave online, and leaning hard on Lucas's promises and the guarantee, I decided to join.

10. When our call took place the next day, Jai walked me through the entire process. I had to sign the loan documents and KBA contract online during our meeting using DocuSign; so, I was not able to review them in great detail, although I did try to skim as quickly as I could.

11. For the first month or so after I purchased KBA, I met with one of Growth Cave's onboarding coaches, Mason McFadden, several times to get familiar with accessing the course modules and to understand the trajectory of the program. I could freely communicate with him via email, Slack, and Zoom.

3

I also joined the program's Facebook group, where members could post questions, struggles, and wins. After the first month of onboarding, I was assigned to a different coach, who would be my assigned coach. I was able to meet with him over Zoom, email, and Slack; but they stopped using Slack not long after I onboarded. After that, the 1-1 coaching access changed to Zoom and email, then eventually tapered off to exclude Zoom meetings and instead coaches would email or create a short Loom video to answer any questions you sent them. I was left mostly on my own to work on my course. I noticed that there was a fairly high rate of coach changes; I was frequently and suddenly informed that I would be working with a new coach.

12. As I've mentioned, when I signed up for KBA, I was told I would get full access to all of Growth Cave's content; but after I had paid I realized that was not entirely true. The KBA course content is split up into different modules and when you start with KBA you only have access to the first three modules or so. Growth Cave requires you to complete certain tasks before they will unlock the next steps. You had to make your first "beta sales" in order for a KBA coach to unlock the next set of course modules. I made my first beta sales in the months of November and December 2023 by using my own email lists, not by using Growth Cave's strategies. Still, during a Zoom call, a coach applauded me for accomplishing this however I accomplished it, because it validated my program content. So, he unlocked the next couple of modules in my account, after getting approval from someone to do so.

13. I worked on my course and program for several more months. During this time, I experienced a rather extraordinary number of major life events, not limited to but including the deaths of my mother and her sister and my mom's best friend. Of course, these many events required my attention. However, I plugged away, working slowly on my course as usual and I

4

continued to have access to Growth Cave's content and coaches in the various iterations of that access that I've described.

14.    Although I was progressing, over time I noticed several things that, in hindsight, could be considered "red flags." As I mentioned previously, the coaching access had dwindled over time, and the coaches I was assigned to changed frequently.

15.    Additionally, as part of Growth Cave's business model they constantly upsold us on fairly expensive products and services; first it was an all-in-one business platform called GrowthBox, which was white label software for which they charged members between $127/month (what Lucas offered to me) and $299/month. Lucas' promises in his initial YouTube ads emphasized being able to start from nothing, use our expertise to build a business or further an existing one, and that KBA would make the process so much easier and faster than if we did it on our own, so that we could truly focus on providing our expertise. However, all of the easier, faster strategies were paid, not free. The free methods, called "organic" methods, were just as time-consuming, slow, and tedious as many of us had already experienced before entering the KBA program. If we really wanted the "accelerated" aspect of the Knowledge Business Accelerator program, we'd have to pay more, often a lot more, than the thousands we'd already paid or were still paying monthly through loans. For example, they offered a Virtual Assistant service to us for $550/month. Another time, they made a "setter" service available for another monthly fee in the hundreds of dollars.

16.    Growth Cave also produced a series of "mindset" trainings, which they added to the "2.0" version of the KBA course modules. In these, Lucas's business partner, known in the KBA community as "Ozzie Blessed" but whose real name is Osmany Batte, talked a lot about belief and mindset. I'm a big believer in staying positive and expectant; but his attitude was very self-

5

absorbed and gave me a very sleazy vibe; I didn't trust him. The origin of their relationship wasn't entirely clear; but if I recall correctly, Lucas and Ozzie said in their training videos that Ozzie entered Lucas' program as a coach, then worked – or wormed – his way into leadership and eventually partnership. According to the stories they told, Ozzie made incredible strides in sales and income in a very short time, more than anyone had ever done in Lucas's business; Ozzie attributed it all to his mindset. In hindsight, I see that it was a red flag that there had been so very many upsells, including very-high-ticket upsells to members who were already paying multiple thousands of dollars for the KBA program they were already in, which was already supposed to be what the client needed to accomplish their goals.

17.    Despite my misgivings about their business strategies and tactics, I was slowly moving forward and ready to finalize writing my video scripts. After those were completed, I would be positioned in the program to beta test my video ads.

18.    On September 5, 2024, however, I received an email announcement from Growth Cave stating that the "final live coaching session" would take place on September 6. I, along with many others in the KBA program, attended the Zoom meeting on September 6, which was hosted by one of Growth Cave's lead trainers, Aditi Jhaveri. During the meeting, Aditi announced that approximately six months prior, Lucas's business partner, Ozzie, had walked out on the partnership and taken a bunch of money. She explained that because Lucas and Ozzie had ended their partnership, Growth Cave would no longer provide coaching and that Growth Cave would cease to exist. This reasoning did not make sense to me, because she had said the partnership ended six months prior – approximately March 2024 – but Growth Cave had continued operating all the way into September.

6

**Appx 00066**

19. During that same meeting, Aditi said that Growth Cave had stopped taking payments from anyone who was still paying Growth Cave directly. I believed my loan was with Growth Cave, because when I onboarded, Jai Hyler's clear language was that Growth Cave was financing my loan for the program. So, her announcement confused me, and I wondered why they were still taking my payments. I sent a message in the chat box to Aditi asking whether my payments would stop since I was paying Growth Cave, and she told me to email Lucas.

20. In the course of the rest of that meeting, and in response to what people were writing in the chat box, Aditi made a comment about how people who had been in KBA longer than six months "pretty much aren't doing the work" or they would be farther along and making money already. That set off a fresh wave of people responding in the chat box saying they had been in the KBA program a long time and still hadn't made a cent. I had also been in the KBA for almost two years and had not made any money.

21. At the end of the meeting, Aditi gave us her Growth Cave email address and her email address at Lucas's new company, PassiveApps, and told us to write her. She indicated she did not know how much longer the Growth Cave address would be active. She told us that Lucas would be making his own announcement about the whole situation later that day.

22. I did not receive any announcement from Lucas on September 6, so I continued emailing Lucas and Aditi seeking clarification on my continuing payments. On September 17, I finally received an email from Lucas with a link to a Loom video. Aditi also told us we would all receive the usual recording of the September 6 meeting, since it was supposedly the final group "coaching call" and all group coaching calls were recorded and provided to members in the online member area; but the recording was never delivered or posted, to my knowledge.

Appx 00067

23. In his video, Lucas said that Ozzie had left Growth Cave and was not in communication anymore. Lucas said that because of Ozzie's departure, he was forced to stop operating under the name Growth Cave. During the same video, Lucas announced his new program, PassiveApps, which he was going to offer at a discounted rate to everyone in KBA and which included 1-1 coaching. Lucas also gave us the option to join the course-only (no 1-on-1 coaching) version of Passive Apps for free. However, Passive Apps was an entirely different strategy and business model; it did not interest me to forgo all of the work I had put into the KBA program, nor to pay any more money to any of the former-Growth-Cave-now-PassiveApps principals or employees.

24. A few weeks after viewing the video, I decided to email Lucas to request the promised free access to the PassiveApps course. I received access a few weeks later, in mid-October 2024. The PassiveApps platform is almost identical to Growth Cave's and the structure of the program itself seems very similar to KBA. I also noticed that many people who used to work for Growth Cave, including Aditi, now work for PassiveApps. As of January 2025, the PassiveApps program is very active.

25. I have reached out to Lucas and Aditi multiple times at both their Growth Cave and PassiveApps email addresses to point out their breaches-of-contract, considering Growth Cave did not fulfill what it promised I would receive when I purchased KBA. I also requested that Growth Cave terminate my loan so I can stop making payments. The Growth Cave website was deactivated and I no longer receive any 1-on-1 help to advertise my online course. I never made any sales using KBA, so I have not come close to meeting Growth Cave's $10,000 profit guarantee. Lucas and Aditi have not responded to my emails since September 18. Between September 6 and September 18, 2024, I received brief, cryptic responses from Lucas, claiming Growth Cave has no affiliation whatsoever with ZuntaFi or Universal Account Services, the

8

businesses that were each my loan's payment administrators. Lucas advised me to contact them or my credit card company to see what might be done; but either of those actions would be against the contract's explicit statement not to do that.

26.     Because I did not get a response from anyone at Growth Cave after September 18 and still had no answers or resolution regarding their contract breaches, my account, or my loan, I also filed a dispute with my credit card company, Chase Bank, for the September payment I had made toward my loan. My dispute was rejected quickly, and eventually I requested to escalate the dispute; I am awaiting a response. In mid-September I created a help ticket with UAS, as well, in which I complained about Growth Cave breaching contract and that I was no longer receiving the services for which I was still paying. I escalated the ticket on October 3 after not hearing anything from them for two weeks and was told the matter would be sent to their Compliance Review personnel, they will follow up with the vendor (Growth Cave), and I would hear from them via a phone call in approximately ten business days. I've checked on the help ticket approximately every two weeks and each time seen no progress on the case. I have called each time I checked the ticket and saw no movement. Four months later, they are still waiting to hear back from Growth Cave.

27.     Several times, I have pointed out to UAS representatives repeatedly that the phone number they have listed for "USC-GrowthCave" does not go to Growth Cave, but rather is for a business called FinMarket. So if that's the number they're using to call, they will never hear back from Growth Cave. Growth Cave used FinMarket's software platform for their client onboarding, including facilitating the loan originations. A FinMarket representative alerted me that Growth Cave is banned from their software platform.

9

28.    Perplexingly, according to UAS's records, the vendor is called "USC-Growth Cave," which doesn't exist anywhere as a business entity. Also interesting, FinMarket's records name the vendor as "US Credit." Further, when I called UAS the first time, I was told ZuntaFi was the Lender. When I called ZuntaFi to check on that, that rep said Growth Cave was the Lender as well as the Vendor. Ultimately, in my UAS account documents, I was able to find who the actual Lender is, which is First & Peoples Bank and Trust in KY. I called that bank and their Loan Officer said they don't have a relationship to Growth Cave at all, their relationship is with ZuntaFi.

29.    I also filed complaints with the Federal Trade Commission, BBB, and Tennessee Attorney General's Office. Both the BBB and the TN Attorney General's office have informed me via letter that they reached out to Growth Cave multiple times and did not receive a response, so each entity closed their cases.

30.    At no time before or after I paid for and signed the contract for KBA did Growth Cave provide me with any documentation disclosing contact information for other purchasers of KBA or whether there were any legal actions against Growth Cave, Lucas, or Ozzie. Growth Cave never provided me with any documentation substantiating the income claims in its advertisements, including by disclosing how many KBA purchasers made a profit and how long it took them to earn a profit.

Appx 00070

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _14 JANUARY___, 2025, in _Chattanooga___, _TN_____.

                   Date               City             State

Natalie Eastman

11

DECLARATION OF DANIEL FERNANDEZ

Pursuant to 28 U.S.C. § 1746

I, Daniel Fernandez, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am a U.S. citizen over the age of 18, residing in Plymouth, Minnesota.

2.    In November 2022 I came across an advertisement featuring Lucas Lee-Tyson talking about his company Growth Cave and a program that would teach me how to sell educational courses online using YouTube. I had recently sold a business and I was looking for an opportunity to launch a new company teaching people how to develop and grow a business, based on my own experiences.

3.    I scheduled a call with Growth Cave to learn more about the program. Growth Cave pitched themselves as experts in YouTube advertising and guaranteed that if I joined their Knowledge Business Accelerator Program ("KBA Program") that I would be making money within three months or they would refund me the course fee. Based upon Growth Cave's representations, I agreed to pay the $3,500 fee to join the KBA Program. After I paid the fee with my credit card, Growth Cave sent me a contract to sign.

4.    I began the KBA Program, which largely consisted of watching training videos. Before I joined the program, Growth Cave had made it sound very easy to complete the KBA Program and get my online course set up, but the KBA Program required quite a bit of work. This was especially true considering I still had some responsibilities related to the business I had recently sold.

**Appx 00072**

5.      Within about a month of joining the KBA Program, in approximately December 2022, I began receiving emails from Growth Cave regarding a new program, the Digital Freedom Mastermind Program ("DFM Program"), that was similar to the KBA Program except that Growth Cave would do all the work to set up and run your business for you. Growth Cave advertised that in the DFM Program, Growth Cave would create your advertisements, including recording videos, and post them for you and then continue to hone your ads so you would be sure to get customers. All I would need to do is have a course idea and then Growth Cave would run with it. Growth Cave also advertised the DFM Program as very exclusive, with only 25 openings, and it would offer 1-on-1 trainings with Growth Cave's owners, Lucas Lee-Tyson and Ozzie Blessed.

6.      Everything about the DFM Program sounded fantastic to me. It would offer me a lot more access to Lucas and Ozzie's expertise in YouTube marketing, which I was not getting in the KBA Program. It would also reduce the amount of time I would need to invest and I would still be able to have a successfully operating business, with Growth Cave effectively running it for me.

7.      I scheduled a call to discuss the DFM Program with Growth Cave. I was told that the DFM Program would cost between $40,000 - $50,000. Before investing such a significant amount of money, I wanted to speak to some other students who had joined the DFM Program and I asked Growth Cave for references. At first Growth Cave was hesitant to let me speak to anyone, but eventually they told me to speak to Andrew Imbesi.

8.      I spoke with Andrew Imbesi to ask about his experience in the DFM Program. Andrew portrayed himself as someone who had participated in the DFM Program and he gave Growth Cave a shining review. Andrew's business was offering loans and credit repair. I am now aware that Andrew has

2

a business affiliation with Growth Cave and helps arrange financing for clients to purchase Growth Cave programs. I was not informed of any business relationship between Andrew and Growth Cave at the time he gave me his favorable review, other than the fact he was allegedly a former student of Growth Cave.

9. After speaking with Andrew I decided to sign up for the DFM Program. Growth Cave told me that if I put a $10,000 down payment on my credit card, then I could finance a remaining payment of $30,000, for a total payment of $40,000 for the DFM Program. I agreed to this arrangement and Growth Cave directed me to the lending platform Flexxbuy, where I filled out an application and was immediately approved for a personal consumer loan for $30,000.

10. At no time before or after I joined the KBA or DFM Programs did Growth Cave provide me with any documentation regarding the actual amount of income made by other participants in the Programs. The only thing Growth Cave did provide were some testimonials prepared by individuals who supposedly had success using Growth Cave's Programs.

11. Once I had joined the DFM Program, I began to realize that Growth Cave had misrepresented the program and was not fulfilling its promises. If I contacted Growth Cave with a question, it would often take days to receive a response. I only got one 1-on-1 call with Lucas, despite the promise that I would have direct access to Lucas and his expertise.

12. Growth Cave had promised that in the DFM Program, everything would be "done for me." This meant that Growth Cave would script and film video advertisements, train salespeople, create automated messages to respond to potential purchasers, and attain clients for me. But as it turned out, Growth Cave hardly did anything unless I hounded them and then when they did do something it was cookie cutter and not tailored to my business. When I tried to

3

**Appx 00074**

give them feedback they would take days to respond or not respond at all. Growth Cave continuously encouraged me to advertise by claiming I would teach people to make a lot of money online, but I always told Growth Cave I was not selling a "get rich quick" scheme. As a "done for me" program, DFM should have made running my business very easy, but Growth Cave did not provide the services it had promised.

13.     Despite the many roadblocks, I proceeded through the DFM Program and launched two different businesses. I put in significant effort trying to sell my courses using the methods recommended by Growth Cave. I spent approximately $6,000 - $10,000 running YouTube advertisements over three or four months. Pursuant to Growth Cave's advice, I also hired someone who had completed a different Growth Cave program and supposedly was trained to help me get sales. However, I only ever made one sale for $2,000 and I obtained that sale through word-of-mouth, *not* the strategies Growth Cave recommended. Moreover, the one $2,000 sale did not even come close to recouping the more than $50,000 I paid for multiple Growth Cave programs and YouTube advertisements.

14.     In April 2023, I attended a live event in Austin, Texas that Growth Cave hosted for all participants in the DFM Program. Although I had previously been told that the DFM Program was very exclusive and only accepting 25 members, I was surprised to see approximately 50–75 other DFM Program students at the event. Many of the other DFM Program students were vocal about having the same issues I was having with Growth Cave's services. Multiple other students confronted Growth Cave about how it was not offering the services it had promised and the students were not able to make any money. I did not speak to one person at the event who said they had made a sale, but I heard from many people that they had not made any sales.

4

Appx 00075

15. Growth Cave seemed to recognize that many students were catching on that Growth Cave could not fulfill its promises and took steps to prevent the students from communicating with one another. For example, Growth Cave offered an internal platform where students could post questions and message one another. However, Growth Cave eventually shut down that platform. I believe Growth Cave did that to stop the students from contacting each other to compare their experiences with Growth Cave.

16. I tried to ask Growth Cave for advice on how I could improve my sales, but Growth Cave did not seem to know how to help me. Growth Cave was basically a one-trick pony – they just kept coming up with pitches about how my course would make people a lot of money, because that is the type of advertisement that worked for Growth Cave. They did not want me to mention in my advertisements that it might take someone a lot of time and investment to successfully growth their business using my course. I would try to ask Growth Cave specific follow up questions about different advertising mediums and different sales tactics, but Growth Cave never had any different ideas that helped me sell my courses.

17. Eventually, I realized that Growth Cave would not be able to help me succeed in selling my businesses, so I asked Growth Cave to refund my payments, as it had previously promised it would if I did not make a profit. Growth Cave refused to give me a refund and said I was too far along in the program.

18. In April 2024, I filed a lawsuit in the United States District Court for the Central District of California against Growth Cave, Lucas Lee-Tyson, and Osmany Batte (aka Ozzie Blessed), along with several other financial institutions involved in financing my payments to Growth Cave.

Appx 00076

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  7/9/2024 _____          _____

Daniel Fernandez

6

DECLARATION OF JOSHUA LANG

Pursuant to 28 U.S.C. § 1746

I, Joshua Lang, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18, residing in North Plainfield, New Jersey.

2. In April 2023, my father, Robert Lang, and I both lost our jobs. In approximately June 2023, my father showed me an advertisement he had found on YouTube with Lucas Lee-Tyson talking about his company Growth Cave and his program where he would help you set up a course online that you could sell to other people through YouTube ads. Lucas made his process sound very feasible, explaining that it was easier to market your course if you targeted a niche group of people that were already watching YouTube videos on subjects related to your course topic. Lucas also discussed how if you priced your course at $500, then you only needed to make 10 sales per month to make $5,000 per month. Lucas also mentioned that his team would evaluate your course ideas to make sure they would work before they would accept you into the Growth Cave program. Lucas's advertisement gave several examples of his clients who began making sales within just a couple weeks, but Lucas said that the average person takes a couple months. That seemed like a reasonable time frame, and Lucas made it sound very easy to get your business set up, because Growth Cave would provide templates and their GrowthBox AI system that was supposed to set up your website and sales funnel.

3. At the end of the video advertisement, there was a form you could submit to schedule an appointment with a Growth Cave representative. I thought this program seemed like something worth pursuing, so I scheduled an

**Appx 00078**

appointment with Growth Cave. During the meeting, the Growth Cave representative had me describe my course ideas and then he approved of one of my ideas. The Growth Cave representative wanted me to pay the almost $10,000 cost during that first meeting, but I told him I needed to think about it a little bit more. Later that same day, I contacted Growth Cave and paid to sign up for the Knowledge Business Accelerator Program ("KBA Program").

4.      Shortly after I submitted payment to Growth Cave, they sent me a contract to sign. After I signed the contract, Growth Cave gave me access to the KBA Program.

5.      At no time, before or after I joined the KBA Program, did Growth Cave provide me with any documentation regarding other people who participated in the KBA Program or their earnings. Growth Cave's advertisements, however, did include about four Growth Cave clients who said they were earning more than $10,000 per month.

6.      I began to work through the KBA Program. There were different phases to the program, starting with coming up with your course idea, then moving on to creating your advertisements, then launching your advertisements. Only after your advertisements were running were you supposed to start building your course. I had to obtain approval from Growth Cave before I could move onto the next phase of the KBA Program.

7.      For example, my course idea was life coaching for young men. A Growth Cave coach asked me questions about my course idea to make sure it was refined enough. After the Growth Cave coach approved my idea, he let me move onto the next phase, which was creating advertisements for my course.

8.      In the KBA Program, I was told to create a few different video advertisements that I would test to see which one got the most interest. I first wrote scripts for the advertisements, then went through about four or five

2

**Appx 00079**

rounds of revisions. Finally, Growth Cave approved me to record the advertisements and begin testing them to see how well they did.

9.      I began testing my video advertisements in late July or early August. In total, I had to pay approximately $200 to run the advertisements. Growth Cave required my advertisements to hit certain metrics before Growth Cave would approve me to create my course and launch it. For example, Growth Cave would require one of your advertisements to hit a certain number of views (for longer than 15 seconds) and "impressions." My advertisements did well in the testing phase and even got some clicks – meaning viewers clicked on the advertisement to obtain more information on my course. Because I hit the required metrics, Growth Cave approved me to create and launch my course.

10.     As part of creating my course, I set up a "sales funnel" in the GrowthBox platform. This included creating a "landing page" where people would be sent if they clicked on my advertisement to obtain more information and purchase the course. Although someone could click on my advertisements to purchase my course, Growth Cave's process was for me to "launch" (i.e. begin selling) my course before I created the course content.

11.     Based on Growth Cave's approval, I launched my course for about three weeks. During the first week my course was launched, I did not get any clicks on my advertisements, even though I had gotten some clicks during the testing phase. I tried to tweak things and target my advertisements to young men, but nothing was working. Not one person came close to purchasing my course. I contacted Growth Cave to ask for advice on what to do to improve my course, but Growth Cave was not very responsive and could not provide any specialized guidance. All Growth Cave really suggested was to "try different ads."

3

Appx 00080

12. When I had first started the KBA Program, Growth Cave was fairly responsive, but over time that changed. One time I sent a message to my Growth Cave coach and did not receive a response for about a week. When I finally got a response, it was from a different coach. Growth Cave also required me to work with a separate "marketing coach" and then go back to my regular coach. All the changes in coaches were disruptive to my progress because every time I had to switch to a new coach, they did not know anything about me or my course, so I had to spend time filling them in before they could try to help me.

13. After I had been launched for three weeks without making any sales and Growth Cave was not able to help me, I began to realize that things weren't adding up with Growth Cave and the KBA Program. For example, even during the few months that I was in the KBA Program, Growth Cave had made significant changes to the KBA Program, but I was aware that Growth Cave was still running the same advertisements I saw before I joined. Growth Cave's advertisements say they will help you create a course and sell it to your target audience through advertising on YouTube. However, while I was in the KBA Program, Growth Cave stopped focusing on YouTube advertisements and started telling KBA Program participants to market on Facebook and Reddit, which is a completely different type of advertising.

14. As part of the KBA Program, Growth Cave offered an internal message board, where other Growth Cave clients could post and message one another. I saw that a lot of people were posting things like "this wasn't what was advertised." I also noticed Growth Cave deleting those posts, which concerned me. I could see the number of other people that were signed up for the message board and during the time I was involved in the KBA Program, I saw the number of people go up from around 3,000 to over 4,000. During the months I was in the KBA Program, I saw many people posting that they were

4

unhappy with the program, but I did not see any posts from people who were really successful and making a lot of sales. I might have seen one or two people who posted about making one sale.

15. It was apparent that the KBA Program was not working out, so my father and I decided to contact Growth Cave and request refunds. My father had also joined the KBA Program and launched his own course around the same time I launched and he also did not get any sales.

16. Growth Cave responded and essentially said that we signed contracts and would not be given refunds. This was disappointing, because when I was considering signing up, Growth Cave had emphasized their "$10,000 Guarantee," promising that you would make the money back you spent on the course within your first 30 days after launching your course. Apparently, the actual "guarantee" in the contract is that if you don't make your money back within 30 days then Growth Cave will continue working with you until you do – which really does not mean anything, because there is no time limit so Growth Cave could just keep "working with you" forever and you'd still make zero sales. When I signed up, however, I was given the impression Growth Cave was "guaranteeing" I would at least be able to make enough sales to earn back the almost $10,000 I paid for the KBA Program.

17. After Growth Cave was unable to help me successfully sell my course and refused to refund my payment, I called it quits. When I first joined, Growth Cave had asked me to post a positive review on TrustPilot.com and I did so, but I was able to go back and remove my positive review and post a negative review.

18. I have reviewed my father, Robert Lang's Declaration, dated July 6, 2024, and hereby affirm that his statements regarding my experience with Growth Cave are accurate.

5

Appx 00082

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 7/31/24

Joshua Lang

6

DECLARATION OF ROBERT LANG

Pursuant to 28 U.S.C. § 1746

I, Robert Lang, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am a U.S. citizen over the age of 18, residing in North Plainfield, New Jersey.

2.      In April 2023, my son Joshua Lang and I both lost our jobs. We began looking for other work and soon thereafter we came across an advertisement on YouTube with Lucas Lee-Tyson talking about his company Growth Cave and his program where he would help you set up a course online that you could sell to other people through YouTube ads. At the end of the video, there was a way to schedule an appointment with a Growth Cave representative for more information.

3.      My son and I scheduled appointments, and on June 5, 2023, I had a video conference with a Growth Cave representative, who told me that the Knowledge Business Accelerator Program ("KBA Program") cost $9,800 and that in exchange Growth Cave would provide me with a comprehensive program to create, advertise, and sell an online educational course. Growth Cave would help target my advertisements toward people who would be interested in buying my course. The Growth Cave representative also mentioned that I was guaranteed to make $10,000 profit within 30 days after launching my course.

4.      Based upon Growth Cave's advertisements and statements made during the June 5 call, I felt sure that I would easily earn money by following the KBA Program. Growth Cave made it seem like you could earn around $10,000 - $15,000 per month and do very little once you got your course up

**Appx 00084**

and running – it would basically run on autopilot. By the end of the June 5 call, I decided to join the KBA Program and paid Growth Cave $9,800 using my credit card. After joining the KBA Program, I even stopped my job search because Growth Cave's promises made me so confident I could earn an income through the program. My son also paid for and enrolled in the KBA Program around the same time.

5.    The next day, on June 6, 2023, Growth Cave sent me a copy of a KBA Program contract that I was supposed to sign. A true and correct copy of the contract is attached as **Exhibit A**. This was the first time I had seen the contract. I noticed that this contract stated that Growth Cave does not offer refunds – which no one at Growth Cave told me before I paid to join the KBA Program. I was surprised and concerned by this, but because I had already paid $9,800 I did not think there was anything I could do about it. The contract also contained the $10,000 profit guarantee I had been told about, so I was still hopeful I would earn money.

6.    At no time, before or after I joined the KBA Program, did Growth Cave provide me with any documentation regarding other people who participated in the KBA Program or their earnings.

7.    Within a few days of joining the KBA Program, Growth Cave told me to post a positive review of Growth Cave on TrustPilot.com. I noticed other positive reviews on TrustPilot.com that appeared to be posted by other people who had just recently signed up with Growth Cave. Later, after I realized that Growth Cave was not fulfilling the promises it had made me, I amended my TrustPilot.com review to change it from a positive to a negative review and include a description of the many problems I had encountered while working with Growth Cave. A true and accurate copy of my TrustPilot.com review is attached as **Exhibit B**.

2

**Appx 00085**

8.    After joining the KBA Program, I soon realized that Growth Cave did not really offer the comprehensive coaching program it had promised. They had said that their coaches would walk me through the program every step of the way, but instead a lot of the program involved just watching many pre-recorded videos. Also, the coaches often took days to respond to my questions and several of them ended up leaving Growth Cave. Throughout my time working with Growth Cave, I was assigned at least five different coaches.

9.    Due to the many videos I was required to watch to move through the KBA Program, along with the delayed responses from my coaches, it took longer to work through the program than I was led to believe when I signed up. It was impossible to move through the program any faster, because Growth Cave told me I had to complete certain "modules" before they would let me proceed to the next step in the program.

10.    As part of the KBA Program, Growth Cave offered a discussion platform where KBA Program participants could post questions and communicate with one another. I noticed other participants posting that they were unhappy with the KBA Program and then later Growth Cave would delete their messages. The other participants also noticed that Growth Cave was deleting their messages. Some examples of these internal messages are attached as **Exhibit C**.

11.    Before I signed up with Growth Cave, I was told that I would learn how to create a program to sell without having to record any videos. After I joined the KBA Program, I learned that I was supposed to record video advertisements to sell my course. Nevertheless, Growth Cave continued to claim that I could make money without filming any videos. An example of the emails Growth Cave sent me is attached as **Exhibit D**. The subject of the email says "Robert – make passive income on YouTube without making videos?" and the body of the email from Lucas Lee-Tyson says that if I respond to the

3

email he will "shoot over a behind-the-scenes look at the EXACT targeting I used to generate over 3.6M in my first year on YouTube WITHOUT making videos."

12. My digital education course idea was to offer life coaching for other men. Growth Cave approved my course idea. In hindsight, I realize that no one at Growth Cave was an expert on what types of courses would be more likely to sell and as far as I know, Growth Cave would greenlight anyone's course idea. But before I signed up with Growth Cave I was led to believe that Growth Cave had a rigorous vetting process and they would only accept people they believed were likely to succeed with Growth Cave's program.

13. After a few weeks in the KBA Program, I received approval from Growth Cave to begin creating several advertisements for my course. Growth Cave helped me write a script for about four different versions of advertisements and then I worked with Growth Cave to revise the scripts. As shown in the June 27, 2023 message from Growth Cave, a true and accurate copy of which is attached as **Exhibit E**, Growth Cave would not allow me to begin recording the advertisements until it gave a final review of the scripts and determined my ads were "in a good position."

14. Eventually, I got Growth Cave's permission and I recorded multiple different versions of advertisements for my course. Then, I posted all the versions of the advertisements to test their performance. Growth Cave required me to hit certain metrics with at least one advertisement during the testing phase, otherwise Growth Cave would not give me approval to go "live" with my course and actually begin selling it. For example, one of my ads had to hit a certain "click-through rate," meaning the percentage of people who watched my ad and then clicked on it to receive more information about my course. If your ad did not hit the minimum metrics then Growth Cave would tell you to go back and tweak things, which was supposed to guarantee that

4

when you went live with your course you would be sure to get sales. It was always my understanding that I had to follow Growth Cave's instructions to be successful with my business and that if I didn't follow their instructions they would claim I was violating the agreement and refuse to help me or honor the $10,000 profit guarantee.

15. On July 26, 2023, Growth Cave messaged me to confirm that my advertisement hit the required metrics. In the message, a true and accurate copy of which is attached as **Exhibit F**, Growth Cave said, "Good work Robert! 2.71% is a winning ad." Growth Cave then told me my "next steps" were to complete Modules 4 and 5, before I could officially launch my course.

16. Finally, on August 28, 2023, I had Growth Cave's approval and I officially launched my course. Within just a few days, it was obvious that my course was failing. I was hardly getting any views of my ads and I did not even come close to getting a sale. I contacted my Growth Cave coach, who advised me on some changes to make. I re-launched my course with those changes on September 4. Once again, my course failed to generate any traffic and I did not make any sales. During the time my course was launched, I was paying additional money to run Google Ads for my course. In total, I spent approximately $400 - $500 on Google Ads, which Growth Cave recommended I use to sell my course.

17. I was scheduled to meet with my coach on September 6 to discuss these poor results, but my coach never showed up to our meeting.

18. I repeatedly messaged the Growth Cave team to ask for help, but no one responded. I posted on Growth Cave's internal message board for KBA Program participants and finally got a response from Growth Cave. However, instead of offering advice to try and fulfill their promises I would succeed in their program, Growth Cave stated that I should go back to the testing phase, which they now called "beta testing," and try to get "beta sales" by posting on

5

Facebook and that if I did not agree to start posting on Facebook I would need to sign a Mutual Release Agreement confirming I was not following Growth Cave's advice and would not hold Growth Cave liable. A true and accurate copy of the KBA Mutual Release Agreement that Growth Cave sent me is attached as **Exhibit G**. I refused to sign the Release because it was not true – I had always followed Growth Cave's advice through every step of the KBA Program and it was only *after* I launched and failed to get sales that Growth Cave began telling me I should have gotten sales during the "beta" phase (i.e. before launching my course). Prior to launching my course, Growth Cave also never told me I had to market my course on Facebook and I would not have signed up for the KBA Program if I thought that was the case.

19.    My son had also launched his course in August 2023 and was not able to get any sales. My son and I had worked together while preparing and launching our courses, so I knew that my son had also followed all of Growth Cave's advice and still was unable to succeed in selling his course.

20.    I went back and forth with Growth Cave a few more times, but it became clear that Growth Cave was not able to help me become successful selling my course. On September 23, 2023, I emailed Jordan Marksberry at Growth Cave to explain the many problems I faced in the KBA Program and respectfully requested a refund of my $9,800, as well as my son's, considering we had not made any sales after launching and therefore Growth Cave had not satisfied the $10,000 guarantee as they promised. A true and accurate copy of my September 23, 2023 email is attached as **Exhibit H**.

21.    On September 25, 2023, Jordan Marksberry responded that Growth Cave was "unable to offer any sort of refund at this time, per our company policy." He also apologized that I "didn't have the results" I expected and that Growth Cave would be willing to guide me through next steps to "make sales ASAP!" On September 26, 2023, I responded to Jordan and told

6

Appx 00089

him that due to the many unfulfilled promises by Growth Cave and changes in the program since I started, I no longer had confidence that I could succeed in the KBA Program. Therefore, I did not want to continue working with Growth Cave and simply wanted a refund. More than two weeks later, Jordan responded and maintained that Growth Cave would not provide me with a refund. A true and accurate copy of our email exchange is attached as **Exhibit I**. Lucas Lee-Tyson and Mason McFadden from Growth Cave were also copied on these emails.

22.     On October 31, 2023, I submitted a dispute to my credit card company, Capital One, to reverse the charges from Growth Cave. At first, Capital One refunded my money, but then Growth Cave objected and claimed that the "goods were as described and received in good condition" so Capital One rebilled me for the amount I had paid to Growth Cave. A true and accurate copy of the December 11, 2023 letter from Capital One is attached as **Exhibit J**. On December 19, 2023, Capital One sent me an additional letter advising that if I still wanted to dispute the charge, I should work directly with the merchant (Growth Cave). A true and accurate copy of the December 19 letter is attached as **Exhibit K**.

23.     Pursuant to Capital One's instructions, I emailed Growth Cave on December 19, 2023 to inquire why I had been blocked from accessing the Growth Cave platform if Growth Cave was refusing my refund. Jordan Marksberry insisted that the dispute was now "between our banks" and that I had somehow breached our agreement – presumably by disputing the credit card charge after Growth Cave refused to provide me with a refund. A true and accurate copy of our email correspondence beginning on December 19 is attached as **Exhibit L**.

24.     On January 25, 2024, I tried one more time to appeal Capital One's decision and explain the many reasons that Growth Cave had not

7

provided the services it promised. A true and accurate copy of my January 25, 2024 letter to Capital One is attached as **Exhibit M**. Unfortunately, Capital One did not change its decision and has refused to reverse the Growth Cave charges.

25.     On January 26, 2024, I submitted a complaint to the Better Business Bureau regarding Growth Cave's unfair business practices. A true and accurate copy of my BBB complaint is attached as **Exhibit N**. On the same date, I also submitted a complaint to the Federal Trade Commission, a true and accurate copy of which is attached as **Exhibit O**. On the same date, I also submitted a similar complaint to the State of California Office of the Attorney General, a true and accurate copy of which is attached as **Exhibit P**. On March 6, 2024, Growth Cave's attorney responded to my Attorney General complaint, refusing my request for a refund, accusing me of breaching the agreement by disputing the payment with my credit card company, and claiming that the reason I was unable to succeed in the KBA Program was due to my "failure to invest [my] time and effort into the program." A true and accurate copy of the March 6, 2024 letter is attached as **Exhibit Q**. I sent another letter to the California Attorney General, responding to Growth Cave's arguments, but I did not hear back. A true and accurate copy of my response is attached as **Exhibit R**.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 7/6/2024

_____
Robert Lang

8

Appx 00091

# EXHIBIT A

**Appx 00092**

# Growth Cave Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Knowledge Business Accelerator Program is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Growth Cave and the Knowledge Business Accelerator program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Scale-Ready Offer™
- Automated Customer Acquisition™
- Knowledge Business Systems & Scaling™
- Knowledge Business Accelerator Training Modules™
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

I **Robert Lang** understand and agree that by committing to becoming a member of the Knowledge Business Accelerator Partnership Program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

Signature: *Robert Lang*
F10A837A6C2C411…

Date: 6/6/2023

## TERMS AND CONDITIONS

The following  Terms and Conditions sets forth the legally binding terms between you and Growth Cave, LLC for your purchase of Growth Cave, LLC GrowthCave.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Lang Exhibit A**
**Appx 00093**

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.** ___ _Kl_ ___
**Your Initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information

**Lang Exhibit A**
**Appx 00094**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A9253

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**Lang Exhibit A**
**Appx 00095**

DocuSign Envelope ID: 4527D528-5D8B-4B17-9DFC-C7468D1A9253

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Lang Exhibit A**

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

**AppX 00096**

DocuSign Envelope ID: 1527D528-5D8B-4B17-8DFC-67468D1A0353

...s; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

**Lang Exhibit A**
**Appx 00097**

DocuSign Envelope ID: 1527D528-5D9B-4B17-9DFC-67468D1A0353

license or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I ___Robert Lang___ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: _Robert Lang_ (DocuSigned by: F10A837A6C2C411...)    Date: 6/6/2023

**Lang Exhibit A**
**Appx 00098**

# EXHIBIT B

**Appx 00099**

   Categories    Blog    RL   Robert …          **For businesses**

# RL

## Robert Lang

United States

| **2** | **185** | **2** |
|:---:|:---:|:---:|
| ☆ **Reviews** | 👁 **Reads** | 👍 **Useful** |

## Reviews

Review of [Growth Cave](#)



> **Robert Lang**
> 2 reviews
>
> ★☆☆☆☆                                                    Sep 30, 2023
>
> ### KBA - Not The Program They Present it to Be
>
> KBA - Most of the 5 star reviews of GrowthCave are done within days of signing up for the program, so the 5 star ratings are not accurate. It is a step in GrowthCave's process to ask for early reviews. What other company does that? Look at the comments. There are people who have been successful with the KBA program, but not nearly as many as represented through the reviews.
>
> Full payment upfront, or over one or 2 payments. Not enough time to know if you will be successful or not.
>
> Their "success guarantee" gives GrowthCave no incentive to actually help you to be successful.
>
> I signed up in early June 2023. I followed all of the lessons and did everything my coach(es) told me, when I could get in touch with a coach, and my coaches changed multiple times. I also had 2 meetings scheduled with a coach and they never showed up because the coach quit. I launched on August 28th after being approved at each step throughout the entire process. After 5 weeks I have made no money, just spent additional money on Google Ads. When I inquired about help, after my coach quit, I was told that I need to go back and do Beta Sales (which I was clearly told was optional when I went through that module) or I

**Lang Exhibit B**
**Appx 00100**

needed to sign an agreement that they could not guarantee sales. This is a clear bait and switch, and was NOT the program I paid for.

I am not the only one who has said that it is nearly impossible to get help from coaches, and the coaches change all the time. There is no consistency in method or approach. When you post a message for the group on the internal message board, and they don't like it for some reason (usually a criticism of the program) they delete the whole message.

There is very little online footprint for the company or the owner Lucas. That is very suspicious. They don't want publicity on how they care for their paying customers and how if you happen to have success - great! And if you don't - somehow it was the customer's fault and oh well. If I knew then what I know now, I would have saved my money and put it towards a coaching program that would have helped me and cost far less that would have set me up for long term success. Awful customer service, awful communication and they get fully paid. Overall a waste of money and time.

**Date of experience:** September 30, 2023

✎ Edit        🗑 Delete        ⌁ Share

Review of [YNAB](YNAB)

**RL**  **Robert Lang**
2 reviews


Mar 15, 2023

⦿ Merged      ⊘ Verified

### Overall great!

Overall things are great. Love the program. Helps me a lot.

**Date of experience:** March 15, 2023

✎ Edit        🗑 Delete        ⌁ Share

| Previous | Next page |
|---|---|



**Choose country**

**Lang Exhibit B
Appx 00101**

United States ▾

## About

About us

Jobs

Contact

Blog

How Trustpilot works

Transparency Report

Press

Investor Relations

## Businesses

Trustpilot Business

Products

Plans & Pricing

Business Login

Blog for Business

Legal

Privacy Policy

Terms & Conditions

Guidelines for Reviewers

## Community

Trust in reviews

Help Center

Log in

Sign up

Chrome App

## Follow us on

   

**Lang Exhibit B**
**Appx 00102**

System status

Cookie preferences

Do Not Sell My Info

Modern Slavery Statement

© 2024 Trustpilot, Inc. All rights reserved.

**Lang Exhibit B**
**Appx 00103**

# EXHIBIT C

Appx 00104













Lang Exhibit C

Appx 00110



**Lang Exhibit C**

**Appx 00111**

# EXHIBIT D

**Appx 00112**

 Gmail

Robert Lang <   **REDACTED**   >

## Robert - make passive income on YouTube without making videos?

Lucas Lee-Tyson <trainingwithlucas@growthcave.com>          Tue, Jun 20, 2023 at 7:20 PM
To: Robert    **REDACTED**

Hey Robert - thanks for checking out my case study video!

**If you haven't already, check out the case study video here:**
**https://go.growthcave.com/kba-vsl-broad**

And, as a special reward...

**If you reply to this email with the word "Bonus"...**

I'll shoot over a behind-the-scenes look at the EXACT targeting I used to generate over 3.6M in my first year on YouTube WITHOUT making videos...

Sound good?

**Just reply with "Bonus" and I'll send it right over!**

If you have any questions, feel free to hit reply as well! I read every single one.

*-Lucas*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Lang Exhibit D**
**Appx 00113**

**REDACTED**

# EXHIBIT E

**Appx 00114**

 **Gmail**

Robert Lang          **REDACTED**

## Re: Hey Robert, I will have the copy team work with you in this chat on...

1 message

**Ivan from Growth Cave** <ivan.iniguez@growth-cave-415efcd9bf94.intercom-mail.com>       Tue, Jun 27, 2023 at 10:28 PM

Reply-To: Ivan from Growth Cave <ivan.iniguez@growth-cave-415efcd9bf94.intercom-mail.com>

To:      **REDACTED**



I will go through them again tomorrow morning and share my feedback.
Once I feel your ads are in a good position, I will let you know so you can start recording the ads.
But I will need to go through them before getting there.
So expect to hear back from me with any comments or feedback in the next 12-24 hours.

Reply in our Messenger

You may need to sign in to Growth Cave again. You can also reply directly to this email.

**Lang Exhibit E**
**Appx 00115**

**REDACTED**

1/1

# EXHIBIT F

**Appx 00116**

 Gmail

## Re: Getting support from a coach

**Garrett from Growth Cave** <garrett.bettencourt@growth-cave-415efcd9bf94.intercom-mail.com>

Reply-To: Garrett from Growth Cave <garrett.bettencourt@growth-cave-415efcd9bf94.intercom-mail.com>

To:    **REDACTED**

Wed, Jul 26, 2023 at 12:07
AM

 *This message was deleted*

 Good work Robert! 2.71 % is a winning ad. Your next steps are to do Module 4 and 5. I'll have my assistant Coach Anna work with you on your VSL review.

Reply in our Messenger

You may need to sign in to Growth Cave again. You can also reply directly to this email.

**Lang Exhibit F**

**Appx 00117**

REDACTED

# EXHIBIT G

**Appx 00118**

DocuSign Envelope ID: 8CC46EFF-3E12-442D-B94C-B69818A195C5

KBA MUTUAL RELEASE AGREEMENT

This agreement ("Agreement") is made effective as of _____, by and between
_____Robert Lang_____ ("Client") and Growth Cave, located at 254 Chapman Rd, Ste 208 #634 Newark, Delaware 19702, ("Agency").

This Mutual Release Agreement ("Agreement") is made and entered into on _____ (the "Effective Date") between:

__Robert Lang_____ (referred to as the "Client"), and Growth Cave, located at 254 Chapman Road, STE 208 #634 Newark, DE 19702  (referred to as the "Business").

Whereas, the Client sought advice and recommendations from the Business to improve their business profits;

Whereas, the Business provided professional advice based on their expertise;

Whereas, the Client acknowledges that they have chosen to make decisions that differ from the Business's advice;

Whereas, the Client understands that by making decisions different from the Business's advice, there is a possibility that the desired results may not be achieved;

Now, therefore, in consideration of the following understandings, the Client and the Business agree as follows:

1.  Release and Waiver

The Client releases and waives any claims or demands, known or unknown, arising from the Client's decisions that differ from the Business's advice.

2.  No Liability

**Lang Exhibit G**

**Appx 00119**

The Client acknowledges that the Business shall not be held liable for any negative outcomes or losses resulting from the Client's decisions that differ from the Business's advice.

3. No Guarantees

The Client understands that the Business does not guarantee the success or profitability of the Client's business, and the Client assumes any associated risks with their decisions.

4. Entire Agreement

This Agreement represents the complete agreement between the Client and the Business, and it supersedes any previous discussions or agreements, whether verbal or written.

5. Governing Law and Jurisdiction

This Agreement is governed by the laws of [State/Country], and any disputes will be resolved in the courts of [State/Country].

IN WITNESS WHEREOF, the parties have executed this Mutual Release Agreement as of the Effective Date.

Name: Robert Lang

Date:

Signed:


Growth Cave LLC

Lucas Lee-Tyson

CEO

Date:

Signed:

**Lang Exhibit G**

**Appx 00120**

# EXHIBIT H

**Appx 00121**

 **Gmail**

Robert Lang <    REDACTED    >

## GrowthCave Memberships

1 message

**Robert Lang** <    **REDACTED**    >                                       Sat, Sep 23, 2023 at 10:22 AM
To: Jordan Marksberry <jordan@growthcave.com>
Bcc: Robert Lang <    **REDACTED**    >, Joshua Lang <    **REDACTED**    >

Dear GrowthCave:

I signed up and paid for the KBA Program on June 5th.  Based on the initial ads, videos and the zoom call I had, I was excited to create a course that will basically run on its own and to have a coach that would walk me through every step of the process.

The expectations that Lukas set in the early videos for growth and potential were great and of course, I have been around the block to understand that certain sales tactics are used and results can vary.  I thought that even if I achieved half or a third of what was promised, I would still be able to make enough money to run my business and my course full-time.

I worked very diligently on every aspect that was assigned.  I watched every video, and followed every guideline.  I reached out to the coaches for input.  As I was going through the material, and discussing with my coach(es), Beta Sales were presented as a good thing, but not a necessary thing to do and can be skipped if that was my choice.  I had 3 ads filmed and I set up for Beta Testing of my ads on July 10th.  Approximately 5 weeks after starting I had already begun to beta test ads.  They ran for 5 days and I was thrilled that one of the Ads had a CTR of 2.71%.

I went on vacation, and returned on 7/24.  I worked with my coach(es) and wrote and recorded the VSL and confirmation video, as well as starting to set up the videos for my course.  That work was completed by August 4th.

On August 7th, I decided I would write out my videos for the course.  My intent was to write a video, record a video and follow that pattern until I had some record and then to launch fully.  I found that it made more sense to write them all out, and to have a cohesive feel to all of them before recording.  In doing so, I could make changes and rearrange things before I ever recorded.  I also was able to get input from some friends who helped me hone the course.  It was a great way to proceed.  All along this time I had messaged the coach(es) so they knew where I was.  By August 18th I was fully recorded and had my resources set.

The following week, I set up the sales funnel, worked out any bugs, and up[loadedd the course.  The intent was to launch on Monday, August 28th.  I reached out to my coach for final input and approval and after some back and forth, I was ready to go.

I launched on August 28th.  It was clear within a few days, that nothing was happening.  I paused the course on August 30th and had a meeting with my coach on the 31st.  We came up with some changes and did another Beta Launch on September 4th.  We set a meeting up to review on Wednesday, September 6th.

The Beta Launch did not go well again, but I knew I would be reviewing this with my coach on Wednesday.  I waited on the 12:15 Zoom meeting on Wednesday, but she never showed up.  I rescheduled the meeting for Friday at 315.  On Thursday morning, that meeting was just canceled, but no one got in touch with me to

**Lang Exhibit IY**

**Appx 00122**

REDACTED

tell me why.  I messaged the team several times, but no one got back to me.  I put up a post in general discussion about this, since I could not get a response from anyone and I finally got a message back. Instead of assigning me to a coach, I received a length message that na=basically said that I needed to go back and get Beta Sales or I needed to sign a "Mutual Release Agreement stating we can't guarantee results with YouTube Ads if Beta Sales aren't conducted first, and that you understand and wish to continue with Google Ads anyway".  This was the first I had heard of this in 3 months of being in the program.  I followed all of the coaches directions, and I launched with approval on August 28th.

Since then, it has been made clear that the direction GrowthCave is pushing all of us is with Beta Sales. That was not how the course was sold, or the expectations that were set out by anyone along the way.  It really feel like it is a bait and switch.

Also, all through the program, we are told to reach out to your coach and they will help you.  There have been many times that I have reached out, and the messages went unread for days, and no one would get in touch with me.  I used the messenger to reach out as directed, and used it as often as I needed help. My coaches also changed a number of times, so there was no consistency with them and my course.  They had to become familiar with me and my course in order to work with me.  There seemed to be no real urgency with the coaches and little consistency with the messages.  The most serious issue was the fact I wasted an entire day around the zoom meeting on September 6th which was missed, no followup, no communication from anyone.  I had to make a post in order to get any kind of answer.  But even after that, there was no apology or acknowledgement of wasting my time.

I also do not believe it is fair or being honest for posts in the message board to be deleted if management does not like them.  I went back and looked for certain posts, some of which I commented on and/or liked and they inexplicably disappeared.  None of them were inappropriate or crossed a line.  The general theme was issues with coaches, issues with Beta Sales.  There are still a few posts where Admins responded and the posts were not added to with any other responses.  But I have not been alone in feeling like the coaches have been less than responsive and less than consistent.

I have been in sales for the past 30 years.  I understand sales, I understand relationships and I understand managing expectations, especially when it comes to sales.

I feel that Growthcave has not lived up to its responsibilities, and the expectations with the program that I purchased in early June.  As I stated, I watched and followed all of the materials presented in the modules. Some of the videos I watched several times and I double checked my work.  I was very hopeful for a decent launch on August 28th.

Since Growthcave has not met their responsibilities, I respectfully request a refund in full for the program. The program has changed, the coaches are inconsistent, and no one has worked with me to help me develop a plan to move forward.  At the present moment, I have little progress to show for all the effort that I put in over the last 4 months.  I have been unemployed since before I purchased the program, and I am still unemployed.  This was supposed to be my job going forward.  Not only have I not made money, but I have spent additional money to purchase programs and subscriptions to aid the success of selling my course.  In many ways, I am worse off than when I started in June.

Thank you.

**Lang Exhibit H**

**Appx 00123**

**REDACTED**

# EXHIBIT I

Appx 00124

 Gmail

**Robert Lang <** **REDACTED** **>**

## Re: GrowthCave Memberships

1 message

**Robert Lang <** **REDACTED** **>** Sat, Oct 21, 2023 at 7:07 PM
To: Jordan Marksberry <jordan@growthcave.com>
Cc: "lucas@growthcave.com" <lucas@growthcave.com>, "mason@growthcave.com" <mason@growthcave.com>
Bcc: Robert Lang < **REDACTED** >

I am writing to officially and firmly request that I be refunded for the full amount of my investment into the KBA program.

If no refund has been issued to my payment method on file– and I have not been provided a receipt of such a refund within the next 24 hours– then I will be initiating a chargeback as soon as possible through my financial institution.

If my chargeback is disputed by Growth Cave, I will be moving forward with immediate legal action.

If you restrict my membership account from accessing or commenting in the Growth Cave community prior to issuing my refund and my receipt thereof, then you will be in breach of contract for revoking my access to content for which I have paid and to which I am contractually entitled.

This will constitute grounds to pursue damages in excess of the refund of my original investment, should you choose to escalate this matter to arbitration.

I encourage you to resolve this matter amicably, to the benefit of both parties, as soon as possible.

Best,

On Wed, Oct 11, 2023 at 12:52 PM Jordan Marksberry <jordan@growthcave.com> wrote:
> Hey Robert,
>
> I appreciate for reaching out, but our stance in our previous email still stands, we unfortunately are not able to offer a refund at this time.
>
> I apologize if any changes on the program and/or modules had held you back in the process, but our goal is to ensure that our clients are only receiving the best service possible!
>
> The Knowledge Business Accelerator program has a conditional guarantee built-in, it means we will work with you until you succeed and you make at least your $10,000 investment back, but refund is not part of our contracts. As stated in the contract you signed and having had access access to our proprietary training, coaching, and services, all payments are final and no refund is able to be provided.
>
> However, as stated previously too…we are willing to continue working with you and help through the process of launching again ASAP! You already made great progress and are just one step away from achieving your goals you set out when joining us! Our coaches are happy and dedicated to helping you on this journey, so let us help you and do not give up after you made it this far.
>
> Let me know how we can continue to assist :)
> Jordan
>
>
> On Tue, Sep 26, 2023 at 8:59 AM, Robert Lang <c **REDACTED** > wrote:
>> Jordan,
>>
>> Thank you for getting back to me.
>>
>> As I stated in my original email, the original program that I signed up for, and what was promised to me throughout the early parts of the program have changed. When I first went through the module on Beta Sales it was clear that this was an option which was stated in the module. Then, 2 weeks after my unsuccessful launch which was

**Lang Exhibit 1**

**Appx 00125**

REDACTED

approved all along the way, I was told that I needed to do Beta Sales or sign a page since there is no guarantee of success.

I purchased KBA because I was told there would be $10K worth of sales in the first month of launch.  As I stated, this did not happen, and I followed everything every coach told me to do and changed everything based on their feedback.  The program today is not what was sold to me and I signed up for in June.

My experience with the coaches has rarely been that they will reply within a day.  Many other people have posted the same frustration on the message board.  As I stated in the first email, it is not fair, nor being transparent to take messages off the board that Growth Cave does not like.  But I have seen, commented on and posted some of these messages.  So my experience with "reach out to your coach" or "post on the message board for help" has been negative at best.

Since the original guarantee has not been met, and I have detailed my experiences to this point, I have no confidence that there will be any success utilizing this program.  In addition, as stated, the program inexplicably changed with no acknowledgement of the change, as has been stated by other members' messages, many of which since have been deleted.

Because this program has not performed as promised, and I have been unemployed and have been focusing on making this work, I have had to seek other sources of income aside from an online course.  I do not have the time or the luxury to hope that the new iteration of this program may possibly earn me money sometime in the future, when I have already invested time and money in this program, using Growth Cave based on the promise of success.

I respectfully request a refund since Growth Cave has not fulfilled the expectations of the guarantee promised, and can provide no trustworthy future guarantee.

On Mon, Sep 25, 2023 at 3:28 PM Jordan Marksberry <jordan@growthcave.com> wrote:
> Hi Robert,
>
> Thanks for sharing your concerns and thoughts, I understand where you are coming from.
>
> I´m sorry to hear that you didn´t have the results you were looking for yet. I'm first going to pass this information along to our sSenior Client Success Manager, Mason, to ensure they guide you on your next steps moving forward, so you can make sales ASAP! I can assure you that our team is here to guide you throughout this process as we have done with many other clients. Please, feel free to reach out the team via members.growthcave.com, and they will be more than happy to assist :)
> I can assure you that if you reach out through our chatbox, you will receive a response from our team the same day.
>
> I am unfortunately unable to offer any sort of refund at this time, per our company policy. However, this does not mean that we wish to discontinue our relationship with you as a client. I could read that you have already made excellent progress and are just a step away from achieving the results and goals you set when joining our program. So, please let us help you in this final run before you launch it again, and start making the sales we all are expecting!
>
> Please know it is 100% our intention to fulfill our promise with all our clients in the Knowledge Business Accelerator program. We have changed many of our clients' lives and are working hard to do so for the rest.
>
> Looking forward to seeing your progress and achieving financial freedom through your course!
> Jordan

**Lang Exhibit I**

**Appx 00126**

REDACTED

# EXHIBIT J

Appx 00127

**Capital One**

P.O. Box 30279
Salt Lake City, UT 84130-0279

December 11, 2023

ROBERT LANG

R

NORTH PLAINFIELD, NJ 07060

Case Number:    **REDACTED**

**To continue your dispute case, you can send us additional information by 01/01/2024.**

Dear ROBERT LANG,

We're following up on this dispute case created for your account:

Merchant: GROWTHCAVE.COM
Amount: $9,800.00
Date: 06/05/2023

**Here's what you need to know:**

- The merchant provided the following information to support the transaction: Notification that goods were as described and received in good condition
- Your account had been temporarily credited for $9,800.00.
- Now, we've rebilled this amount to your account. You'll see this on your statement within the next 2 billing cycles - or sooner if you view your account online.
- We consider the case to be closed.
- If you'd like to continue this dispute, you can respond to the merchant by 01/01/2024.
- Your response should be a signed and dated letter including your case number, the merchant's name, the date of the transaction, the disputed amount, and any of the supporting documentation listed below.

**To support your dispute case, send us any of the following supporting documentation:**

- A copy of your sales invoice or purchase agreement/contract, including evidence to support how the service you ordered is different than what you received.
- A statement that includes the number of times the merchant tried correcting the problem, including a description of how you tried to resolve the dispute with the merchant.
- Provide the date and proof of canceled services or returned merchandise/installed parts, or the date merchandise was made available for pick-up.
- A refund voucher or other documentation (if you received any) supporting your claim that a credit is due to your Capital One account.

**You can provide information by ...**

- Giving us a call at 1-800-887-8643 to get a secure link for uploading documents.

© 2023 Capital One. Capital One is a federally registered service mark.

**Lang Exhibit J**

**REDACTED**

**Appx 00128**

- Mailing it to us at P.O. Box 30279, Salt Lake City, UT 84130.
- Faxing it to 1-888-435-4217.

If you have questions, feel free to give us a call at 1-800-887-8643. We're available 7 a.m. to 1 a.m. ET, seven days a week. Thanks for being our customer.

Sincerely,

Capital One
Customer Care Team

© 2023 Capital One. Capital One is a federally registered service mark.

**Lang Exhibit J**

**Appx 00129**

REDACTED

© 2023 Capital One. Capital One is a federally registered service mark.

REDACTED

**Lang Exhibit J**

**Appx 00130**

**stripe**

## Chargeback Evidence

Claim Id: REDACTED
Reference number: REDACTED
Chargeback Reason Code: 4853

To whom it may concern:

The chargeback for $9,800.00 USD received on 02 November 2023 04:51:34 UTC for the charge authorized on 05 June 2023 23:06:49 UTC is invalid because:

The product received was as advertised

**Please review the document below that outlines the following:**

- **Order Details:** merchant details and payment details

**Please see our Appendix for the following supporting documents:**

- [1] Receipt
- [2] Customer Communication
- [3] Customer Signature

**REDACTED**

**Lang Exhibit J**

**Appx 00131**

## Order Details

### Merchant Details

| | |
|---|---|
| Name: | GrowthCave.com |
| Website: | https://growthcave.com/ |
| Location: | Middletown, DE, US |
| Business Description: | I sell a few things but mainly work with web design and development. Customers are charged typically right away but I offer a few subscription based services (SEO packages). |

### Payment Details

| | |
|---|---|
| Transaction Amount: | $9,800.00 USD |
| Transaction Date: | 05 June 2023 23:06:49 UTC |
| Transaction Type: | Purchase |
| Authorization Code: | REDACTED |
| Acct Number (last 4): | REDACTED |
| CVV/CVC Code: | M (Pass) |
| AVS Code: | Z |
| AVS Zip Code Check: | Pass |

### Customer Details

| | |
|---|---|
| Name: | Robert Lang |
| Email Address: | REDACTED |
| Billing Address: | NJ, 07060, US |
| Purchase IP Address: | REDACTED— Plainfield, New Jersey, US |

A copy of the customer signature may be found in Appendix [3].

A copy of our communications with the customer may be found in Appendix [2].

### Product Description

Knowledge Business Accelerator Program

A receipt may be found in Appendix [1]

## REDACTED

**Lang Exhibit J**

**Appx 00132**

| Claim Id: | REDACTED | Attachment: 1 |
| --- | --- | --- |
| | | Page 3 of 21 |



## Receipt from Growth Cave

Receipt #1220-7020

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
| --- | --- | --- |
| $9,800.00 | Jun 5, 2023, 7:06:49 PM | REDACTED |

SUMMARY

| | |
| --- | --- |
| Purchase of Knowledge Business Accelerator (1x9800) via ThriveCart | $9,800.00 |
| Amount charged | $9,800.00 |

If you have any questions, visit our support site at
https://growthcave.com/support/, contact us at
clients@growthcave.com, or call at +1 323-329-5199.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Growth Cave, which
partners with Stripe to provide invoicing and payment processing.

**REDACTED**

**Lang Exhibit J**
**Appx 00133**

| Claim Id: | **REDACTED** | Attachment: 2 |
|---|---|---|

Page 4 of 21

Growth Cave LLC's "Knowledge business Accelerator" program is an online training and coaching program for professionals looking to create or improve an online course business. Through online resources such as video training courses, mentorship programs, group coaching and collaboration, and a "GrowthBox" software suite. While specific dollar amounts are not promised, many of our students have gone on to create their own six and seven-figure business based on Growth Cave's training materials & methodology.

Clients can either pay a one-time fee of $9,800 USD, or agree to 2 monthly payments of $4,950 USD or 3 monthly payments of $3,300 USD with a down payment of $10,00. Our sales team will sometimes create custom payment plans where we take a deposit of $1,000-$2,000 and then collect the remainder of a client's payments after they have seen a ROI on their investment. In exchange for purchasing this package, users get full, unlimited access to a library of online training courses, group forums, 1-on-1 coaching and team assistance, and much more. When clients complete the full course and follow the guidance provided in the courses, they receive the experience necessary to start their own online course business using YouTube Video Ads.

All customers authorize and agree to our Terms and Conditions of Sale at the time of purchase by signing a client agreement **(via electronic signature)**. They are again informed about our Refund Policy and Terms of Service after the payment has been completed.

The transaction being disputed was placed by the cardholder, Robert Lang, on the website www.growthcave.com for an online training course (e-learning) for online marketing skills. The total transaction amount of $9,800 was paid to Growth Cave on 5th of June 2023. We can confirm in our system that access to the training course was sent to the cardholder via their e-mail address of

**REDACTED**

**Upon researching this transaction, we have determined that this transaction was not fraudulent, the cardholder participated in the transaction, and the service was as advertised. Therefore, the chargeback is invalid.**

We are submitting the following as **compelling evidence**:

**REDACTED**

**Lang Exhibit J**

**Appx 00134**

Claim Id:    **REDACTED**    Attachment: 2
Page 5 of 21

1. AVS and CVV were obtained at time of purchase, in addition to digital fingerprint information courtesy of Stripe, verifying the user was not a known bad actor:



**REDACTED**

Lang Exhibit J

Appx 00135

Claim Id:         REDACTED        , Attachment: 2
Page 6 of 21





REDACTED

Lang Exhibit J
Appx 00136

Claim Id:    REDACTED    Attachment: 2
Page 7 of 21





REDACTED

**Lang Exhibit J**
**Appx 00137**

| Claim Id: | REDACTED | , Attachment: 2 |
| --- | --- | --- |

Page 8 of 21

2. By completing the purchase, the cardholder agreed to the terms of their purchase, including our refund policy. From our signed client contract:

> **Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of Services. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled and no fees will be refunded. Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results. Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful.

> **Refund Policy.** After your onboarding, all purchases are non-refundable. **I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.**

3. Digital Delivery Confirmation. The below document proves that the customer was provided access to our training portal (via the email they provided) upon purchase of this online training library:



**REDACTED**

**Lang Exhibit J**

**Appx 00138**

| Claim Id: | REDACTED | Attachment: 2 |
| --- | --- | --- |
| | | Page 9 of 21 |



4. Confirmation that the cardholder consumed the digital product that was purchased. Below is a record of the number of times this cardholder logged into their account on our website and accessed the training portal once their purchase was complete:



**REDACTED**

**Lang Exhibit J**

**Appx 00139**

| Claim Id: | REDACTED | Attachment: 2 |
| --- | --- | --- |

Page 10 of 21

5. The cardholder contacted our customer service department to inquire about their account and our services. The below customer service log demonstrates that the cardholder made this purchase, and it was not fraudulent.





**REDACTED**

**Lang Exhibit J**

**Appx 00140**

Claim Id:          REDACTED          Attachment: 2
                                     Page 11 of 21





REDACTED

**Lang Exhibit J**

**Appx 00141**

Claim Id: **REDACTED**    Attachment: 2
Page 12 of 21





**REDACTED**

**Lang Exhibit J**
**Appx 00142**

Claim Id:    REDACTED    Attachment: 2
Page 13 of 21





REDACTED

**Lang Exhibit J**
**Appx 00143**

Claim Id:   **REDACTED**   Attachment: 2
Page 14 of 21





**REDACTED**

**Lang Exhibit J**

**Appx 00144**

Claim Id:    REDACTED    , Attachment: 2
Page 15 of 21

6. The cardholder authorized this purchase and agreed to the Growth Cave Terms and Conditions at time of purchase by clicking to accept the client agreement and continue purchase (via electronic signature indicated below). See attached signed contract & Terms and Condition of Sale, at end of this packet.

The above proof demonstrates that the cardholder participated in the disputed transaction. Due to this evidence, we ask that you reverse the chargeback claim and return the debited amount of the purchase to the merchant. For any additional questions regarding this specific dispute, please contact Lucas Lee-Tyson at lucas@growthcave.com

**REDACTED**

**Lang Exhibit J**

**Appx 00145**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

| Claim Id: | REDACTED | Attachment: 3 |
| --- | --- | --- |
| | | Page 16 of 21 |

# Growth Cave Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Knowledge Business Accelerator Program is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Growth Cave and the Knowledge Business Accelerator program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Scale-Ready Offer™
- Automated Customer Acquisition™
- Knowledge Business Systems & Scaling™
- Knowledge Business Accelerator Training Modules™
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

I Robert Lang _____ understand and agree that by committing to becoming a member of the Knowledge Business Accelerator Partnership Program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

Signature: Robert Lang
F10A837A6C2C411

Date: 6/6/2023

## TERMS AND CONDITIONS

The following Terms and Conditions sets forth the legally binding terms between you and Growth Cave, LLC for your purchase of Growth Cave, LLC GrowthCave.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

## REDACTED

**Lang Exhibit J**

**Appx 00146**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

| Claim Id: | **REDACTED** | , Attachment: 3 |

Page 17 of 21

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.** ___[initials]___

**Your Initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained

**Lang Exhibit J**

**Appx 00147**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

Claim Id: **REDACTED** Attachment: 3
Page 18 of 21

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**REDACTED**

**Lang Exhibit J**
**Appx 00148**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

Claim Id:    **REDACTED**    , Attachment: 3
Page 19 of 21

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

REDACTED **Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

**Lang Exhibit J**

**Appx 00149**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253   :s; and the waiver of any breach shall not act as a waiver of subsequent breaches.

| Claim Id: | **REDACTED** | , Attachment: 3 |

Page 20 of 21

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

**Lang Exhibit J**

**Appx 00150**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253   ''cense or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

| Claim Id: | REDACTED | Attachment: 3 |
| | | Page 21 of 21 |

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

Robert Lang

I _____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: Robert Lang     Date: 6/6/2023
F19A837A6C2C411

**REDACTED**

**Lang Exhibit J**

**Appx 00151**

# EXHIBIT K

**Appx 00152**

**Capital One**

P.O. Box 30279
Salt Lake City, UT 84130-0279

December 19, 2023

ROBERT LANG
**REDACTED**
NORTH PLAINFIELD, NJ 07060

Case Number:    **REDACTED**

Dear ROBERT LANG,

Here's an update on your dispute with GROWTHCAVE.COM billed on 06/05/2023 for $9,800.00.

At that time we began an investigation into your dispute and requested information from you. While we have received your response to this request, it lacks all of the previously requested information needed to validate your dispute. Unfortunately, based on the information we have, we are unable to assist with your claim.

If you still want to dispute the charge, please contact the merchant and work directly with them. At this time, we consider your case closed. We apologize for any inconvenience. If you have questions, please give us a call at 1-800-887-8643. We're available from 7 a.m. to 1 a.m. ET, seven days a week.

Sincerely,

Capital One®
Transaction Support Center

© 2023 Capital One. Capital One is a federally registered service mark

**Lang Exhibit K**

REDACTED    **Appx 00153**

© 2023 Capital One. Capital One is a federally registered service mark

**Lang Exhibit K**

**Appx 00154**

**REDACTED**

# EXHIBIT L

 Gmail

Robert Lang < **REDACTED** >

## Re: My GrowthCave Account

1 message

**Jordan Marksberry** <jordan@growthcave.com>                    Tue, Jan 2, 2024 at 12:25 PM
To: Robert Lang <      **REDACTED**      >

Hi Rob,

As stated previously, you took this situation to be dealt between our banks. We countered the Dispute and is under review.

However, is a breach of contract from your side.

> On Tue, Jan 02, 2024 at 7:26 AM, Robert Lang <    **REDACTED**    > wrote:
>> Jordan,
>>
>> Please advise.
>>
>> Rob
>>
>> On Tue, Dec 19, 2023 at 2:14 PM Jordan Marksberry <jordan@growthcave.com> wrote:
>>> Hey Rob,
>>>
>>> From our side, it says results are still pending and under review.
>>>
>>> Thank you,
>>> Jordan
>>>
>>>
>>> On Tue, Dec 19, 2023 at 1:30 PM, Robert Lang <    **REDACTED**    > wrote:
>>>> Jordan,
>>>>
>>>> It appears this has been completed, and the payment status has not changed.
>>>>
>>>> Please advise.
>>>>
>>>> Rob
>>>>
>>>> On Tue, Dec 19, 2023 at 12:23 PM Jordan Marksberry <jordan@growthcave.com> wrote:
>>>>> Hey there Rob,
>>>>>
>>>>> You had disputed all payments made toward Growth Cave with your bank. This escalates this to a matter dealt with between both of our banks.
>>>>>
>>>>> Let me know if you need further assistance,
>>>>> Jordan
>>>>>
>>>>>
>>>>> On Tue, Dec 19, 2023 at 11:14 AM, Robert Lang <    **REDACTED**    > wrote:
>>>>>> Good Morning:
>>>>>>
>>>>>> My account remains fully paid since June 2023, but for some reason I do not have access to the account or the training.
>>>>>>
>>>>>> Please advise.
>>>>>>
>>>>>> Rob Lang

**Lang Exhibit L**
**Appx 00156**

REDACTED

REDACTED

**Lang Exhibit L**

**Appx 00157**

# EXHIBIT M

Appx 00158

January 25, 2024

Robert Lang
**REDACTED**
North Plainfield, NJ 07060

Capital One
Attn: Disputes
P.O. Box 30279
Salt Lake City, UT 84130-0279

Re: Notice of disputed charge to Account No. Ending in [REDACTED]

To Whom it may Concern:

I am writing to dispute two charges of $9,800 to my credit or account on June 6, 2023 & June 9, 2023. I originally disputed these charges on October 31, 2023, but they were overturned.  Since I received your latest response, I have sough the guidance of an attorney.  The charges are in error because:

1.  The payment was required PRIOR to receiving the contract.  In the case of both contracts, there was no way to know that it was non-refundable when we paid, because we did not receive the contracts until AFTER each payment was made.

2.  Announcements on YouTube promised $10K within one month of launching, after following all of the steps.  Both my son Joshua and I had online calls with a Growth Cave representative prior to payment where this was confirmed.  They backpedaled on this and said they guarantee it, but there is no time-frame.

3.  The "content" which was promised on the contract, once it was received was as follows:

**Lang Exhibit M**
**Appx 00159**

1. Scale-Ready Offer™ - This was not defined.  It appears that once we follow all of their steps, we will be fully set up to earn money and it is scalable.
2. Automated Customer Acquisition™:
   a. Nothing here is automated.  Every step is hard work.  The program lingered on certain aspects - how rich we were all going to be by following Lucas' program, but they raced through how to set up the system.  There were modules I had to watch 4 times to see what they were doing since they raced through the set up.  Most of the time, we could not get in touch with a coach for days, so we could not get hep easily when we had questions.
   b. There was very little empowering us to take control and do this on our own.  When I didn't understand something, I was told at one point "this is your company, so run it the way you want to run it".
   c. I think the Automated part refers to Google Ads driving business to your page, and people purchasing your course.  However, they failed to mention until we signed up that you had to have a scheduled meeting with EVERY potential customer to try to sell them your course.  So it was far from automated if I needed to participate in every sale.  And it was not the passive income program they promised, if I needed to sell every potential customer.
   d. We were not taught how to create our initial pages on our websites to be  professional looking to be attractive to draw in customers.  It was "just set it up this way".
3. Knowledge Business Systems & Scaling™ - Not defined.  We had access to prerecorded videos, the modules, and a handful of documents.  There was nothing in the modules that were proprietary.
4. Knowledge Business Accelerator Training Modules™
   a. A number of the modules included videos telling us that we would basically be rich using their program.  These were actually the longest videos for us to watch.
5. Done-For-You YouTube Ad Campaign Setup + Targeting
   a. NOTHING in this is Done-For-You.  The terminology makes it sound as if we have active coaches working right along side of us.  We watched videos, downloaded PDFs and Google Docs, followed along and had an occasional discussion with an inexperienced coach.  It makes it sound like we "hired" someone to set this up for us and we approved it along the way.
6. Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

**Lang Exhibit M**

**Appx 00160**

a. I had at least 5 different coaches through the whole process.  Every time I started with a new coach It took me time to get them up to speed.  There was not a consistent person throughout the whole process

b. I have screen shots from the internal message board where several people mention that it is very difficult, if not impossible to get in touch with or answers from their coach.  We would get a "we will share this with your coach" message.

c. If a coach responded, it usually took 48+ hours.

d. Both Joshua and I followed every step as directed, and received approvals on our work from our coach at that time before we proceeded to the next step.

e. Once I launched on August 28th, I spent more money on Google Ads, and it was quickly proven that my ads weren't doing anything for me, despite the initial test showing promise and approved by my coach.  I stopped the ads, and got in touch with yet another new coach, Katherine.  We spoke, she suggested a few changes and I relaunched on September 4th.  When we met, we set up a meeting for 12:15 on September 6th.  I rearranged my day for that meeting.  She never showed up, never responded.  I set up another meeting through her calendar for 3:15 that Friday.  On Thursday, my meeting was just canceled with no explanation, and no communication. I reached out for a day and a half until Friday afternoon, when I posted on the internal messaging trying to talk to ANYONE about the status of my coach.  I received a message back telling me that I needed to pursue Beta Sales, which up until that point was clearly an optional step, and was far earlier in the process.  No one apologized for any miscommunication or for wasting my time for scheduled meeting that never happened.  If I wanted to still use Google Ads I would need to sign a waiver that said they would no longer guarantee success.

f. I followed every step from every coach, and had each step approved before I moved to the next.  I launched, and when it didn't work, they changed the program.

7. I reached out to GrowthCave several times for a refund.  I was basically told "no", even though they are not delivering the program that was promised.  I spent 3 months and have nothing to show for it.  I spent additional money on GoogleAds and other programs, at their suggestions, to research information online.  We are out more than the original cost of

**Lang Exhibit M**

**Appx 00161**

the program, but I am only seeking a refund of the original GrowthCave costs.

8.  Their internal message system does not hold conversations and is purged, so there is no way to track conversations.

9.  It was proven by me and other members that posts they did not like on the internal message board were removed if it made them look bad i.e. we cannot get in touch with coaches.

10. An early step in their process, within the first few days, they ask you to leave a review on TrustPilot.  They overall have a good review.  However, if you read the positive reviews, you can tell they are written early in the process.  They sound like "so far, so good".  The negative reviews, including my own, were written by people who have experienced the program.  This alone is a giant red flag.  I also find it interesting that most negative reviews received a response from GrowthCave.  Mine did not.  It makes me think that mine may be closest to the truth and they do not want to open that can of worms.

11. To date, we are still out the full amount of the programs.  Despite this, both my son and I no longer have access to our accounts.  We spent the money, wasted months following their program, failed, were abandoned, disputed, lost, and cannot access the program we paid for.

I am requesting that the errors be corrected and that I get an accurate statement. Enclosed are copies of the contracts, emails, reviews, screenshots of the internal message board etc. supporting my position and experience. Please correct the error on my account promptly.

Sincerely,

Robert Lang

**Lang Exhibit M**

**Appx 00162**

# EXHIBIT N

**Appx 00163**



# File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

## Your complaint details:

**First name:** Robert

**Last name:** Lang

**Email:**      REDACTED

**Phone: REDACTED**

**Street address:     REDACTED**

**State:** NJ

**City:** North Plainfield

**Zip:** 07060

**Country:** USA

**Description of complaint:**
Signed up and paid for the program on June 6, 2023. KBA Program The promise of a coaching company to help me set up and sell online courses. If we (my son and I ) follow their program, we will make $10,000 within the first month of launch. My son and I followed the program and received the approvals all throughout the way. The coaches changed regularly - I had at least 5. You had to communicate through the internal message system. It would take 2 days to get a response if a response was ever given. We both followed the program, we both launched and it was a fail. Additional money was spent along the way on other recommended program and on GoogleAds. When we followed up they backpedaled on the guarantee, and I was told I needed to sign a Mutual Release Agreement which would remove the guarantee. They promised: Scale-Ready Offer™ ●

Growth Cave, LLC

📍 707 Park Ave NE,
   Atlanta, GA 30326-3401

📞 (323) 688-5042

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**BBB Atlanta & NE Georgia**

📍 200 North Point Center East
   Suite 510
   Alpharetta, GA 30022

✉️

📞 404-766-0875

Continued on next Page

**Lang Exhibit N**

**Appx 00164**

Case 2:25-cv-01115-DOC-RAO   Document 5   Filed 02/10/25   Page 168 of 360   Page ID #:335

Automated Customer Acquisition™ ● Knowledge Business Systems & Scaling™ ● Knowledge Business Accelerator Training Modules™ ● Done-For-You YouTube Ad Campaign Setup + Targeting ● Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave Very little of this was done. It was a challenge from beginning to end with nothing to show for it. Look at the 1 star reviews on TrustPilot for GrowthCave. A number of people with similar experiences. The positive reviews are ALL created within the first few days of joining the program. It is one of the steps in the program. I believe that is dishonest.

**Desired settlement:**
Refund

**Money paid to business:**
19800

> **Does your complaint involve a health issue?:**
> No

- I have read and agree to the Complaint Submission Terms.
- I authorize the business to communicate with BBB about my complaint and disclose to BBB any personal information related to the complaint including the following if applicable: (a) information about a transaction or payment, (b) student records, and (c) information about an alleged debt
- I consent to the collection, use, and disclosure of my personal information in accordance with the BBB Privacy Policy, which I have read and understand.

**Signature:**  _____

**Date:**  _____

**Lang Exhibit N**

**Appx 00165**

Case 2:25-cv-01115-DOC-RAO    Document 5    Filed 02/10/25    Page 169 of 360    Page
ID #:336

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated
Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for
Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International
Association of Better Business Bureaus, used under License.

**Lang Exhibit N**

**Appx 00166**

# EXHIBIT O

**Appx 00167**



**FEDERAL TRADE COMMISSION**
**ReportFraud.ftc.gov**

FTC Report Number

168877215

# Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** Robert Lang

**Email:** **REDACTED**

**Address:** **REDACTED**

**Phone:** **REDACTED**

**City:** North Plainfield    **State:** New Jersey    **Zip Code:** 07060--432

**Country:** USA

## What happened

I signed up and paid for the KBA Program on June 5th. And my son signed up on June 9th. I worked very diligently on every aspect that was assigned. I watched every video, and followed every guideline. I reached out to the coaches for input. As I was going through the material, and discussing with my coach(es), Beta Sales were presented as a good thing, but not a necessary thing to do and can be skipped if that was our choice. I had 3 ads filmed and I set up for Beta Testing of my ads on July 10th. Approximately 5 weeks after starting I had already begun to beta test ads. They ran for 5 days and I was thrilled that one of the Ads had a CTR of 2.71%. I went on vacation, and returned on 7/24. I worked with my coach(es) and wrote and recorded the VSL and confirmation video, as well as starting to set up the videos for my course. That work was completed by August 4th. The intent was to launch on Monday, August 28th, and everything I had done to date was approved by GrowthCave. I reached out to my coach for final input and approval and after some back and forth, I was ready to go. I launched on August 28th. It was clear within a few days, that nothing was happening. I paused the course on August 30th and had a meeting with my coach on the 31st. We came up with some changes and setup another Beta Launch on September 4th. We set a meeting up to review on Wednesday, September 6th. The Beta Launch did not go well again, but I knew I would be reviewing this with my coach on Wednesday. I waited on the 12:15 Zoom meeting on Wednesday, but she never showed up. I rescheduled the meeting for Friday at 315. On Thursday morning, that meeting was just canceled, but no one got in touch with me to tell me why. I messaged the team several times, but no one got back to me. I put up a post in general discussion about this, since I could not get a response from anyone and I finally got a message back. Instead of assigning me to a coach, I received a length message that basically said that I needed to go back and get Beta Sales or I needed to sign a "Mutual Release Agreement stating we can't guarantee results with YouTube Ads if Beta Sales aren't conducted first, and that you understand and wish to continue with Google Ads anyway". Also, all through the program, we are told to reach out to your coach and they will help you. There have been many times that I have reached out, and the messages went unread for days, and no one would get in touch with me. I used the messenger to reach out as directed, and used it as often as I needed help. My coaches also changed a number of times, so there was no consistency with them and my course. They had to become familiar with me and my course in order to work with me. There seemed to be no real urgency with the coaches and little consistency with the messages. The most serious issue was the fact I wasted an entire day around the zoom meeting on September 6th which was missed, no followup, no communication from anyone. I had to make a post in order to get any kind of answer. But even after that, there was no apology or acknowledgement of wasting my time. The coaches constantly changed, I had at least 5. No urgency of response. The program changed. I am out thousands of dollars with nothing to show for it, and I am now locked out of their system. Look at the 1 star reviews on TrustPilot. There are MANY of us that were lied to, and there seems to be little we can do about it.

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 06/06/2023 | | $19,600.00 |

| Payment Used: | | How I was contacted: |
|---|---|---|
| Credit Card | | Online Ad or Pop-up |

**Lang Exhibit O**

**Appx 00168**

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** GrowthCave LLC | | |
| **Address Line 1:** 254 Chapman Rd, Ste 208 #634 | **Address Line 2:** | **City:** Newark |
| **State:** Delaware | **Zip Code:** 19702 | **Country:** USA |
| **Email Address:** | | |
| **Phone:** 323-329-5199 | | |
| **Website:** www.growthcave.com | | |
| **Name of Person You Dealt With:** Lucas Lee Tyson | | |

 ## Your Next Steps

**If you paid a scammer with a credit or debit card:**

- **File a dispute** (also called a "chargeback") with your credit or debit card company.

    - **Online:** Log onto your credit or debit card company's website and go through the company's dispute process.

    - **By phone:** Call the phone number on the back of your card and tell them why you're filing a dispute.

- **Follow up with a letter to your credit or debit card company.** To protect any rights you may have, follow up in writing by sending a letter to the address listed for billing disputes or errors. **Use our sample letter.**

- **Save your records.** Keep any letters, notes, or emails related to the scam - they could help prove you're entitled to a refund if the credit or debit card company has any questions.

- Find out your rights at **ftc.gov/credit.**

**Scam Advice:**

- If you're concerned a scammer has your personal information, like your Social Security, credit card, or bank account number, go to **identitytheft.gov** for steps you can take.

- Learn more about different scams and how to recover from them at **ftc.gov/scams.**

- You also can file a report with your **state attorney general.**

 ## What Happens Next

- Your report will help us in our efforts to protect **all** consumers. Thank You!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting **ftc.gov/exploredata**.

Lang Exhibit O
Appx 00169

- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out [ftc.gov/refunds](http://ftc.gov/refunds) to see recent FTC cases that resulted in refunds.

**Lang Exhibit O**

**Appx 00170**

# EXHIBIT P



**Subscribe to Our Newsletter**

Enter your emai | Subscribe



# ROB BONTA

*Attorney General*

# Consumer Complaint Against A Business/Company

Consumer Complaint Against A Business/Company

/ *Consumer Complaint Against A Business/Company*

Thank you, your submission has been sent.

A copy of your submission is shown below. **Please use your browser Print function to print this page for your records.**

Please be advised that our office cannot represent individual citizens in legal matters, and cannot give individuals legal advice.

If you need legal assistance, we suggest that you contact a private attorney. You may obtain a referral to a certified lawyer referral service by contacting the State Bar at 866-442-2529 (toll-free in California) or 415-538-2250 (from outside California), or via the State Bar website.

If you cannot afford a private attorney, you may consider contacting your local legal aid office. For a referral, visit the Legal Services Corporation and click on the Find Legal Aid

**Lang Exhibit P**
**Appx 00172**

tab.

If you have information about a crime, please report the matter locally to the police department or sheriff's office. For contact information, visit the California Law Enforcement Agencies page and click on your city or county law enforcement agency.

If you are contacting our Office about the national mortgage servicing settlement with Citibank, JPMorgan Chase/Washington Mutual, Bank of America/Countrywide, Wells Fargo/Wachovia, and Ally Financial/GMAC, please visit our National Mortgage Settlement website for helpful information.

Although we do our best to respond to all e-mails as quickly as possible, due to high volume, it is possible to experience a delay. We thank you for your patience.

**PUBLIC INQUIRY UNIT**

**Data you submitted:**

| Your Information |
| --- |
| First Name Robert |
| Middle Initial |
| Last Name Lang |
| Address Line      **REDACTED** |
| Address Line 2 |
| City North Plainfield |
| State NJ |
| Zip Code 07060 |

**Lang Exhibit P**
**Appx 00173**

(+4)

Email Address          **REDACTED**

Confirm Email Address          **REDACTED**

Area Code<sup>REDACTED</sup>

Area Code REDACTED

Phone Number**REDACTED**

Are you submitting this complaint on behalf of someone else? No

---

## Business Information (Complaint Against):

Company Name GrowthCave LLC

Company Address 254 Chapman Rd, Ste 208 #634

Company City Newark

Company State DE

Zip Code 19702

(+4)

Area Code 323

Phone Number 3295199

Email Address

Website www.growthcave.com

---

## Complaint

Amount in dispute

$ 19,800

I signed up and paid for the KBA Program on June 5th. Based on the initial ads, videos and the zoom call I had, I was excited to create a course that will basically

**Lang Exhibit 1**

**Appx 00174**

run on its own and to have a coach that would walk me through every step of the process.

The expectations that Lukas set in the early videos for growth and potential were great and of course, I have been around the block to understand that certain sales tactics are used and results can vary. I thought that even if I achieved half or a third of what was promised, I would still be able to make enough money to run my business and my course full-time.

I worked very diligently on every aspect that was assigned. I watched every video, and followed every guideline. I reached out to the coaches for input. As I was going through the material, and discussing with my coach(es), Beta Sales were presented as a good thing, but not a necessary thing to do and can be skipped if that was my choice. I had 3 ads filmed and I set up for Beta Testing of my ads on July 10th. Approximately 5 weeks after starting I had already begun to beta test ads. They ran for 5 days and I was thrilled that one of the Ads had a CTR of 2.71%.

I went on vacation, and returned on 7/24. I worked with my coach(es) and wrote and recorded the VSL and confirmation video, as well as starting to set up the videos for my course. That work was completed by August 4th.

On August 7th, I decided I would write out my videos for the course. My intent was to write a video, record a video and follow that pattern until I had some record and then to launch fully. I found that it made more sense to write them all out, and to have a cohesive feel to all of them before recording. In doing so, I could make changes and rearrange things before I ever recorded. I also was able to get input from some friends who helped me hone the course. It was a great way to proceed. All along this time I had messaged the coach(es) so they knew where I was. By

**Lang Exhibit P**
**Appx 00175**

August 18th I was fully recorded and had my resources set.

The following week, I set up the sales funnel, worked out any bugs, and up[loadedd the course. The intent was to launch on Monday, August 28th. I reached out to my coach for final input and approval and after some back and forth, I was ready to go.

I launched on August 28th. It was clear within a few days, that nothing was happening. I paused the course on August 30th and had a meeting with my coach on the 31st. We came up with some changes and did another Beta Launch on September 4th. We set a meeting up to review on Wednesday, September 6th.

The Beta Launch did not go well again, but I knew I would be reviewing this with my coach on Wednesday. I waited on the 12:15 Zoom meeting on Wednesday, but she never showed up. I rescheduled the meeting for Friday at 315. On Thursday morning, that meeting was just canceled, but no one got in touch with me to tell me why. I messaged the team several times, but no one got back to me. I put up a post in general discussion about this, since I could not get a response from anyone and I finally got a message back. Instead of assigning me to a coach, I received a length message that na=basically said that I needed to go back and get Beta Sales or I needed to sign a "Mutual Release Agreement stating we can't guarantee results with YouTube Ads if Beta Sales aren't conducted first, and that you understand and wish to continue with Google Ads anyway". This was the first I had heard of this in 3 months of being in the program. I followed all of the coaches directions, and I launched with approval on August 28th.

Since then, it has been made clear that the direction GrowthCave is pushing all of us is with Beta Sales. That was not how the course was sold, or the expectations that were set out by anyone along the way. It really feel like it is a bait and switch.

**Lang Exhibit P**

**Appx 00176**

Also, all through the program, we are told to reach out to your coach and they will help you. There have been many times that I have reached out, and the messages went unread for days, and no one would get in touch with me. I used the messenger to reach out as directed, and used it as often as I needed help. My coaches also changed a number of times, so there was no consistency with them and my course. They had to become familiar with me and my course in order to work with me. There seemed to be no real urgency with the coaches and little consistency with the messages. The most serious issue was the fact I wasted an entire day around the zoom meeting on September 6th which was missed, no followup, no communication from anyone. I had to make a post in order to get any kind of answer. But even after that, there was no apology or acknowledgement of wasting my time.

I also do not believe it is fair or being honest for posts in the message board to be deleted if management does not like them. I went back and looked for certain posts, some of which I commented on and/or liked and they inexplicably disappeared. None of them were inappropriate or crossed a line. The general theme was issues with coaches, issues with Beta Sales. There are still a few posts where Admins responded and the posts were not added to with any other responses. But I have not been alone in feeling like the coaches have been less than responsive and less than consistent.

I have been in sales for the past 30 years. I understand sales, I understand relationships and I understand managing expectations, especially when it comes to sales.

I feel that Growthcave has not lived up to its responsibilities, and the expectations

**Lang Exhibit P**
**Appx 00177**

Case 2:25-cv-01115-DOC-RAO    Document 5    Filed 02/10/25    Page 181 of 360    Page ID #:348

with the program that I purchased in early June. As I stated, I watched and followed all of the materials presented in the modules. Some of the videos I watched several times and I double checked my work. I was very hopeful for a decent launch on August 28th.

Since Growthcave has not met their responsibilities, I respectfully request a refund in full for the program. The program has changed, the coaches are inconsistent, and no one has worked with me to help me develop a plan to move forward. At the present moment, I have little progress to show for all the effort that I put in over the last 4 months. I have been unemployed since before I purchased the program, and I am still unemployed. This was supposed to be my job going forward. Not only have I not made money, but I have spent additional money to purchase programs and subscriptions to aid the success of selling my course. In many ways, I am worse off than when I started in June. As of today, I am also locked out of the paid websiyte.

Briefly state what you would consider a reasonable resolution from the company

Full refund

Have you contacted the company about this issue? Yes

Date of last contact 1/4/24

Communication means E-mail

Person communicated with Jordan Marksbury

Results of communicationNo refund, since I escalated it to my cc company, they locked me out

Have you previously contacted our Office or other agencies about this issue?No

No

Documents

**Lang Exhibit P**

**Appx 00178**

1/26/24, 3:22 PM

Consumer Complaint Against A Business/Company | State of California - Department of Justice - Office of the Attorney General

Case 2:25-cv-01115-DOC-RAO    Document 5    Filed 02/10/25    Page 182 of 360    Page ID #:349

Do you want to upload supporting documents? Yes

Upload supporting documents 23.9.23 Inital request for refund.pdf

Description of document Refund request

Do you wish to upload a second supporting document? Yes

Upload second supporting document 23.10.23 email chain request for refund.pdf

Description of second document email chain for refund

Do you wish to upload a third supporting document? Yes

Upload third supporting document Gmail - Potential class action against growth cave.pdf

Description of third document Potential class action lawsuit

Do you wish to upload a fourth supporting document? Yes

Upload fourth supporting document Growth Cave Reviews _ Read Customer Service Reviews of growthcave.com_.pdf

Description of fourth document TrustPilot 1 star reviews

Do you wish to upload a fifth supporting document? No

Additional Information About You (optional)

Are you 65 years or older? No

Do you have a disability? No

What is your annual household income? **REDACTED**

Are you a current member of the U.S. Armed Forces or the immediate family of a service member?

No

Are you a former member of the U.S. Armed Forces? No

**Lang Exhibit P**
**Appx 00179**

Do you have limited English ability?No

Statement

I affirm that the foregoing information is true and accurateYes

By filing this complaint, I authorize you to send this complaint to the party named, and for that party to communicate, including disclosure of non-public personal information, with the Attorney General's office concerning this complaint.

Yes

Attorney General's Role

Return to the Comment form

Office of the Attorney General     Accessibility     Privacy Policy     Conditions of Use     Disclaimer

© 2024 DOJ

**Lang Exhibit P**
**Appx 00180**

# EXHIBIT Q



March 6, 2024

*SENT VIA US MAIL*

Rob Bonta
Attorney General's Office
California Department of Justice
Attn: Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550

> **RE:    Response to Mr. Robert Lang's Consumer Complaint (PIU:1236988).**

Mr. Bonta,

This firm represents Growth Cave, LLC ("Growth Cave" or the "Company").

On June 6, 2023, Mr. Robert Lang joined Growth Cave's Knowledge Business Accelerator Program (the "KBA"), as evidenced by the Growth Cave Client Agreement (the "Agreement"). *See* Exhibit A. After months of using the program and subsequently breaching the Agreement, Mr. Lang filed a consumer complaint with your office. Growth Cave disagrees with the allegations set forth in Mr. Lang's complaint, as set forth further below.

### *Growth Cave Has Provided the Services Pursuant to the Agreement.*

Pursuant to the Agreement, Mr. Lang received access to the following content and services (collectively, the "Content") as a member of the KBA:

- Scale-Ready Offer
- Automated Customer Acquisition
- Knowledge Business Systems & Scaling
- Knowledge Business Accelerator Training Modules
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

Upon execution of the Agreement, Growth Cave immediately provided Mr. Lang with access to the Content and onboarded Mr. Lang into the KBA. Growth Cave assigned Mr. Lang a coach, sent instructional materials, scheduled meetings, and was responsive to Mr. Lang's requests.

Growth Cave strives to help all of its clients achieve their goals but does not guarantee success, as stated in the Agreement. The Content is geared toward providing clients with the resources they need to build their business; however, each client's success is dependent on that individual's investment into the Content, commitment to his or her business, and collaboration with the Growth Cave team. Growth Cave has provided the Content and is committed to helping Mr. Lang achieve his goals. In this case, Mr. Lang's failure to invest his time and effort into the program is the missing essential element.

POMERANZ LAW PLLC

1430 S. Federal Highway, Suite 302 ■ Deerfield Beach, FL 33441 ■ Tel 954.834.1212 ■ www.pomeranzlaw.com

**Lang Exhibit Q**
**Appx 00182**



### *Payments Under the Agreement are Non-Refundable.*

Mr. Lang expressly acknowledged that his payments were nonrefundable by signing the Agreement. Mr. Lang's claim that Growth Cave "guarantee[d] money back if you aren't satisfied" is unfounded and directly contradicted by the Agreement. Specifically, the Agreement states, in three separate locations, that (i) "[a]fter your onboarding, *payments are nonrefundable;*" (ii) "*all sales are final* after purchase;" and (iii) "*all payments are non-refundable.*"

The Agreement also contains the following provision above the signature line:

> *I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein.*

The terms of the Agreement are clear and Growth Cave has met its obligations under the Agreement. Accordingly, Growth Cave will not be offering a refund to Mr. Lang.

### *Mr. Lang Breached The Agreement.*

Mr. Lang breached the Agreement by disputing his payment for the KBA with his credit card company, in direct violation of the "Payment" section of the Agreement. Specifically, the Agreement states, "[y]ou agree to pay the purchase price and not to cancel this transaction with your credit card company." After Mr. Lang disputed the charge, the credit card company determined that it would not cancel the transaction because the Agreement was valid. Thereafter, because of Mr. Lang's breach of the Agreement, his access to the Content was terminated.

Despite Mr. Lang's breach and in the interest of resolving the dispute, Growth Cave is willing to re-instate Mr. Lang's access to the KBA and support Mr. Lang in achieving the ambitions for his business.

If you have any questions, please feel free to contact me at (954) 834-1212 or at Jeffrey@pomeranzlaw.com.

Cordially,

/s/ Jeffrey E. Pomeranz

Jeffrey E. Pomeranz, Esq.

POMERANZ LAW PLLC
1430 S. Federal Highway, Suite 302 ■ Deerfield Beach, FL 33441 ■ Tel 954.834.1212 ■ www.pomeranzlaw.com

**Lang Exhibit Q**
**Appx 00183**



# EXHIBIT A

POMERANZ LAW PLLC

1430 S. Federal Highway, Suite 302 ■ Deerfield Beach, FL 33441 ■ Tel 954.834.1212 ■ www.pomeranzlaw.com

**Lang Exhibit Q**
**Appx 00184**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC. _____**
Your Initials

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

    (a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

    (b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

    (c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained

**Lang Exhibit Q**
**Appx 00185**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**Lang Exhibit Q**

**Appx 00186**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

**Lang Exhibit Q**
**Appx 00187**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253 es; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

**Lang Exhibit Q**
**Appx 00188**

DocuSign Envelope ID: 1527D528-5D8B-4B17-9DFC-C7468D1A0253 cense or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I ___Robert Lang_____understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: _Robert Lang_____ Date: _6/6/2023_____

**Lang Exhibit Q**
**Appx 00189**

# EXHIBIT R

**Appx 00190**

Thank you for your response.

1. The payment was required PRIOR to receiving the contract.  In the case of both contracts, there was no way to know that it was non-refundable when we paid, because we did not receive the contracts until AFTER each payment was made.

2. Announcements on YouTube promised $10K within one month of launching our business, after following all of the steps.  Both my son Joshua and I had online calls with a Growth Cave representative prior to payment where this was confirmed.  GC backpedaled on this and said they guarantee it, but there is no time-frame.

3. The "content" which was promised on the contract, once it was received was as follows:

   1. Scale-Ready Offer™ - This was not defined.  It appears that once we follow all of their steps, we will be fully set up to earn money and it is scalable.
   2. Automated Customer Acquisition™:
      a. Nothing here is automated.  The program lingered on certain aspects - how rich we were all going to be by following Lucas' program, but you raced through how to set up the system.  There were modules I had to watch 4 times to see what they were doing since you raced through the set up.  Most of the time, we could not get in touch with a coach for days, so we could not get help easily when we had questions, despite "just reach out to your coach".
      b. There was very little empowering us to take control and do this on our own.  When I didn't understand something, I was told at one point "this is your company, so run it the way you want to run it".
      c. Does this Automated part refer to Google Ads driving business to our page, and people purchasing our course?  However, you failed to mention until we signed up that you had to have a scheduled meeting with EVERY potential customer to try to sell them your course.  It is far from automated if I need to participate in every sale.  And it was not the passive income program that was promised, if I needed to sell every potential customer.  I have been in sales my whole career and I know what swelling entails.
      d. We were not taught how to create our initial pages on our websites to be professional looking to be attractive to draw in customers.  It was "just set it up this way".

**Lang Exhibit R**

**Appx 00191**

3. Knowledge Business Systems & Scaling™ - Not defined.  We had access to pre recorded videos, the modules, and a handful of documents.  It is not clear what of these is proprietary. The "process" was packaged together to get us to a destination, but there is nothing that we saw or did that hasn't been provided elsewhere.
4. Knowledge Business Accelerator Training Modules™
    a. A number of the modules included videos telling us that we would basically be rich using their program.  These were actually the longest videos for us to watch.
5. Done-For-You YouTube Ad Campaign Setup + Targeting
    a. How is this done-for- you?  NOTHING in this is Done-For-You.  The terminology makes it sound as if we have active coaches working right alongside us.  We watched videos, downloaded PDFs and Google Docs, followed along and had an occasional discussion with an inexperienced coach.  It makes it sound like we "hired" someone to set this up for us and we approved it along the way.
6. Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave
    a. I had at least 5 different coaches through the whole process.  Every time I started with a new coach, it took me time to get them up to speed.  There was not a consistent person throughout the whole process.  I spent more time telling the "coaches" what I was trying to do to bring them up to speed, than getting actual help.
    b. I have mentioned this in EVERY communication I have made to GrowthCave and it has never been addressed, including this last communication.
    c. Many other clients in the internal message board posted that it is very difficult, if not impossible to get in touch with or answers from their coach.  We would get a "we will share this with your coach" message.
    d. If a coach responded, it usually took 48+ hours.
    e. Both Joshua and I followed every step as directed, and received approvals on our work from our coach at that time before we proceeded to the next step.
    f. Once I launched on August 28th, I spent more money on Google Ads, and it was quickly proven that my ads weren't doing anything for me, despite the initial test showing promise and approved by my coach at that time.  I stopped the ads, and got in touch with yet another new coach, Katherine.  We spoke, she suggested a few changes and I relaunched on September 4th.  When we met, we

**Lang Exhibit R**

**Appx 00192**

set up a meeting for 12:15 on September 6th.  I rearranged my day for that meeting.  She never showed up, never responded.  I set up another meeting through her calendar for 3:15 that Friday.  On Thursday, my meeting was just canceled with no explanation, and no communication. I reached out for a day and a half until Friday afternoon, when I posted on the internal messaging trying to talk to ANYONE about the status of my coach.  I received a message back telling me that I needed to pursue Beta Sales, which up until that point was clearly an optional step, and was far earlier in the process.  No one apologized for any miscommunication or for wasting my time for a scheduled meeting that never happened.  If I wanted to still use Google Ads I would need to sign a waiver that said they would no longer guarantee success.

g.  I followed every step from every coach, and had each step approved before I moved to the next.  I launched, and when it didn't work, you changed the program.

h.  The program changed after I officially launched, with the approvals of all the coaches along the way.  When it failed, I then was told to do "beta sales" and that was the only way to move forward.  The program I was sold was no longer valid since I would need to sign a waiver.  So I would need to invest more of my time chasing sales through Facebook groups.  When I tried to explain my course to the current coach, I heard the same thing - just do Beta Sales.  My course is not conducive to reaching out on Facebook to get sales.  My course was designed to be placed in front of the correct people on YouTube using ads.  It seems to me that your guarantee is basically worthless if , when things fail, the bar is moved so you do not have to honor your guarantee.  Despite trying to get much needed help from the coaches, I was basically abandoned unless I wanted to do Beta Sales.  I have done sales my whole career and I know what it takes.

7.  I reached out to GrowthCave several times for a refund.  I was basically told "no", even though you are not delivering the program that was promised.  I spent 3 months and have nothing to show for it.  I spent additional money on GoogleAds and other programs, at your suggestions, to research information online.  We are out more than the original cost of the program, but I am only seeking a refund of the original GrowthCave costs.

**Lang Exhibit R**

**Appx 00193**

8.  Your internal message system changed at least once during the program. It does not hold conversations and is purged, so there is no way to track conversations.

9.  GrowthCave removed posts you did not like on the internal message board were removed if it made GC look bad i.e. we cannot get in touch with coaches.

10. To date, we have paid the full amount of the programs.  Despite this, both my son and I no longer have access to our accounts.  We spent the money, invested months following the program, failed, were abandoned, disputed, lost, and cannot access the program we paid for.

**Lang Exhibit R**

**Appx 00194**

## DECLARATION OF DAVID OH
### Pursuant to 28 U.S.C. § 1746

I, David Oh, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18, residing in Danville, California.

2. In approximately July 2023, my wife Theresa saw an advertisement that Growth Cave posted on its Instagram page promising earnings of $10,000 a month in passive income. She clicked on the ad and was able to schedule an appointment for a Zoom meeting with a salesperson about the program. She spoke with JT Koscielak, a Growth Cave representative, who told her about Growth Cave's program that was an easy way to make $10,000 a month advertising a digital course on YouTube. JT said that Growth Cave would help with marketing the course and be available for coaching and mentoring.

3. Theresa did not agree to make a purchase at that time, and instead, spoke with me about what she had learned. I am a tax attorney and was in the process of changing jobs. I have put together Continuing Legal Education (CLE) courses for lawyers on financial matters, so we thought this would be a good opportunity for me to turn what I had already put together into the type of digital education program that Growth Cave was promoting.

4. Theresa had another Zoom call with JT, and this time, I was also on the call. I asked how easy this would be, and JT assured us that it was easy and that Growth Cave would hold our hand step by step. We'd put together and record a digital education course, and we'd offer it on YouTube. He said we would be up and going with our program in 4-6 weeks and could even do it over a weekend. This sounded reasonable to me since I had already put

together the CLE courses. JT assured us that once it was set up, we would make $10,000 in a reasonable amount of time. He said that there is no one who has gone through the program and fully launched the digital education course and not met the $10,000 a month benchmark.

5.      Based on what JT said, we decided to go ahead with Growth Cave's program, called Knowledge Business Accelerator (KBA). It was $9,800 but given the promise of earning $10,000 a month once we were up and running, we felt like it was a good investment, and we would be able to quickly and easily recoup what we spent.

6.      We put the $9,800 fee for KBA on our Citibank credit card and Theresa electronically signed an agreement with Growth Cave. A true and correct copy of our agreement is attached as **Exhibit A**.

7.      Growth Cave provided us with access to an online site with various courses and modules. Only then did we learn that Growth Cave requires us to do more than just record our course to sell on YouTube. We also had to make beta sales; this meant we needed to join forums like Facebook and Reddit and cold call to sell the course. This is not what I wanted to do. I was not told about this upfront, and if they had told me, I would not have purchased KBA.

8.      I tried making the KBA program work. I watched the modules and did the different exercises to learn what to do, although oftentimes, the modules were not released when they were supposed to causing delay in getting my program launched. I was supposed to have coaching along the way, and weekly meetings with my coach. Even though they had claimed before we purchased that there was one-on-one coaching, all the interactions were just through chat or recorded video. And, once you utilize the chatting system, the conversation disappears and then you have to submit another inquiry to someone who had no idea about your matter. I would try and reach out directly

2

or in the Growth Cave online chat box to try to arrange meetings, but my coaches were unresponsive and for the most part unhelpful. The first coach, Vaheh, was delayed in meeting with me upon multiple requests. He then passed me to Bonnie, who never met with me. Next was Esteban, who said he could not meet with me on video or on phone. He then put me in touch with Christine, who quit Growth Cave. Next was a coach who was supposed to help me with writing the video ad copy, but this person was little help. Then Katrine, who was responsive but didn't give the advice I needed. She quit, and I was passed to Hanna, who also quit. Finally, I was assigned Thomas.

9.      I followed the Growth Cave instructions for making beta sales. This was supposed to be a way to test whether my course would sell by offering it to people in random Facebook groups. I wasn't able to make sales this way, even though when I was able to speak to my coaches, they had always told me that my course idea was a good one.

10.      I complained to Growth Cave about all of problems I was having in getting the coaches to respond and to help me, and how they had not told me upfront about the beta sales requirement and making cold calls to sell the course. I told them I did not want to make cold calls or beta sales on Facebook and Reddit, but Growth Cave wasn't going to let me go to the next stage of the program—launching on YouTube—unless I first made a beta sale. At one point, Growth Cave sent me a Mutual Release Agreement that said that I was going against Growth Cave's advice (by not first making a beta sale) and understood and agreed that by making decisions different from Growth Cave's advice, I may not achieve my desired results and that I acknowledge that Growth Cave is not liable for any losses resulting from my decisions that differ from their advice. I refused to sign, and Growth Cave said OK and to go ahead and post my video on YouTube.

3

11. I posted my video ad on YouTube, and it ran for about two months. I had followed all the instructions from Growth Cave, but I received no responses to my ad and made no money. This was true even though Growth Cave claims that if you meet a certain metric, it pretty much guarantees that you'll be successful. The particular metric is referred to as the clickthrough rate (CTR). The minimum level Growth Cave claims you need is a CTR of 1.25%, and the ad that I created using Growth Cave's modules was consistently beyond this score.

12. Even though my YouTube ad scores were above Growth Cave's threshold, the system did not work, mainly because it requires a lot more hands on engagement (meeting with potential buyer, prospecting, following up, and selling the course hard). Again, none of this was revealed during our conversation with JT. What was promised before we purchased the program was that if we followed Growth Cave's template and run the course through YouTube ads, people will buy it and we would make $10,000 a month.

13. In October 2023, I sent an email to Jordan at Growth Cave asking for my money back. I set out the issues I had with Growth Cave and the KBA program in the email. A true and correct copy of my email (with my and my wife's email addresses redacted) is attached as **Exhibit B**. Growth Cave refused to give me a refund.

14. I later filed complaints against Growth Cave with the Texas Attorney General's office, the California Attorney General's office, and the Better Business Bureau (BBB), and spoke with a private attorney.

15. I also filed a dispute with Citibank to try to get my money back. To date, I have not heard whether I will receive a chargeback.

16. I never received any documents from Growth Cave substantiating the earnings and profit claims that Growth Cave made in the KBA videos or that the Growth Cave sales representatives made on our calls, or a document

4

**Appx 00198**

disclosing whether there were legal actions against Growth Cave or listing contact information for prior KBA purchasers.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: __July 3__, 2024, in __Danville__, __CA__.
           Date                 City            State

__David Oh__
David Oh

5

Appx 00199

# EXHIBIT A

Appx 00200

# Growth Cave Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Knowledge Business Accelerator Program is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Growth Cave and the Knowledge Business Accelerator program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Scale-Ready Offer™
- Automated Customer Acquisition™
- Knowledge Business Systems & Scaling™
- Knowledge Business Accelerator Training Modules™
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

I __Theresa Oh_____ understand and agree that by committing to becoming a member of the Knowledge Business Accelerator Partnership Program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

Signature: _Theresa Oh_  
7855F0B4165B4CB...  
Date: 7/31/2023

## TERMS AND CONDITIONS

The following  Terms and Conditions sets forth the legally binding terms between you and Growth Cave, LLC for your purchase of Growth Cave, LLC GrowthCave.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Oh Exhibit A**  
**Appx 00201**

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.** _____
**Your initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained

**Oh Exhibit A**
**Appx 00202**

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**Oh Exhibit A**

**Appx 00203**

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

Oh Exhibit A

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

AppX 00204

...s; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

Oh Exhibit A

Appx 00205

license or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I Theresa Oh _____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: Theresa Oh
7855F0B4165B4CB...
DocuSigned by:

Date: 7/31/2023

**Oh Exhibit A**
**Appx 00206**

# EXHIBIT B

**Appx 00207**

# Refund

From: David Oh ( **REDACTED** )

To: jordan@growthcave.com

Cc: **REDACTED**

Date: Saturday, October 21, 2023 at 12:33 AM PDT

Hi Jordan,

I'd like to request the refund of $9,800 for purchasing the Growth Dave program as we have had a terrible experience and the system isn't effective.

Here are the reasons for the refund request:

1. **Tech problems** - modules were not released when they were supposed to thus causing delay. I've had to repeatedly ask that modules be released on time. I understand access is released over time. Even so, I've had to ask Muhammad and Mohit to release them because the coaches are not around. Growth Cave also has glitches and is difficult to use. If you check now, there's still a module that's not released.

2. **Coaches are unresponsive** - I tried multiple times to get in touch with numerous coaches and the delay was unacceptable. My first coach (Vaheh) was delayed in meeting with me upon multiple requests. He then passed me on to my next coach, Bonnie, who never met with me. Then i was handed to Esteban, who said he couldn't meet with me on video or phone. He got me in touch with another coach, Catherine, who quit Growth Cave. Then I met with a copy coach who was little help. And finally I'm not with Katrine, who is responsive, but doesn't quite give the advice that I need (i.e. pricing of course).

3. **Beta sales** - I've followed the instructions for beta sales on facebook groups and the growth cave system does not work.

4. **Youtube ads** - I've followed the instructions for youtube ads, and the growth cave system does not work, despite having an ad that tested 2.34% CTR during 5 days. I'm on my second campaign now after tweaking it per the coaches recommendation but still zero sales. I continue to expend hundreds of dollars per week without any results.

5. **Group sessions** - I've attended 3-5 live group sessions (including those with Bonnie and Esteban) and their advice conflicts with what I hear from other coaches. Specifically the language to put in my ads, or the the process in general.

6. **Sign-up Call with Growth Cave** - During our initial call with JT, we were assured some things that were just not true. We were promised that the youtube ads would lead to $10k per month in revenue. Additionally, that everyone who had launched a campaign was successful in receiving this amount. There was absolutely no mention about beta sales on Facebook and Reddit which I did not appreciate. I was also told that a campaign could be launched in 4-6 weeks, which again was not realistic given the delays in your coaches getting back to me. Keep in mind that I had a course and materials ready from the beginning, and every coach along the way expressed that it was a winning topic. We were also unaware that a substantial part of the process was to conduct cold calls and close sales on our own. If you watch the recordings of our meetings, you will find all this to be true.

For these reasons, we feel misled and request that you issue a refund immediately.

David

## DECLARATION OF KARI PATTERSON

### Pursuant to 28 U.S.C. § 1746

I, Kari Patterson, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am a U.S. citizen over the age of 18, residing in Westville, South Carolina.

2.    In approximately October 2023, my son watched a video on YouTube and provided his contact information to receive additional information. The company who put out the video and who he gave his information to was called Growth Cave. He was then blasted with email messages from Growth Cave, promoting their business programs.

3.    I monitor my son's email, and I read the messages he was receiving from Growth Cave. One of the messages was promoting remote, part-time work. This was what I was looking for a couple of reasons—my horse and saddle business has struggled ever since Covid, and I home-school my son—so a part-time remote job opportunity would be perfect for me.

4.    There was a link in the email to a video, which I clicked on and watched. The video was narrated by Lucas Lee-Tyson and Ozzie Blessed, and they were talking about how to be a Cashflow Consultant. They said it was quick and easy, and you could start off part-time making $2,000 - $4,000 per month, then eventually make even more. The Cashflow program involved teaching you to read scripts over the phone to try and "close" sales for business owners that hired you. Lucas and Ozzie said that on average it takes two to four weeks of training and then you would be earning upwards of $10,000 - $20,000 per month. They also said that other people have gone through the program and now make thousands of dollars a month and showed clips of a few different

**Appx 00209**

people talking about their success. I remember one testimonial was from a man named Jose and another from Matt, who was a lawyer.

5.	Lucas and Ozzie also said that they guaranteed you would get a job after completing the training – either they would hire you or place you with one of the companies they recruit for. Since they guaranteed job placement, it sounded like it would be very easy to get a job after completing the training. They did not mention anything about interviewing or competing against other applicants for jobs. At the end of the video, I signed up to have a Zoom meeting with a representative to learn more about the program.

6.	In November 2023, I had a meeting on Zoom with Jose, a Cashflow Consulting Academy representative. I recognized Jose as someone who gave a testimonial about his success from Cashflow in the video I had watched. I now realized Jose worked for Growth Cave, but that was not mentioned in the video.

7.	During our meeting, Jose told me all about how I would be part of the Cashflow Academy and become a consultant. The representative said that I would be trained in how to be a "setter" or a "closer" for a business. I would be reading a script and would either set appointments with individuals interested in hearing more about the business or close the deal with those individuals. I would earn $2,000-$4,000 a month, upwards to $10,000 a month, for part-time, remote, flexible work. The program would take about a week or two, and at the end, upon graduation from the Academy, I was guaranteed a job and would be placed with them or with a company they work with. I asked Jose for the guarantee in writing, and attached as **Exhibit A** is a true and correct copy of what he sent me. This guarantee also promised earning "upwards of $10k – 20k/month just using your phone," like I heard about in the advertisements. The guarantee also promised "guaranteed job placement."

2

8.    After receiving the guarantee and based on what I heard in the video and from Jose, I agreed to pay the $4,800 fee to enroll in the Cashflow Academy to become a Cashflow Consultant. I put the payment on my credit card. A true and correct copy of the receipt confirming my $4,800 payment for the Cashflow Consultant Academy is attached as **Exhibit B**.

9.    A true and correct copy of my agreement with Ozzie Blessed and Growth Cave LLC, for enrollment in Cashflow Academy, which I electronically signed on November 12, 2023, is attached as **Exhibit C**.

10.    The Cashflow Academy contract was sent to me to sign electronically via DocuSign and I was not given any opportunity to negotiate the terms of the contract. The agreement repeats what I was told about guaranteed job placement, reading that I will receive "Job Placement With 1 Of Our Business Owner Clients Upon Graduating From The Academy." However, the Agreement also required me to initial a provision I was not told about beforehand, which read: "I agree I will not contact my credit card company and any issues will be handled directly with Ozzie Blessed and Growth Cave, LLC DBA Ozzie Blessed."

11.    At no time, before or after I joined the Cashflow Consulting program, did Growth Cave ever provide me with any documentation regarding the identities of other individuals who had purchased the Cashflow program, the amount of earnings they made through the Cashflow program, or any details on how certain individuals made higher earnings through the program.

12.    After signing up with Growth Cave to be a Cashflow Consultant, I started receiving emails from Ozzie and Lucas Lee-Tyson promoting other opportunities. One email was sent a couple of days after I signed up for Cashflow Academy. It came from Ozzie at his Growth Cave email address but was signed by Lucas. It said it was for Cashflow Consulting clients only, and that Growth Cave had partnered with a company to help entrepreneurs "get

3

access to $50k+ in 0% interest 'institutional funding' that you can use for any business or investment, potentially in as little as 48 hours." A true and correct copy of the email is attached as **Exhibit D**.

13. The email included a link to a video at www.buffalobridgecapital.com/funding-vsl. I watched the video, because I thought this program sounded like it would be helpful for my new business as a Cashflow Consultant, and would allow me to transfer the credit card balance I owed for the Cashflow program so I would avoid paying interest. I also thought the funding would help me revive my existing saddle company. Based on the video, I understood that this opportunity would help businesses get on their feet and get $50,000 of funding with 0% interest. It would also help build and repair credit. At the end of the video, I scheduled a Zoom meeting with a company representative.

14. I had the Zoom meeting with Matt Pulliam of Buffalo Bridge Capital (Buffalo Bridge). I recognized Matt as someone who had given a testimonial about his success in one of the videos I had watched for Cashflow Academy, so I was surprised to see him working for Buffalo Bridge. From the videos I had previously watched, I knew that Matt was a lawyer who left the practice of law to make more money with less work in Growth Cave's Cashflow program.

15. Matt put me at ease right away. We both attended University of Georgia, so I felt comfortable with him since we have that in common. The fact that he is a lawyer also gave validation to the program. I could even see his law school diploma on the wall behind him during our meeting. I told Matt that I was feeling overwhelmed financially and that even though I still believed I would be able to make a lot of money through Cashflow Consulting, I thought the loan would help me get my saddle company back on its feet. Matt talked about the Buffalo Bridge program and said that I wouldn't need to do

4

anything—I just send them my information and they will get the funding for me. At the time, my credit score was just under 700, and he said Buffalo Bridge would repair my credit to help me improve my score and get my funding. The Buffalo Bridge program cost $6,800 and I would need to finance it, but Matt convinced me that I could afford to move forward despite the high cost because he promised that they would have me funded before my first payment came due.

16.    Therefore, based on what I learned about Buffalo Bridge from the initial email, video, and from Matt, I decided to go ahead with the program. Matt helped me get financing for it and sent me the Buffalo Bridge contract, which I signed electronically via DocuSign on November 24, 2023. A true and correct copy of the Buffalo Bridge contract is attached as **Exhibit E**. I was not given any opportunity to negotiate the terms of the contract. The Buffalo Bridge contract included a provision, which I was required to initial, that stated: "I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC DBA Buffalo Bridge Capital."

17.    Buffalo Bridge never provided me with a statement regarding consumer credit file rights under state and federal law or any notice regarding my cancellation rights.

18.    The same day I electronically signed the contract, I received an email from Mason McFadden at Buffalo Bridge. He said that they had received my credit report, but before they could move forward with funding, they needed to get my credit score over 700 and my total utilization under 20%. Mason said I needed to work with a company they have partnered with called OrcaBoost to help me get any negative items removed from my report. To do so, I needed to fill out an application on OrcaBoost's system and fill out a second form listing all my current credit cards and their credit limits and

Appx 00213

balances. A true and correct copy of the email I received and my response to Mason is attached as **Exhibit F**.

19.     I had to pay $30 per month for an "IdentityIQ" program that would enter our credit report into the OrcaBoost system. You were supposed to enter all your information into the OrcaBoost system and then it would track your numbers, like a credit monitoring app. But I had to do all of this myself, which is not how Matt Pulliam had described it. I also could never get the IdentityIQ or OrcaBoost systems to work and then Buffalo Bridge wanted me to buy another credit monitoring program.

20.     Buffalo Bridge and OrcaBoost were never able to get me the business funding they promised. When I joined Buffalo Bridge, my credit score was just under 700 and I only had one credit card, a tractor supply card, and PayPal. Buffalo Bridge told me to buy tradelines, meaning I should pay to get put on other people's credit card accounts to improve your own credit score. I did not do that. My credit score only improved because I was paying down my credit card balance. I saw posts on Growth Cave's portal about other people in Buffalo Bridge being "approved" but it was only for credit cards with 0% introductory rates, not business loans. I was frustrated with this program because it felt like once I paid, everyone at Buffalo Bridge ignored me and I had trouble getting them to respond to my questions.

21.     Meanwhile, I was still trying to finish the Cashflow program, which was very challenging. Even though Jose and Growth Cave's advertisement video said it could take as little as 1-2 weeks to complete the program, I do not believe it would be possible to complete it that quickly. I worked very hard and it took more than two months. There were videos to watch for each "module" of the course, and you were required to take a test at the end of each one and get a 100% on it before you could move to the next module. If you didn't get a 100%, you had to retake the test, but you were not

6

told which answers you got wrong. You could try to email Growth Cave and ask them to tell you which answers you got wrong, but they would take 1 – 3 days to respond.

22.    I thought it was odd when I realized after joining the Cashflow program that Jose, Matt, and other people who gave testimonials in Cashflow videos were actually employed by Growth Cave. But Growth Cave made it sound like they had hired those people because they are really good Cashflow Consultants and that's what we should be striving for in the program.

23.    Although it was difficult, I completed the program. When I graduated from the Cashflow Consulting Academy, I was in tears because I felt like this opportunity was an answer to my prayers. Upon graduation, I spoke with Alena Bailey at Growth Cave for my job placement. I told Alena that I wanted a part-time position and that I preferred "closing" over "setting" because setting could mean a lot of texting and typing and I didn't want that. I waited but didn't hear back about a position.

24.    Instead of placing me in a job, eventually, on January 23, 2024, Alena sent me links to four different Facebook pages and suggested that I try to "network" to find a position sooner. Although I spent hours reaching out to companies, I rarely found a legitimate company, only scammers. I even set up a call with a recruiter, who told me that most businesses get hundreds of applications, but they want sales experience, which I didn't have. Growth Cave never mentioned anything about how many people apply for these types of jobs and how difficult it would be to get hired. If they had, I would not have joined the Cashflow program. Instead, Growth Cave had said there was "guaranteed" job placement, so I didn't think I'd have to worry about getting a job as a Cashflow Consultant. Growth Cave also must have known we would be asked about whether we had experience and that it was important. During Cashflow training, they told us to tell people that we do have experience, reasoning that

7

because we have gone through the training and done role playing, that counts as experience. But I knew that was a lie—I may have some training but that doesn't mean I have experience. Businesses hiring for sales positions also ask about specific things like "KPI" and performance metrics, which the Cashflow program did not teach me about. In hindsight, it's clear that the Cashflow program only trains you for positions at Growth Cave or its "clients," not regular job openings at reputable companies. "Cashflow Consulting" is only a position at Growth Cave. I tried to find positions through the "hiring" area in the Growth Cave web portal, but all the positions were filled.

25.    By February 2024, I followed up with Alena to let her know that I wanted a refund. I explained that after a month of searching for a job, I had only come across two legitimate job opportunities, but both wanted experience, which I didn't have. I pointed out that I had a guaranteed job placement in writing from Growth Cave and had been promised I'd get a job quickly. She said they would not give me a refund, but a few days later, she reached out to let me know about a position setting appointments through Facebook. She said even though this was not covered in the Cashflow trainings, I would be trained by their specialists. Alena said I would be placed with three of their top tier clients.

26.    I was very excited about this opportunity. By the middle of March, Alena had connected me with Gee, one of their specialists, for my training. Ultimately, this was not at all what I had signed up for. I was supposed to log onto the Facebook accounts of some of Growth Cave's clients—someone named Rochelle with a business program and another person named Marcie with a program about woman and anxiety. I was supposed to pretend to be Rochelle and Marcie and reach out to people on Facebook in relevant Facebook groups. I was told to pull out their pain and offer a solution; the solution being (depending on the particular Facebook group) what Rochelle

8

Appx 00216

or Marcie were offering. I did this for about a month, but then I stopped because it did not feel ethical. I was supposed to spend 1-2 hours per week in a training video meeting and then spend another 15 – 20 hours messaging potential customers, none of which I was being paid for. And I knew that the programs I was supposed to try to sell were not even completed. A lot of people would communicate with me in these groups, but no one wanted to set up a call. I never received any payment for doing this. I am not aware of anyone that made money through the Cashflow program.

27.     I realized that Rochelle and Marcie were customers of another Growth Cave program, DFM. I could see messages on them building their programs in a Slack messaging system that Growth Cave set up for its customers to communicate with one another.

28.     While I was in the Cashflow program, I also had access to an online feed where other people in the program could post messages and communicate with one another. The entire time I was in the program, I never saw anyone post about getting a job through the program.

29.     By April, I sent Alena another message requesting a refund, and reminded her of the written guarantee I received before joining the Cashflow program promising a job making $10,000 a month. Alena asked me to send her the guarantee, which I did, and then she claimed that she did not see where there is a guarantee of making $10k/month, and in the contract, they state that they do not guarantee or promise any level of earnings within a specific timeframe. However, they do promise a certain amount of earnings within a certain timeframe: everything they told me, the guarantee Jose sent me, and the contract itself, all guarantee job placement "upon graduation" from the Cashflow Consulting Academy. I understand that to mean "immediately following" or "shortly after" graduation. And they always promised the job

9

would pay upwards of $10,000 a month. Attached as **Exhibit G** is a true and correct copy of my email chain with Alena.

30.    Attached as **Exhibit H** is a true and correct copy of my email chain with different Growth Cave/Buffalo Bridge representatives. It shows my attempts to get them to respond to me, and eventually, in March 2024, my exchange with Jordan Marksberry about my request for a refund.

31.    I never received a refund from Buffalo Bridge or Growth Cave. Despite all of their promises, I never received any funding or credit repair services from Buffalo Bridge, and I never made any money as a Cashflow Consultant. Recently, after I hired an attorney to send a letter, Klarna refunded the amount I paid for Buffalo Bridge. I have filed a dispute with my credit card company, Capital One, regarding the $4,800 payment I made for the Cashflow program, but my dispute was closed by Capital One and I have not gotten that money back. I am hiring another attorney to try to get my money back from Capital One.

32.    Even though I have given up on the Cashflow program, I am still receiving marketing emails almost daily from Lucas and Ozzie. At the end of May 2024, I noticed that Lucas began selling a "bundle" of Growth Cave courses at a discount rate. Examples of these emails are attached as **Exhibit I**.

33.    On June 1, Lucas sent another email saying "Growth Cave is going through a massive re-brand… And as a result, we're closing down all our business courses. Meaning for a limited time you can get all our programs for 77% off." A copy of this email is attached as **Exhibit J**.

34.    Over the next few weeks, Lucas began sending emails marketing a new opportunity where you can make money through the Apple App Store, with something he calls "white label apps."  He mentions he has made millions doing this and he has "100s of students making passive income doing this exact

10

Appx 00218

same thing." Examples of his emails about this opportunity are attached in **Exhibit K**.

35.    Around this same time period, Ozzie also began sending marketing emails about a new business, Apex Mind. I can't really tell what Ozzie is offering through his new Apex Mind business, but it sounds somewhat similar to things they said about the Cashflow program. For example, Ozzie claims that he will "show you a high demand skillset you can learn to get paid" and that "business owners want to pay you for." Examples of Ozzie's emails are attached as **Exhibit L**.

36.    Sometimes Ozzie sends the same email from both his clients@ozzieblessed.com email address (that I recognize from Cashflow emails) and a new ozzie@apexmind.com email address. Examples of identical emails I received from Ozzie are attached as **Exhibit M**.

37.    I know that the Cashflow program is still operating, because I occasionally still receive emails from Growth Cave employees, like Alena Bailey, about potential job openings. Just like when I was in the Cashflow program, they only send emails about job openings about once a month, so there are hardly any available. An example of a recent job posting email I received is attached as **Exhibit N**.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 08/10/24

_____
Kari Patterson

11

**Appx 00219**

# EXHIBIT A

**Appx 00220**



**The Cashflow Consultant Academy Includes:**

- **Cashflow Consultant Certification Training**. Average 2-4 weeks of training to learn how to text leads or call leads for businesses and make upwards of $10k-20k/month just using your phone.

- **Copy & Paste Cashflow Scripts** that our existing Cashflow Consultants use for our clients business (includes both texting & calling).

- **Weekly Accountability Check-In** for your first 3 months in the program, from a successful Cashflow Consultant to measure your progress and ensure you are completing training & getting results ASAP.

- **2x/Week Group Coaching Calls** with existing successful Cashflow Consultants and other people currently going through training.

- **Private Community** for Cashflow Consultant Academy students, with unlimited text support from our team of successful alumni.

- **Guaranteed Job Placement Upon Graduation** from the Academy, we work with you until you've been with a company for minimum 60 days and are making consistent income (in either a part-time or full-time capacity) guaranteed.

- **Ongoing Job Performance Training** to scale your income from $4k-7.5k/month in your first months of your new position to upwards of $10k-20k+/month.

**Patterson Exhibit A**

**Appx 00221**

# EXHIBIT B

**Appx 00222**

**REDACTED**

---------- Forwarded message ---------
From: **Growth Cave LLC** <receipts@thrivecart.email>
Date: Sun, Nov 12, 2023, 8:15 PM
Subject: Growth Cave LLC: Invoice 000011628
To: <    **REDACTED**

November 12th 2023

Billing infoKari Patterson                                    Invoice 000011628
South Carolina, 29175
United States

Total (USD) $4800.00 Paid via credit card

| Description | Total |
|---|---|
| Cashflow Consultant Academy (1x4800)<br>CCA ENROLLMENT (4800) | $4800.00 |
| Total: | $4800.00 |

Contact support            Download PDF

If you need support, use the link above and do not reply to this email.

Click here to manage your billing details and view purchase history

**Patterson Exhibit B**
**Appx 00223**

Your order was processed by ThriveCart. Copyright © 2023+ All rights reserved.

2

**Patterson Exhibit B**

**Appx 00224**

# EXHIBIT C

Appx 00225

DocuSign Envelope ID: D36DBC72-0E52-4AF2-B1FF-2B64F22DD3DF

# CCA Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Cashflow Consulting Academy is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Ozzie Blessed and the Cashflow Consulting Academy, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Cashflow Consultant Academy Training (Texting & Calling Modules)
- Job Placement With 1 Of Our Business Owner Clients Upon Graduating From The Academy
- Ongoing Job Performance Training In Your First Role

I _____Kari_____Patterson_____understand and agree that by committing to becoming a member of the Cashflow Consulting Academy that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed.

Signature: _____ Date: _____11/12/2023_____

DocuSigned by:
CDB116E465E146A...

## TERMS AND CONDITIONS

The following  Terms and Conditions sets forth the legally binding terms between you and Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed for your purchase of Cashflow Consulting Academy OzzieBlessed.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Patterson Exhibit C**

**Appx 00226**

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Ozzie Blessed terminating the Agreement prior to the end of the term, and discontinuing your access to Ozzie Blessed Services and Content. Your use of the Ozzie Blessed members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Ozzie Blessed is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Ozzie Blessed to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Ozzie Blessed may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Ozzie Blessed's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Ozzie Blessed and Growth Cave, LLC DBA Ozzie Blessed.** _____

**Your Initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained on or obtained from or through the Services or Content. Further, you agree not to circumvent,

**Patterson Exhibit C**

**Appx. 00227**

remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Ozzie Blessed cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed does not guarantee any specific results from use of the Services. Ozzie Blessed makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, OZZIE BLESSED DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, OZZIE BLESSED MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Ozzie Blessed makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Ozzie Blessed assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**Patterson Exhibit C**

**Appx 00228**

DocuSign Envelope ID: D3CDBC73-0E52-4AF2-B4FF-2B64F22DD3DF

**Earnings Disclaimer.** Ozzie Blessed cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Ozzie Blessed cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Ozzie Blessed offers no professional legal, medical, psychological or financial advice.

**Events.** If Ozzie Blessed cancels a live on-site event, Ozzie Blessed will apply your payment to future events. If you cannot attend an event you have paid for, Ozzie Blessed will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Ozzie Blessed to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Ozzie Blessedand I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Ozzie Blessed owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Ozzie Blessed may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Ozzie Blessed you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Ozzie Blessed, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Ozzie Blessed rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Ozzie Blessed.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Patterson Exhibit C**

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

DocuSign Envelope ID: D36DBC73-0E52-4AF2-B4FF-2B64F22DB3DF

...s; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Ozzie Blessed; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Ozzie Blessed are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, OZZIE BLESSEDS' LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO OZZIE BLESSED FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Ozzie Blessed. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Ozzie Blessed. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Ozzie Blessed. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Ozzie Blessed and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Ozzie Blessed website(s) should be

Patterson Exhibit C

Appx 00230

...pel, or otherwise, any license or right to use any Trademark displayed on the website without the written permission of Ozzie Blessed or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Ozzie Blessed permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Ozzie Blessed or you may demand that any dispute between you and Ozzie Blessed about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Ozzie Blessed from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Ozzie Blessed, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Ozzie Blessed to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing clients@ozzieblessed.com

**ACCEPTANCE:**

I _____Kari_____Patterson_____understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Cashflow Consulting Academy. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

DocuSigned by:

Signature: _____CDB116E465E146A...    Date: ___11/12/2023___

**Patterson Exhibit C**
**Appx 00231**

# EXHIBIT D

Appx 00232

**REDACTED**

---

---------- Forwarded message ---------
From: **Ozzie Blessed** <clients@ozzieblessed.com>
Date: Tue, Nov 14, 2023, 2:25 PM
Subject: How To Get $50k-150k+ In 0% Interest Funding For Yourself [CCA Clients Only]
To:        **REDACTED**


Hey ,

As a member of our Cashflow Consultant Academy program, you get access to our most private insider connections in the online business world.

We recently partnered with a company that helps aspiring entrepreneurs **get access to $50k+ in 0% interest "institutional funding" that you can use for any business or investment, potentially in as little as 48 hours.**

I put together a video that breaks down exactly how this works:
**https://www.buffalobridgecapital.com/funding-vsl**

-Lucas


Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205




**Patterson Exhibit D**

**Appx 00233**

# EXHIBIT E

**Appx 00234**

# Buffalo Bridge Capital Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Buffalo Bridge Capital is a brilliant decision. This program is an incredibly valuable  source of support!

As a client of Buffalo Bridge Capital and the Buffalo Bridge Capital program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Assisted Credit Repair
- Business Entity & Credit Funding Advising
- Personal Credit Funding Advising
- Buffalo Bridge Capital Training Modules™
- Personal Consulting/Coaching From team at Buffalo Bridge Capital

I understand and agree that by committing to becoming a  member of the Buffalo Bridge Capital program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my  attendance and participation. I understand all payments are non-refundable. I understand that  my access to the Content is governed by the following Terms and Conditions and that these  Terms and Conditions contain certain restrictive covenants, including a duty not to share my  login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC DBA Buffalo Bridge Capital.

Signature:

DocuSigned by:

CDB116E465E146A...

Date: 11/24/2023

## TERMS AND CONDITIONS

The following Terms and Conditions sets forth the legally binding terms between you and Growth Cave and  Buffalo Bridge Capital, LLC DBA Buffalo Bridge Capital for your purchase of Buffalo Bridge Capital, LLC PacificWealthClub.com Content,  products and/or services indicated on your order form or explained to you by your  enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos,

Patterson Exhibit E

Appx 00235

...dy programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Buffalo Bridge Capital terminating the Agreement prior to the end of the term, and discontinuing your access to Buffalo Bridge Capital Services and Content. Your use of the Buffalo Bridge Capital members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Buffalo Bridge Capital is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Buffalo Bridge Capital to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Buffalo Bridge Capital may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Buffalo Bridge Capital's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC DBA Buffalo Bridge Capital.**

_____ **Your Initials**

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

**Patterson Exhibit E**

**Appx 00236**

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform,  license, create derivative works from, offer for sale, or use content and information contained

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave, LLC DBA Buffalo Bridge Capital cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as  explicitly stated below, Buffalo Bridge Capital, LLC does not guarantee any specific results from use of  the Services. Buffalo Bridge Capital makes no representations or warranties as to specific outcomes or  results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, Buffalo Bridge Capital DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, Buffalo Bridge Capital MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Buffalo Bridge Capital makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Buffalo Bridge Capital assumes  no liability or responsibility for any errors or omissions in the Services or Content. You agree  that any reliance upon any Content or information distributed through or accessed the  Services is at your sole risk.

**Earnings Disclaimer.** Buffalo Bridge Capital cannot and does not guarantee or promise any level of  earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining  results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Buffalo Bridge Capital cannot and does not guarantee your success,  income level, or ability to earn revenue within a specific timeframe.It should be clear to you that by law Buffalo Bridge Capital  offers no professional legal, medical, psychological or financial advice.

**Events.** If Buffalo Bridge Capital cancels a live on-site event, Buffalo Bridge Capital will apply your payment to  future events. If you cannot attend an event you have paid for, Buffalo Bridge Capital will allow you to  apply your payment to future events, but will not

**Patterson Exhibit E**

**Appx 00237**

**Audio/Video Release.** I authorize Buffalo Bridge Capital to use my story as a testimonial and further  agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all  recordings of testimonials (if provided by you, the client) are exclusive rights of Buffalo Bridge Capital  and I do not ask for or expect compensation for the use of the recordings or photographs in  which I appear or speak. Buffalo Bridge Capital owns all rights to any audio, video, and/or photographs  for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the  power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Buffalo Bridge Capital may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Buffalo Bridge Capital you  may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Buffalo Bridge Capital, assign this  Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do  so shall be a material default of this Agreement and shall be void. Buffalo Bridge Capital rights and  obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth  Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other  person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of  Texas without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement  shall act as a waiver of subsequent breaches; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of  competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain  in full force and effect. The parties further agree that in the event such provision is an essential  part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation,  an act of God, fire, flood, explosion, war, strike, embargo, government authority, civil or military  authority, acts or omissions of carriers, transmitters, providers, vandals

Patterson Exhibit E

Appx 00238

DocuSign Envelope ID: BF6EE49B-E25B-456B-AA79-ACCC25037182

for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Buffalo Bridge Capital; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Buffalo Bridge Capital are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO Buffalo Bridge Capital FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Buffalo Bridge Capital. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Buffalo Bridge Capital. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Buffalo Bridge Capital and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Buffalo Bridge Capital website(s) should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any Trademark displayed on the website without the written permission of Buffalo Bridge Capital or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Buffalo Bridge Capital permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Patterson Exhibit E**

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall

Appx 00259

DocuSign Envelope ID: B5CEE49B-525B-456B-AA79-AC6C25037182

as, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Buffalo Bridge Capital or you may demand that any dispute between you and Buffalo Bridge Capital about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Buffalo Bridge Capital from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Buffalo Bridge Capital, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Buffalo Bridge Capital to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing clients@pacificwealthclub.com

**ACCEPTANCE:**

I understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Buffalo Bridge Capital. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature:

DocuSigned by:

CDB116E465E146A...

Date: 11/24/2023

**Patterson Exhibit E**

**Appx 00240**

# EXHIBIT F

**REDACTED**

---

---------- Forwarded message ---------
From: **Performance Saddle Company LLC** <        **REDACTED**
Date: Fri, Nov 24, 2023, 3:10 PM
Subject: Re: [URGENT] Your Credit Report Results...
To: Mason McFadden <clients@buffalobridgecapital.com>


Pardon my ignorance, after I entered my info, the airtable site said to fill out user agreement and set up a voxer account. Don't see anything that looks like either of these nor do I have any clue what a voxer account is. Please advise.
Thanks,
Kari


On Fri, Nov 24, 2023 at 2:47 PM Mason McFadden <clients@buffalobridgecapital.com> wrote:
  Hey Kari Patterson, Mason from Buffalo Bridge Capital here!

  We have received your credit report and determined that before we can move forward with funding through our banking connections, we need to work on geting your credit score +700 and your total utilization under 20%.

  To achieve this, you will be working with OrcaBoost, a company that we have partnered with that will assist you to get any negative items on your report removed.

  First, please complete the application below to onboard into their system:

  https://airtable.com/appIXGWhls3SBmkc9/shrvncI6U6wyIXuI0

  Next, fill out this form listing all your current credit cards, individual limits & current balances, as well as the closing statement date(s) for each card:

  https://growthcave.typeform.com/to/z1WfhJgT

  This is all that we will need for the time being to get you started, looking forward to getting you funded!

1

**Patterson Exhibit F**
**Appx 00242**

-Mason McFadden

**Patterson Exhibit F**

**Appx 00243**

# EXHIBIT G

**REDACTED**

---------- Forwarded message ---------
From: **Alena Bailey** <alena@growthcave.com>
Date: Wed, Apr 10, 2024, 4:45 PM
Subject: Re: Placement Call Follow Up
To: Performance Saddle Company LLC    **REDACTED**

Hey Kari,

I am sorry you are under the weather. I did just take a look at what you sent me and I do not see where there is a guarantee of making $10k/month. In our contract we actually have in there that we do not guarantee or promise any level of earnings within a specific timeframe. Since you are not comfortable doing what you are doing and do not enjoy it we will go ahead and remove you and put you back into the placement pipeline, sound good?

Best,
Alena

On Wed, Apr 10, 2024 at 10:12 AM Performance Saddle Company LLC <    **REDACTED**    wrote:
 I am sick atm, attached is guarantee Jose sent me before I joined

 Thanks so much,
 Kari

 On Mon, Apr 8, 2024, 4:38 PM Alena Bailey <alena@growthcave.com> wrote:
  Hey Kari,

  I hope you had a great weekend. I just wanted to reach out and see what your thoughts were on me removing you from setting with Gee? I also wanted to follow up and see if you had that guarantee of making $10k/month?

  Best,
  Alena

  On Fri, Apr 5, 2024 at 3:47 PM Alena Bailey <alena@growthcave.com> wrote:
   Hey Kari,

   Yes, I have gone through the program myself. I completed and graduated from CCA over a year ago. Before you got placed with Gee I made it a point several times to mention that it was really important that you were motivated in

1

**Patterson Exhibit G**
**Appx 00245**

learning the process and the potential of cold DM setting through facebook. It is not an uncommon thing. Could you please send me the guarantee of making 10k that's in writing?

Best,
Alena

On Fri, Apr 5, 2024 at 3:12 PM Performance Saddle Company LLC < **REDACTED** wrote:
 Alena, this is not at all what I signed up for. I gave it chance, and I don't mind training and learning more about anything. I rather enjoy work but I have ethical concerns. I am not comfortable messaging from other people's facebook pages as if I'm them, first off. Second, these programs we are "representing" aren't even complete. Again, this is not even close to the representations that were made in Cash Flow Consulting Academy. Have you gone through the progam yourself? We are taught expectations that just haven't proven to be reality. And yes, they did say to represent ourselves as having experience once we graduated. I am really at a loss and wanting a refund. I do have the guarantee in writing of a job making 10k/mo and I don't see that available in this space to anyone with no experience/kpi. I have met so many people in the High Ticket groups, and this space just is not how it is represented in CCA.
 Kari Patterson

Thanks so much,
Kari

On Thu, Mar 14, 2024, 1:30 PM Alena Bailey <alena@growthcave.com> wrote:
 Hey Kari,

 Awesome! I am sending you over to Gee, who is on our organic marketing team. From there he will reach out to you and you'll be working with him assisting our top tier clients! :)

 Best,
 Alena

 On Tue, Mar 12, 2024 at 1:14 PM Performance Saddle Company LLC < **REDACTED** wrote:
  Ok, let's do it. Send me what I need to do to get started.
  Thanks
  Kari

 On Mon, Mar 11, 2024, 6:32 PM Alena Bailey <alena@growthcave.com> wrote:
  Hey Kari,

  I'm not entirely sure. There is a ramp up process. You will be able to start tomorrow. As previously mentioned however, it is important that you are motivated in learning the process and the potential of cold DM setting through facebook.

  Best,
  Alena

  On Sun, Mar 10, 2024 at 2:11 PM Performance Saddle Company LLC **REDACTED** wrote:
   How long will this new training take and when would I be able to start?
   Kari

   On Tue, Mar 5, 2024, 11:28 AM Alena Bailey <alena@growthcave.com> wrote:
    Hey Kari,

2

**Patterson Exhibit G**
**Appx 00246**

The hours would be flexible. It would be 10% commission. It's important that you are motivated in learning the process and the potential of cold DM setting through facebook, as well as earning a commission. It would be a job offer working with 3 of our top tier clients.

Best,
Alena

On Sat, Mar 2, 2024 at 5:33 AM Performance Saddle Company LLC < **REDACTED** wrote:
Absolutely I can do that and am very interested, I just need more information. Are the hours flexible or set? If I'm responding within 24 hours and that is the only requirement, then that is fine, I just want to make sure I understand correctly.

As far as pay, is this commission or by the hour or both? What are terms of pay?

I'm trying to understand if this is a job offer or a potential job offer after more training? Thank you in advance for more information and your help.
Kari

On Fri, Mar 1, 2024, 3:16 PM Alena Bailey <alena@growthcave.com> wrote:
Hey Kari,

With the setting it is really important to follow up with leads within 24 hours of opting in. Is this something you are able to do?

This would be a full time DM setting position through facebook. You would be working with a few of our top tier clients and once fully ramped up be sending 30-40 messages a day for each client. Is this something you would be able to do?

Best,
Alena

On Wed, Feb 28, 2024 at 2:12 PM Performance Saddle Company LLC    **REDACTED**    wrote:
Hi, I'm willing and open but I need more details please. Is this a guaranteed job? If so, what are the terms? I am very eager to work.

Referencing my initial call with Jose and the guarantee he sent, flexibility was the main selling point for me. Through my self-sourcing journey I have seen that flexibility is not offered. Is there flexibility in this field as Jose described and I'm just not seeing it?

Again, as we talked about before, Thursdays most of the day during school are out for sure, I do have a son with **REDACTED** and a farm and sometimes emergencies happen, so the flexibility offered was super important even though full time hours are doable.

Look forward to learning more details about this offer.
Thanks so much,
Kari Patterson

On Mon, Feb 26, 2024, 5:26 PM Alena Bailey <alena@growthcave.com> wrote:
Hey Kari,

3

**Patterson Exhibit G**
**Appx 00247**

Happy Monday! I wanted to reach out because we are actually in search of a very eager individual who is available to set full time. I know that you are unavailable for part of the day on Thursdays through the school year but I checked with the team and they said that would be fine! If you are able to set some appointments when you are free on Thursdays.

This is a DM setter position, again full time, and you would be setting through Facebook. I know that we did not cover this in the trainings but you would be trained by our organic specialists and get fully ramped up.

You would be placed with 3 of our top tier clients. Once fully ramped up you would then be sending 30-40 messages per day per client.

Let me know if this is something you would be interested in and we can get you started.

Best,
Alena

On Fri, Feb 23, 2024 at 12:42 PM Alena Bailey <alena@growthcave.com> wrote:
Hey Kari,

Per my last email, I said that you could say you successfully completed our course and let them know the skills that you mastered while in training. I did not tell you to lie about your work history.

We do not give a timeline on when people get placed because everyone gets placed at different times. We do not offer refunds but I would be more than happy to assist you in finding a role.

Best,
Alena

On Fri, Feb 23, 2024 at 7:31 AM Performance Saddle Company LLC <    **REDACTED**    wrote:
Following up with you and this is where I am at. I have come across 2 legitimate offers in the past months of job searches. Both offers were wanting to know KPI/work history, of which I have none of course. I was concerned when you tell us to say we have experience in this field when applying for jobs. Role playing is not real work experience, so it's a lie if I say I have experience when I have not. Training yes, experience no.

In addition, I have a guaranteed job placement in writing from Growth Cave and was verbally promised a job quickly. Initially the CCA program started out nothing like I was sold on, however I continued to give it my all. What I have to show for months of hard work is my messages full of people selling the same programs with the same guaranteed placement opportunities as CCA. I am respectfully requesting a refund to my original payment method as the many promises I paid for have not been fulfilled.
Thank you for your assistance,
Kari Patterson
**REDACTED**
Westville, SC 29175
**REDACTED**

On Wed, Jan 24, 2024, 5:25 PM Alena Bailey <alena@growthcave.com> wrote:
Hey Kari,

Awesome! We love to hear it!

4

**Patterson Exhibit G**
**Appx 00248**

You can say that you successfully completed our course and let them know the skills that you mastered while in training. :)

Best,
Alena

On Wed, Jan 24, 2024 at 1:17 PM Performance Saddle Company LLC <    **REDACTED**    wrote:

Yes I remember, thanks!! Looking forward to hearing from some!  ;)

I was just making sure I wasn't misunderstanding how it was reading.
 :)

Am going through the other linked pages you sent, how do recommend me explaining my experience/training with you guys?

Also, I wanted to add that I am definitely open to full time for the right job. Especially if there is a work around for those Thursdays, which is only for 2 more months before summer break.

Thanks again!!
Kari :)

On Wed, Jan 24, 2024, 3:22 PM Alena Bailey <alena@growthcave.com> wrote:

Hey Kari,

All of those inside of the hiring portal yes. But remember I did say we do have business owners who do not wish to have their videos posted inside of the hiring module. :)

Best,
Alena

On Tue, Jan 23, 2024 at 4:18 PM Performance Saddle Company LLC    **REDACTED**    wrote:

Thank you so much! Enjoyed meeting you!

On our portal in the Hiring area you send me the link to, am I reading it correctly that all of those positions have been filled?

Thanks again for your help,
Kari

On Tue, Jan 23, 2024, 7:00 PM Alena Bailey <alena@growthcave.com> wrote:

Hey Kari,

It was such a pleasure speaking with you today! As mentioned earlier here are some other pipelines for you to check out as well. Please follow their rules and keep me updated with everything :)

-High Ticket Closing: Sales Jobs For Setters & Closers (facebook.com)
-Nomadic Closer Community (facebook.com)
-Remote/High-Ticket Sales Job Protocol (notion.site)
-Your

5

**Patterson Exhibit G**
**Appx 00249**

Next High Ticket Sales Position Awaits (psychsales.com)

Best,
Alena

6

**Patterson Exhibit G**

**Appx 00250**

# EXHIBIT H

**REDACTED**

---

---------- Forwarded message ---------
From: **Jordan Marksberry** <jordan@growthcave.com>
Date: Mon, Mar 11, 2024, 4:58 PM
Subject: Re: Fwd: Important
To: Performance Saddle Company LLC        **REDACTED**


Hi Kari,

Thank you for sharing your concerns. We appreciate your honesty. Someone from our team will reach out to you shortly to address them and provide further assistance.

Best Regards,
Growth Cave


On Mon, Mar 11, 2024 at 5:08 AM, Performance Saddle Company LLC <    **REDACTED**    wrote:
No answer for weeks again?
Kari


On Fri, Feb 23, 2024, 11:10 PM Performance Saddle Company LLC <    **REDACTED**    wrote:
Hi, to put it simply, over selling and under promising. I was made guarantees and promises that have not been even close to being fulfilled. I have many correspondences sent to Matt and Mason and Valeria and had to beg for responses repeatedly. I had my credit well above 700 in December and could not get an answer for the best way for me to proceed with the options I had available to reduce my credit usage percentages. Multiple times I would ask Valeria questions and, if she answered, she said she would ask her team. When she would continue to not get back to me, I would have to reach back out to her and then have the exact same conversation yet again, and then continuing the cycle again with no answers. I began this at Thanksgiving and have had to continue to reach out to Matt for any kind of response, at even that took time and sometimes multiple attempts at just getting a response of any kind.
Kari Patterson
   **REDACTED**
Westville, SC 29175
**REDACTED**


On Fri, Feb 23, 2024, 4:12 PM Jordan Marksberry <jordan@growthcave.com> wrote:
Kari,

1

**Patterson Exhibit H**
**Appx 00252**

I hope this email finds you well. I appreciate you reaching out and expressing your concerns regarding a possible refund for our Buffalo Bridge Capital Program.

I'm sorry to hear that you are wanting to withdraw from the program, before we can proceed, could you please let me know what your reasoning is for this request so I may see how our team is able to assist?

Looking forward to hearing back from you,
Jordan Marksberry
Growth Cave

On Fri, Feb 23, 2024 at 7:20 AM, Matt Pulliam <matt@buffalobridgecapital.com> wrote:

**Matt Pulliam**
Advisor, Buffalo Bridge Capital

470-517-3643 | matt@buffalobridgecapital.com
Schedule a Call: https://go.oncehub.com/BuffaloBridgeCapital
Learn More

---------- Forwarded message ---------
From: **Performance Saddle Company LLC** < **REDACTED**
Date: Fri, Feb 23, 2024 at 10:04 AM
Subject: Important
To: Matt Pulliam <matt@buffalobridgecapital.com>

Matt, I think you are a good-hearted person and I will appreciate you providing for me a refund of all fees paid to date and stop further Klarna payments as of today, Feb 23, 2024. This program has not provided the guarantee expressed to me.
Thank you for your assistance,
Kari Patterson
**REDACTED**
Westville, SC 29175
**REDACTED**

On Tue, Feb 20, 2024, 2:42 PM Performance Saddle Company LLC < **REDACTED** wrote:
Still not heard from anyone
Kari

On Mon, Feb 19, 2024, 7:28 PM Performance Saddle Company LLC < **REDACTED** wrote:
Thank you for answering. This has not gone well. No one has reached out to me.
Kari

On Mon, Feb 19, 2024, 7:17 PM Matt Pulliam <matt@buffalobridgecapital.com> wrote:
Hi Kari - that is nothing more than Valeria no longer being with Orcaboost - your new coach should have already reached out or will soon. Mason can fill you in more on who that would be.

**Matt Pulliam**
Advisor, Buffalo Bridge Capital

470-517-3643 | matt@buffalobridgecapital.com

2

**Patterson Exhibit H**
**Appx 00253**

Schedule a Call: https://go.oncehub.com/BuffaloBridgeCapital
Learn More

On Mon, Feb 19, 2024 at 1:13 PM Performance Saddle Company LLC < **REDACTED** wrote:
Sure am feeling scammed at this point. Somebody talk to me.
Kari Patterson
**REDACTED**

3

**Patterson Exhibit H**
**Appx 00254**

# EXHIBIT I

**REDACTED**

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Fri, May 24, 2024, 11:07 PM
Subject: our brand-new bundle offer
To: <       **REDACTED**

Hey ,

We've just finished building the "Online Business Kickstarter" bundle…

Where you can have access to three of our courses, for the price of one.

Just click here to see all the details.

- Lucas

P.S. I'm not too sure when this offer is closing down, could be today, tomorrow, or next week… but check it out before it's too late → click here.

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit I**
**Appx 00256**

**REDACTED**

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Fri, May 31, 2024, 7:10 AM
Subject: everyone is jumping at this bundle
To:        **REDACTED**

Hey ,

Over the last few days, we've had a surge of new clients…

And that's thanks to the "Legacy Bundle" we just announced.

Now, if you want to see what the craze is all about…

And why more people than ever are jumping at this bundle.

Click here to check it out.

- Lucas

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit I**

**Appx 00257**

**REDACTED**

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Sat, Jun 1, 2024, 11:06 AM
Subject: the special key to the 'Legacy Bundle'
To: <    **REDACTED**

Hey ,

This email is your special key to our 'Legacy Bundle'...

And this bundle is your ticket to crafting a profitable online business in 2024.

See, we've never done a bundle like this...

And may never do one again.

So I'd recommend you check it out ASAP...

⇒ click here to check it out.

*- Lucas*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit I**
**Appx 00258**

# EXHIBIT J

**Appx 00259**

**REDACTED**

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Sat, Jun 1, 2024, 7:05 PM
Subject: get all our courses in one big bundle
To:      **REDACTED**

Hey ,

This week, Growth Cave is going through a massive re-brand…

And as a result, we're closing down all our business courses.

Meaning for a limited time you can get all our programs for 77% off.

⇒ click here to get all the details.

- *Lucas*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit J**

**Appx 00260**

# EXHIBIT K

**Appx 00261**

**REDACTED**

---

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Sun, Jul 21, 2024, 8:05 AM
Subject: AI profits
To: <    **REDACTED**

Hey ,

What if there was an automated software that could make passive income FOR you?

You've probably heard about ChatGPT and other AI tools, but what a lot of people don't know is that there is a little-known AI tool built into Apple's iPhones that can be used to potentially create a new source of income.

This is done by tapping into Apple's App Store, which generates over $1 TRILLION per year in revenue, with most of the getting paid out to normal, everyday people.

Tapping into the App Store used to mean thousands of dollars invested and months of "tech" development...

...However, thanks to this little-known AI tool, it's now possible to get started in the App Store with less than $100, and in as little as 2 weeks time.

Want to learn how?

I'm hosting a free web class later today sharing the 4 steps to get started.

Go here to check it out: https://passiveapps.com/webclass

-Lucas

**Patterson Exhibit K**
**Appx 00262**

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit K**

**Appx 00263**

**REDACTED**

---

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Mon, Jul 8, 2024, 7:06 PM
Subject: passive income from other people downloading apps
To:        **REDACTED**

Hey ,

What if whenever someone downloads a new mobile app…

…you get paid for it?

That'd be pretty cool, and it's also 100% possible.

How do I know?

Well, because first of all…

I've done it and made over $4M…

And second of all, I've got 100s of students making passive income doing this exact same thing.

The best part is, nearly every single one of my students started out as a total beginner.

Like Mark…

See, after starting out as a "total beginner"…

He was able to make almost $4,000 in passive income.

So, if this sounds interesting…

1

**Patterson Exhibit K**
**Appx 00264**

I'm hosting a free web class where I'm teaching the 4-step framework to start doing this.

Watch the web class here: https://passiveapps.com/webclass

*-Lucas Lee-Tyson*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



2

**Patterson Exhibit K**

**Appx 00265**

**REDACTED**

---------- Forwarded message ---------
From: **Lucas Lee-Tyson** <lucas@growthcave.com>
Date: Tue, Jul 16, 2024, 12:05 PM
Subject: new Apple passive income opportunity
To:        **REDACTED**

Hey ,

Most people have no idea in 2024 the best way to make passive income is with Apple's App Store.

This is thanks to a new type of App that Apple is allowing in their App Store called "white label apps".

While label apps are apps that other companies have already created, that they're allowing you to re-sell for a profit.

And, in 2024, it's one of the most untapped opportunities to rapidly create a new income stream online.

I've NEVER seen anyone else talking about this - and best of all, you don't need any tech-y experience, or any more than $100 to start doing this.

I'm hosting a free web class today to break down the 4 steps to start doing this.

Sign up for the web class here: https://passiveapps.com/webclass

-Lucas

1

**Patterson Exhibit K**
**Appx 00266**

# EXHIBIT L

Appx 00267

**REDACTED**

---------- Forwarded message ---------
From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Wed, Jul 3, 2024, 1:06 PM
Subject: [Important] Regarding our call today
To: Kari        **REDACTED**

Hey Kari, are we still on?

If you're still wanting to learn how to replace your income working from home, I've opened a few spots for 1-1 strategy calls.

Just click here to book one.

You'll get a custom 'Career Roadmap' from my team and I'll show you a high demand skillset you can learn to get paid.

Talk soon,

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Patterson Exhibit L**
**Appx 00268**

**REDACTED**

---------- Forwarded message ---------
From: **Ozzie Blessed** <clients@ozzieblessed.com>
Date: Tue, Jul 9, 2024, 8:35 PM
Subject: learn this to get paid
To: <      **REDACTED**

,

I learned a simple, but unique set of skills every business needs.

Now, I work 100% remotely on my own time and **business owners pay me for these skills...**

The best part?

Anyone can learn these high-income skills to get paid.

In fact, I'll show you exactly what these unique skills are and why business owners want to pay you for them.

All you have to do is **click here.**

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit L**
**Appx 00269**

# EXHIBIT M

Appx 00270

**REDACTED**

---------- Forwarded message ---------
From: **Ozzie Blessed** <clients@ozzieblessed.com>
Date: Tue, Jul 23, 2024, 11:16 PM
Subject: you've received a payment
To: <      **REDACTED**

,

**$4,500 hits your account...**

You've been working for 2 weeks at a new job, and just received your first paycheck.

With a smile on your face, you let out a sigh of relief...

Now you have found a path to true freedom.

**Working from home...**

**On your own schedule...**

**Getting paid for your _skills_ not your time...**

This is exactly how I felt seeing that first deposit hit my account.

I felt like I finally "cracked the code".

A normal guy like me who grew up in the streets of LA, had **business owners lining up to pay me.**

But enough about me. I want to show you how **_you can do it too._**

I put together a free training going over exactly what my unique skillset is and why business owners are paying me for it.

**> Just click here and I'll show you everything**

1

**Patterson Exhibit M**
**Appx 00271**

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Patterson Exhibit M**
**Appx 00272**

**REDACTED**

---------- Forwarded message ---------
From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Tue, Jul 23, 2024, 10:12 PM
Subject: Kari you've received a payment
To: Kari <        **REDACTED**

Kari,

**$4,500 hits your account...**

You've been working for 2 weeks at a new job, and just received your first paycheck.

With a smile on your face, you let out a sigh of relief...

Now you have found a path to true freedom.

**Working from home...**

**On your own schedule...**

**Getting paid for your _skills_ not your time...**

This is exactly how I felt seeing that first deposit hit my account.

I felt like I finally "cracked the code".

A normal guy like me who grew up in the streets of LA, had **business owners lining up to pay me.**

But enough about me. I want to show you how **_you can do it too._**

I put together a free training going over exactly what my unique skillset is and why business owners are paying me for it.

**> Just click here and I'll show you everything**

1

**Patterson Exhibit M**

**Appx 00273**

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

2

**Patterson Exhibit M**
**Appx 00274**

# EXHIBIT N

Appx 00275

**REDACTED**

---

---------- Forwarded message ---------
From: **Cashflow Consultant Academy** <no-reply@notification.circle.so>
Date: Mon, Jul 22, 2024, 6:15 PM
Subject: HIRING: Cashflow Consultant
To:      **REDACTED**

## HIRING: Cashflow Consultant

**Alena Bailey**

Posted in Hiring

*Offer* - Helping driven women beat burnout & get out of survival mode with nervous system regulation
*Niche* - Health
*Availability* - Full - Time

**Looking for a woman who has experience in women's health, stress work, or trauma work.**

If this sounds like something that you are interested in, please email alena@growthcave.com, subject line [Women's Burnout], and **let me know why you'd be a good fit**! ✨

**View post**

1

**Patterson Exhibit N**
**Appx 00276**

Powered by

**Circle**

© 2024 Cashflow Consultant Academy
Change notification settings Unsubscribe from all emails

**Patterson Exhibit N**
**Appx 00277**

DECLARATION OF SAMANTHA PETTY

Pursuant to 28 U.S.C. § 1746

I, Samantha Petty, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.      I am a U.S. citizen over the age of 18, residing in Chesterland, Ohio.

2.      In May 2023, I saw a YouTube advertisement where Lucas Lee-Tyson spoke about his program where he would help you create an online business or educational course and advertise it. I had always been interested in starting my own coaching program, so his program seemed like it would help me get started.

3.      I signed up for a consultation with a representative of Lucas's company, Growth Cave. The representative told me similar things to what I had already heard in the advertisement. He said that I would create a course and they would walk me through it. He also said that I was guaranteed to make $10,000 profit within the first month, on top of the cost of the program, which was just under $10,000. He made it seem like it would be very easy to make money and pay off the purchase price. I told him I wanted to think about it but he made it seem like I had to decide that day. So I agreed to sign up for the Knowledge Business Accelerator Program ("KBA Program") and Growth Cave was able to get me approved for financing for the $9,800 purchase price.

4.      At some point after I agreed to sign up for the KBA Program, Growth Cave also had me sign a contract.

5.      At no time before or after I joined the KBA Program did Growth Cave provide me with any documentation showing the earnings made by other people who had participated in the KBA Program.

Appx 00278

6.    However, even after I joined the KBA Program, Growth Cave often posted videos about all the other Growth Cave students who supposedly made a lot of money through the program.

7.    When I joined the KBA Program, I did not have an idea for the topic of the course I wanted to create and sell. Growth Cave came up with the idea for me based on my experience working in the mental health field and the fact that I am a new mom. Growth Cave suggested that I create a course on motherhood and finding joy in being a new mom by adjusting your lifestyle.

8.    When I started working through the KBA Program, I realized that it was a lot of recorded videos to watch online. I worked diligently through the program and did everything I was told to do. I wanted to move through it faster so that I could begin selling my course, but Growth Cave often took three to five days to respond when I asked a question. I was also supposed to have an assigned "coach" to help me but they kept leaving and I went through at least five different coaches. I could not move forward in the KBA Program without Growth Cave's approval because they locked certain videos and would only unlock them when you had completed a certain section.

9.    Even though Growth Cave had made it seem like it would be very quick and easy to create and sell a course, it took a lot of work and time. Growth Cave did not offer as much help creating my course as I was led to believe. They provided some scripts I could use to sell my program, but I had to revise them because they were very focused on making money and that's not what my course was about. Growth Cave always made it sound like if you used their scripts then you would be able to make sales.

10.    As part of the KBA Program, Growth Cave had a dashboard where you could access training videos and communicate with other participants in the KBA Program. On the dashboard, I saw other KBA Program

2

members posting "Who do I talk to for a refund?" and "This isn't the program I signed up for." At some point, Growth Cave got rid of the group discussion.

11. I had to create at least three YouTube advertisements that were approved by Growth Cave. Then I had to "beta test" by running all three of the advertisements to see which one got the most traction. Growth Cave required one of my advertisements to get a particular "click through rate" before I was allowed to officially launch. This meant that a certain percentage of people who watched my advertisement needed to "click through" to get more information, so that Growth Cave was sure people were interested in my course.

12. Finally, by late July or early August, I had a "winning ad" with the required click through rate and Growth Cave approved me to launch and start selling my course. I tried selling my course for at least a week by paying to run advertisements, but I was not getting any interest.

13. After I launched my course and it failed, I got a new coach. He told me that my beta testing had been set up wrong and that my advertisements had not really gotten a high enough click through rate during beta testing. This new coach told me to try different ads. I refilmed three new ads, but when I ran them, they still failed just like the first time I tried selling my course.

14. After launching my course had failed two times, Growth Cave started telling me that instead of advertising my course on YouTube – which was what the KBA Program was all about – I needed to start advertising on Facebook. I was frustrated because Growth Cave didn't help me fix my ads, they just directed me to go through Facebook and made it sound like it was the only thing to do. At the time, I didn't even have a Facebook account and I had never wanted to advertise on Facebook. I also felt like Growth Cave's tactics were unethical because they recommended that you join Facebook groups on topics relevant to the course you were selling and say that you weren't going to

3

advertise anything but then do it anyway. Even though I didn't want to, I created a Facebook account and tried posting about two times, but then quit.

15.    Growth Cave told me that if I didn't take their advice to advertise on Facebook, I had to sign a release saying that I was going against their advice by advertising on YouTube. I refused to sign a release.

16.    I asked Growth Cave for a refund and they refused, even though I never made any sales using their program and should have been eligible for the $10,000 profit guarantee that they promised.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 06/04/2024

_____
Samantha Petty

4

Appx 00281

## DECLARATION OF DAN POIRIER

### Pursuant to 28 U.S.C. § 1746

I, Dan Poirier, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am a U.S. citizen over the age of 18, residing in San Diego, California. I am a graduate of the United States Naval Academy and I have my MBA from UCLA.

2.     In approximately August 2022, I saw an advertisement on YouTube from a company called Growth Cave. Growth Cave was offering an opportunity on how to build and sell an online knowledge business where I would use the skill set that I have acquired to create programs and sell those programs to others.

3.     At the end of the video, I was able to schedule an appointment with a Growth Cave representative for more information. I scheduled the appointment and had a Zoom meeting with a representative about the program, **Knowledge Business Accelerator** (KBA). For $6,800, the Growth Cave representative said that Growth Cave would teach me how to establish an online business using YouTube as my marketing channel. The Growth Cave representative also told me that there was a $10,000 profit guarantee—as long as I adhered to the KBA program, I would attain a minimum of $10,000 net profit. This guarantee was a major factor in my decision to move forward with Growth Cave and purchase the KBA program.

4.     Within a few weeks of starting KBA, I realized how complex the program was. I felt like although Growth Cave may have an understanding of YouTube and algorithms, it would take me months if not years to acquire that skill set. I realized that the KBA program would not work for me.

Appx 00282

5. During this time, I was regularly receiving emails from Growth Cave about other opportunities they were offering. One program they were promoting was a program related to KBA that was their premier program. The program was called **Digital Freedom Mastermind** (DFM) and they made it seem very selective; Growth Cave said there were only 25 slots for it. The DFM opportunity sounded like a way to solve my problem with KBA, because Growth Cave billed it as a program where Growth Cave would essentially do all the work for me.

6. Therefore, I applied for the DFM opportunity. I spoke with a Growth Cave representative about it, who promised that I would make tens of thousands of dollars in monthly income with this program. He was extremely persuasive and said I would be capable of generating $50,000 a month in revenue within only several months of purchasing DFM. The representative said that the course would be automated and provide me with passive income; essentially once the course was up and running online, it would run itself and I would make thousands of dollars monthly.

7. Like KBA, the DFM program involved building and selling an online knowledge business, where I would create a program and sell it to others. But with DFM, Growth Cave said they would do it all for me, meaning that Growth Cave would create the ads for my program, including filming the ads with hired actors, write the ad scripts, upload the ads to YouTube, and optimize the ads week after week. With the DFM program, the only thing I would be responsible for would be my course content—Growth Cave would do the rest. I also was told I would have one-on-one calls with top executives at Growth Cave and they would hold my hand every step of the way.

8. DFM sounded like a good program for me. I believed in my course, which was teaching people how to establish a business, but I knew I needed help in putting the course together and marketing it. Based on what

2

Appx 00283

Growth Cave said, I thought the DFM program would provide me with all the support I needed and do everything for me to get my online business running quickly.

9. On October 31, 2022, I electronically signed an agreement with Growth Cave for DFM. A true and correct copy of my contract with Growth Cave for DFM is attached as **Exhibit A**.

10. The DFM program was a six-month program for $50,000. Although the course was sold to me at the retail price of $50,000, there was verbal confirmation that I would have the opportunity to use projected sales to pay down the balance after I paid an initial $20,000, along with $12,000 in credit card charges (six payments made at $2,000).

11. Therefore, I made an initial payment to Growth Cave of $20,000 via Wells Fargo ACH transfer and financed an additional $12,000 via my Chase credit card. This $12,000 was to be paid in $2,000 increments every month for the next six months.

12. Within the first month or so of signing up with DFM, I spent hundreds of hours developing my course. Based on Growth Cave's recommendation, I settled on a sales price of $4,800 for my course. I was happy with my completed course; I believed it was professional in nature and contained in-depth and relevant knowledge that any first-time entrepreneur would find valuable.

13. Even though I had finished building my course, the entire month of January 2023 was not very productive. During this time, I would contact Growth Cave for help but I often could not reach anyone. It seemed like Growth Cave had rapidly expanded and obtained many new DFM clients while not appearing to have hired new personnel, and therefore, Growth Cave could not service the influx of current and new clients. I would ask Growth Cave a question in their online portal, and weeks would pass before I would receive a

3

response. It was challenging to get in touch with the members of the Growth Cave team, despite being sold on their availability.

14.    By approximately March 2023, Growth Cave started helping me with beta ads (or test ads) by creating ads for my program and hiring actors, but I kept pushing back because these actors were so bad. Eventually I started filming my own ads because Growth Cave's people did not do quality work.

15.    I also pushed back because the scripts Growth Cave wrote for my ads were not true. I was troubled because Growth Cave kept pushing tactics that I would never agree to. They were promoting misleading ways on how to sell my program—they wanted me to tell people that they would make money within the first 30 or 60 days. They told me that if I didn't say that, then people would not buy my program. The problem is that I was not selling a service that would allow purchasers to quickly make money. The education I was selling was a long process.

16.    Attached as **Exhibit B** is a true and correct copy of the ad copy for my program that Growth Cave sent me. It claims a military 'secret' for the sole purpose of getting clients to click on the ad. This specific advertisement copy that Growth Cave developed was not accurate to support a course that was in-line with my program. Growth Cave consistently developed language that promised my potential clients that they could build a 6 to 7-figure business within 30 to 90 days. This seemed very unethical to me.

17.    In April 2023, I attended a Growth Cave live event in Austin, Texas. The owners of Growth Cave—Lucas and Ozzie—along with other Growth Cave representatives, presented and hundreds of purchasers like me attended. One thing I noticed is that there were already multiple cohorts of DFM purchasers, each consisting of around 25 or 30 people. Yet before I joined DFM, Growth Cave told me that the DFM opportunity was selective and

4

had only 25 openings. Growth Cave did not have the time and personnel to support all of us since there were now upwards of 100 DFM purchasers.

18.     People in attendance at the Austin event were very frustrated. There were a lot of complaints like mine about not being able to get in touch with Growth Cave for help, not getting the promised support, and not earning the money Growth Cave promised we would make. Growth Cave tried to blame it on us—they said it was a "mindset" issue but then people pushed back and made clear that we were spending money and doing exactly what they told us to do and we are still not getting sales. Throughout the event, Ozzie in particular would try to manipulate everyone. He would turn any situation around onto the attendees and blame them for not getting sales due to a bad mindset.

19.     Out of all the people at the Austin event, I heard of only one person who had some sales. But the only reason she had sales is that she used a different selling strategy through Instagram, not the Growth Cave system. Even though she made money, she was still angry because she realized she could sell through regular marketing tactics and not through Growth Cave.

20.     A lot of DFM attendees were stressed out because they were nearing the end of the six-month DFM program, and their digital education business was either not up and running, or if it was up and running, it had not made any money. In response to the frustration and anger voice by the Austin event attendees, Growth Cave offered to extend the DFM program to those in the first cohort (whose six months was coming to an end) an additional three months and to double down on the "Done For You" aspect of DFM for a "deal" of $30,000.

21.     I was one of the people from the first cohort, so my six months of DFM enrollment was nearing an end. I was given an additional three months. I don't know why, but I was never charged for the additional three months.

5

**Appx 00286**

22.     Ultimately, I got my video ads posted on YouTube. Growth Cave uses what they describe as an AI-based platform called GrowthBox.ai. This platform collects data from those who would view my video ad on YouTube and continues to feed more detailed videos about my program to the viewer. This is a sales funnel, and the goal is to get viewers to provide their contact information, which is also fed into GrowthBox.ai and can be used to set up appointments with that person to sell them the program. GrowthBox.ai is also linked to the payment portals Growth Cave uses, like Stripe, so Growth Cave should know if its customers are successful in selling digital courses.

23.     Growth Cave put me in touch with a salesperson who would work with me to set up appointments with potential customers who responded to my videos. This person had spent around $2,500 on a different Growth Cave program that was supposed to teach him the Growth Cave sales model, match him up with DFM clients, and make him a lot of money through commissions.

24.     The salesperson Growth Cave connected me with helped me build out my sales funnel and create the automation, meaning the automated texts and emails to those who view the videos and are interested (much like the automated texts and emails I received form Growth Cave after I viewed their videos). This is really what Growth Cave means when they talk about using AI to sell the program—they just mean automated messages to potential customers. I ended up paying the salesperson around $2,500 for his help, but I never recouped that money since I never received any customers.

25.     By the end of the extra three months, around July 2023, I had no sales, stopped trying to sell my course, and gave up on the Growth Cave program. Not only did I never make any money with my course, in addition to the steep cost of the program, I probably spent an additional $15,000 in ancillary services to help me run my business.

26.     I decided not to engage with Growth Cave directly to seek a refund. I knew of others who were already asking them for their money back, and Growth Cave had refused to provide them with refunds. I thought it would be a waste of time to try to get Growth Cave to give me a refund, so I went directly to Chase Bank to try to get the charges reversed. A true and correct copy of my letter (with identifying and financial information redacted) to Chase Bank is attached as **Exhibit C**. In the letter, I went into a lot of detail about the promises Growth Cave made and how they did not live up to those promises. Ultimately, Chase provided a chargeback of $10,000 out of the $12,000 I had put on my Chase credit card.

27.     I never received any documents from Growth Cave substantiating the earnings and profit claims that Growth Cave made in the KBA and DFM videos or by their representatives, or a document disclosing whether there were legal actions against Growth Cave or listing contact information for prior KBA or DFM purchasers.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: __6/17__, 2024, in __SAN DIEGO__, __CALIFORNIA__.
              Date              City              State

_____
Dan Poirier

7

Appx 00288

# EXHIBIT A

**Appx 00289**

# DFM Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Digital Freedom Mastermind for the next 6 months is a brilliant decision. This program is an incredibly valuable source of support!

Over the next 6 months, as a client of Growth Cave and the Digital Freedom Mastermind, you will receive the following:

- 1-1 Onboarding Call with Lucas to go over your offer, marketing, messaging and find any instant "profit holes" we can plug in your business, as well as map out your roadmap for the first 6 months in the mastermind.

- 1-1 Mindset Call with Ozzie to identify your limiting beliefs, financial thermostat, fears, and doubts that might be causing you self sabotage yourself from success, as well as get clear on your vision for your business.

- 1-1 Tech Call with Jordan to set up automations in your business and ensure everything is set up to run like a well oiled machine no matter whether you're making $1k or $100k per month.

   - **BONUS:** Clients get their subscription to GrowthBox.ai for FREE while they're in the mastermind.

- Monthly 1-1 "Progress Check-In" Call with Lucas, Ozzie, and Jordan (rotating).

- Unlimited Slack & Zoom Access to Lucas, Ozzie, and the executive team here at Growth Cave to map out your business strategy.

- Access to our entire Done-For-You services department here at Growth Cave

- Weekly group calls with other Digital Freedom Mastermind clients

- Private, mastermind only Slack community with quarterly events (virtual & in-person)

I __Dan Poirier_____ understand and agree that by committing to becoming a member of the Digital Freedom Mastermind Partnership Program that I have access to all of the above. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable.

Signature: _____*Dan Poirier*_____ Date: _____10/31/2022_____
            DocuSigned by:
            7A79A786B66B475...

**Terms and Conditions of Sale** This Agreement sets forth the legally binding terms for your purchase of Growth Cave, LLC GrowthCave.com products and/or services indicated on your order form or explained to you by your enrollment advisor.

**Poirier Exhibit A**
**Appx 00290**

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor. You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of Services. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled and no fees will be refunded. Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results. Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful.

**Refund Policy.** All enrollments into the Digital Freedom Mastermind are non-refundable. **I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.**

**Duty to Read.** I accept that under this agreement I have a duty to read this refund policy given to me and have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

**Term.** This Agreement will stay in force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services. Your use of the Growth Cave members' website(s) or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to

**Poirier Exhibit A**
**Appx 00291**

you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Massachusetts without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement shall act as a waiver of subsequent breaches; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force

...formance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute

**Poirier Exhibit A**

**Appx 00293**

f Massachusetts, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Massachusetts, county of Suffolk. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) in Boston, Massachusetts, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I _____Dan Poirier_____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Digital Freedom Mastermind. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: ___ *Dan Poirier* _____ Date: ___10/31/2022___

DocuSigned by:
7A79A786B66B475...

**Poirier Exhibit A**
**Appx 00294**

# EXHIBIT B

Appx 00295

Here's how a former F-18 jet fighter pilot discovered the secret to growing a 7-figure startup in less than 90 days…

By leveraging what he learned in the military…

Surprisingly, it's the easiest and fastest way to start a multi-million dollar startup without investors, partners, or connections in the industry…

So if you want to see how to launch a 7-figure startup, click on the "learn more" button right now, and you'll get to a free presentation that shows how to make big money in the tech industry in 2023.

====

Not many people know this… but there's a "military" secret that can help entrepreneurs start a multi-million dollar tech business…

The crazy part?

You don't need tech skills, connections in the industry, or even investors…

I discovered this "military" secret to grow a tech startup when I was flying F-18 fighter jets for the US military…

So if you want to discover how you can use this "military" secret to start and grow a multi-million dollar tech business…

Click on the "learn more" button, and you'll get to a free presentation that will reveal the military secret, and how you can use it to grow a 7-figure tech business in 2023.

====

If most new startups fail, why did most millionaires make their fortune in the tech industry?

And why do we have 147 billionaires in the US in the tech industry, according to Forbes?

It's simple…

Wildly profitable startups all had one "military" secret in common…

And now, ordinary, everyday people can use this military secret to make big money in the tech industry in 2023…

**Poirier Exhibit B**

**Appx 00296**

So if you want to see how to make a lot of money in the tech industry in 2023, click on the "learn more" button right now…

And you'll get to a free video that will reveal this military secret and how you can start profiting from it in less than 90 days.

# EXHIBIT C

Chase Bank
CLAIM ID:  **REDACTED**

**Merritt Quest**

Dear Chase,

My name is Dan Poirier, owner of Merritt Quest LLC, an online Knowledge Business Course assisting first-time entrepreneurs and cofounders in their pursuit of business formation and operations.  In the Fall of 2022, I purchased consulting services from Growth Cave (GROWTHCAVE.COM), on online business based in the United States.

As background, I initially purchased Growth Cave's (GC) Knowledge Business Accelerator program for $6,800.  I requested that GC split this into 3 payments, however, they charged me 3 equal payments of $2,300 during August, September, and October of 2022, totaling $6,900.  Within this contract, they listed a $10,000 Profit Guarantee to incentivize customers to purchase their services.  While this contract is not in question about my chargeback request, I mention it solely for contextual reasons.

In October of 2022, I purchased Growth Cave's Digital Freedom Mastermind (DFM) program as a way to increase the viability of my course through their prescribed sales and marketing funnel that they developed.  Their salesperson was extremely persuasive, indicating that I would be capable of generating $50,000.00 per month in revenue within several months of purchasing the program.  The services initially began on 10/31/2022.  I paid GC $20,000 via Wells Fargo ACH transfer and agreed to finance an additional **$12,000 via Chase Business Ink credit card**.  The clarity of the GC's service offering was consistently elusive during the first several months of the program.  I was left guessing as to what aspects of the program I would be responsible for.  As it was offered as a 'Done for You' model, I assumed that all aspects of the business, other than the course which I was accountable for, would be developed for me.

I spent hundreds of hours in December 2022, developing my course and settled on a sales price of $4,800.00, per their guidance.  My course was professional in nature, containing in-depth and relevant knowledge that any first-time entrepreneur would find valuable.

The entire month of January 2023 was not very productive within the DFM program as Growth Cave had rapidly expanded to obtain new DFM clients yet, was unable to service the influx of current and new clients during this time.  As a result, it was challenging to get in touch with members of the Growth Cave team, despite being sold on their availability within the program. In late February of this year, I concluded that I would need to be responsible for the management of the sales and marketing campaign for my course offering, and that Growth Cave did not have the resources to support servicing all their clients.  **During the duration of the 6-month program, I was attentive and fully engaged with the limited time that Growth Cave provided me with their team members.**

By April 2023, it became clear that Growth Cave had onboarded three cohorts of paying clients in groups of roughly 30 individuals, each paying Growth Cave a total of $50,000.00 per client.  With Growth Cave's limited employees, it was clear that they didn't have enough people to service the well-over 100 paying clients.  **As of this writing, I have not heard of a single client success story who enrolled in Growth Cave's DFM Program.**

**Poirier Exhibit C**
**Appx 00299**

**Key Issues and Contractual Breaches:**

- **Original Profit Guarantee**: While not directly stated in the 10/31/22 agreement, there were verbal guarantees (can be verified with other Growth Cave DFM clients) in which they stated a $10,000 Profit Guarantee, ensuring we would attain a minimum of $10,000 net profit, given we adhered to Growth Cave's guidance.  This guarantee was a major factor in my initial engagement with the merchant. Their subsequent program eliminated this guarantee and further restricted our consumer rights, including prohibiting chargebacks. Such a clause, believe, is a violation of my rights and potentially renders the contract null and void.

- **Communication and Support**: We were promised monthly 1-on-1 progress check-ins with key personnel rotating from Lucas Lee-Tyson (the CEO), Ozzie "Blessed" (the COO), and Jordan Marksberry (the CTO), which never materialized beyond the initial calls. So, we never received these promised services.  Additionally, the promised unlimited access via Slack and Zoom was negated when they transitioned from Slack to Moxo, causing us to lose all our data and prior communications within Slack.

**Done-For-You Services**: We experienced multiple breaches:

- **Done-For-You Marketing**: They failed to properly tailor scripts to our needs. Instead of their team handling the filming and editing as promised in all their literature, we had to take on these tasks. The resultant ads have not led to any sales. They even suggested deceptive advertising practices, undermining the integrity of our operations.  **Please see Attachment 4 which shows Growth Cave's Misleading Ad Copy**.  Elusive marketing language, such as a military 'secret' is expressed for the sole purpose of getting clients to click on the ad.  The specific advertisement copy that their copywriters developed was not accurate to support a course that was in-line with my program.  They consistently developed language which promised my potential clients that they could build a 6 to 7-figure business within 30 to 90 days. This is completely unethical, and I was very hesitant to offer this.

- **Done-For-You Sales**: Although they recruited a salesperson, I found the individual not fully trained and I was essentially tasked with the management of the individual, which was contrary to the agreement. This has resulted in zero lead conversions, contrary to their assurances to "convert all your leads into cash in your bank account."

- **Done-For-You Technology**: I faced numerous issues with the technology platform they insisted we utilize. They provided support through their own developers but never were able to get us an "Operations Team Manager, so we never have to deal with another tech headache again." There were numerous tech headaches not fully resolved. When we brought issues up, some of them we were told we had to deal with the issue (like our own personal contacts coming over in our business contacts which we specifically asked them to fix). This caused confusion and difficulty in navigating the technology properly.

- **Done-For-You Client Success**: Due to the inefficiencies in marketing and sales mentioned above, no clients were acquired, making this service redundant and not provided.

**Poirier Exhibit C**

**Appx 00300**

- **Misrepresentation and Unfulfilled Promises**: Despite being promised additional services like a "Bonus 1-1 Hyperscale Marketing Call" and a "Bonus 1-1 CEO Mental Reframing Call", none of these materialized. We never received these services.

- **Legal Guidance**:  On multiple occasions, Growth Cave's team relayed to me that it was in my best interest to **charge a prospective client the cost of my course, $4,800.00, upfront, BEFORE having the clients sign my contract** for my offered program.  I find this completely unethical.

- **Community Removal**: At the end of my term in April 2023, they isolated us from their community, which I believe was to prevent us from sharing our grievances with others. This act further emphasizes their deceptive practices. We were only allowed 1-on-1 communication through messages with them, but not allowed in the community anymore.  **Please see Slack Community Grievances Attachment which outlines some of the frustrations that DFM clients are currently experiencing.**

- **Other's Experiences**: Other clients have faced similar deceit, with numerous complaints lodged on platforms like BBB and Trustpilot since we signed our initial contracts with them. Had we seen this prior, we never would have worked with them. These reviews further validate our experience and underscore the company's pattern of misleading practices. A file is also attached in the submission for your review entitled: **Growth Cave Complaints on BBB**.


**Attempted Resolutions and Current Status**: I attempted to pursue a refund in July 2023, however, based on my experience interacting with other frustrated clients, I elected to pursue 6 chargebacks totaling $12,000 from Chase Business credit card service directly.  (**6 individual charges of $2000.00 were charged to my Business Ink Credit Card ending in** REDACTED **on the following dates: 11/30/22, 12/30/22, 1/30/23, 2/28/23, 3/30/23, 4/30/23).**  I find the contract to be in violation of my rights as it prohibits chargebacks, a fundamental consumer right.

In conclusion, my engagement with Growth Cave has been marked by significant breaches, unfulfilled promises, and practices that are deceitful. Given this detailed account, I strongly believe the chargeback is both justified and warranted. In addition to the explicit breaches of contract and the absence of promised services, I wish to underscore the profound emotional and financial stress this experience has inflicted upon me. While entering into this agreement, we did so with trust and optimism, expecting a partnership that would yield mutual success. Instead, we found ourselves navigating a sea of unfulfilled promises, unclear communication, and mounting financial losses.  Chase Bank should be aware that perhaps dozens more frustrated Growth Cave DFM clients will be seeking chargebacks in the coming weeks and months.

To date, I've incurred the following charges due to my involvement with Growth Cave's various programs:

- Knowledge Business Accelerator: $6,900
- Digital Freedom Mastermind:  $20,000 ACH transfer + $12,000 Credit Card charges


**Poirier Exhibit C**

**Appx 00301**

- Google Ads Spend:  $12,101.81
- Ancillary Support Services:  ~$3,500

Despite having spent over $50,000 during the past 11 months, I have not received a single dollar in revenue as was promised during the aggressive and persuasive sales call.

The continual redirection of our resources towards rectifying these issues has not only resulted in direct financial setbacks but has also taken a significant toll on my team's morale. Our trust was exploited, our time was wasted, and our business was hampered. The emotional drain of feeling deceived, coupled with the financial implications, has been overwhelming, adding a layer of urgency to this dispute. I have provided a letter from a knowledge business program expert, reviews of other customers of Growth Cave, the contract we had which outlined the package we purchased, and the documentation you requested. I eagerly await a resolution in this matter and trust that you will consider the details and the evident discrepancies in the services promised and provided. Thank you for your diligent attention to this matter. I am available for any clarifications or further details you might require. Please let me know if you need anything else.


Sincerely,



Dan Poirier

Owner | Merritt Quest LLC

**Poirier Exhibit C**

**Appx 00302**

## DECLARATION OF REBECCA RIVERA

### Pursuant to 28 U.S.C. § 1746

I, Rebecca Rivera, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18, residing in Winter Haven, Florida.

2. In approximately September 2023, I began seeing ads on platforms like YouTube and Instagram from a company called Growth Cave. One of the ads was of Lucas Lee-Tyson talking about they will train people at their Cashflow Consulting Academy to become Cashflow Consultants, and how many people start off as an Appointment Setter. The opportunity was promoted as something that could be done part-time to earn money on the side while you still worked your regular job. The ads made it all sound very simple.

3. At that time, I was under a lot of stress because my husband was in between jobs. I was looking for a way to supplement what I was earning, so this sounded like a promising opportunity, and it was something I decided to explore.

4. I used the opt-in service in one of the ads to set up a Zoom meeting with Jose Fang, a Growth Cave representative. Before my meeting, I did some digging to try to learn more about the company and the opportunity. I looked at Growth Cave's website and another website for Cashflow Consultants. The sites were impressive and looked very professional. They included statements from people who had gone through the Academy and become Cashflow Consultants saying how great it was. Jose, who I was having my meeting with, was one of them, and there was even an attorney from Atlanta who was a Cashflow Consultant and talked about how great it was. I

**Appx 00303**

was very impressed and thought this could be real and something that I could do, too.

5. When I had my Zoom meeting with Jose, he said that Lucas and Ozzie, who run the company, have a group of clients and as a Cashflow Consultant, you'd be setting up meetings for these clients' new prospects. He said it was basically like what he was doing with me on our Zoom meeting. Jose was very friendly and welcoming. He is from a Latin country (I think Peru), and I have family from the Dominican Republic, so we really connected. Jose told me about his childhood friend who went through the program and is doing so well and making so much money that he is living "like a king" in Peru. Jose also showed me his bank app with his personal bank account balance to prove how much money he was making as a Cashflow Consultant. It was a lot; I remember seeing a figure that had an $80,000 in it. It could have been in the $80,000's, or it could have been in the $180,000's—I can't recall but either way, I remember thinking it was a lot of money. Jose also talked about how experienced Ozzie is. I remember Jose telling me that Ozzie even hypnotized him, and that Ozzie could manipulate people with his words and his hidden commands.

6. Jose said the training was very simple. He said I could make $5,000 in the first month, and that was just the beginning. Jose said that I could go through the training in about a week, and within a week or so after that, Ozzie and Lucas would place me with one of their clients to set appointments.

7. Jose told me that it was $5,000 to get into the Academy. He had me make an $800 downpayment and said I could finance the rest if approved. Jose put an application for financing in while we were in our Zoom meeting and I was approved and obtained financing for the remainder of the fee, $4,200, from a company called Westlake. I took the loan because Jose said that I would be able to pay off the loan after the first month with my earnings.

2

Appx 00304

8.      Jose had me electronically sign a contract with Growth Cave for Cashflow Consulting Academy using DocuSign. I wasn't able to read the contract at the time, but Jose emailed it to me after it was signed.

9.      Shortly after I paid, I received an email to register and enter Growth Cave's portal. There were several modules, an introduction section, and a spot to see where other Growth Cave customers could post their "wins." I remember seeing one "win" that had been posted about a month prior to when I first entered the portal. After that, I don't recall seeing other wins.

10.      I had an introduction call with someone from Growth Cave. She said she wanted to welcome me and could answer any questions I may have. She told me that after I completed each module, I would take and then submit an exam, and if I didn't get an email within 24 hours after I submitted the exam letting me know how I did, I should reach out.

11.      I completed each module and took and passed every test, and by approximately October 2023, I finished the training. However, Growth Cave didn't place me with one of their clients like they promised. Instead, I had a placement call with Alena at Growth Cave. Alena referred me to Facebook groups where I might find people who wanted to hire closers. I was not able to secure a position this way, and in fact, the majority of these individuals informed me that they require an investment. I also reached out to business owners on Instagram who have a following and/or coaching program in the Wealth and Personal Development niches, but I was not able to secure an Appointment Setter position in this way, either.

12.      By November 2023, I emailed Alena to let her know about the difficulty I was having in securing a job. I asked her if I could gain access to Growth Cave's client list in order to obtain an Appointment Setter position with one of their clients. Alena responded that she could not give me that information, and instead provided me with four other "pipelines" to look at that

3

she said had setter opportunities available. They included more Facebook groups, including one called "High Ticket Closing: Sales Jobs For Setters & Closers" and a website called "psychsales.com." I tried to apply for jobs there, too, but never heard back. I thought that it all seemed like a scam. A true and correct copy of my email exchange with Alena is attached as **Exhibit A**.

13. During this time, I could see posts from other Growth Cave customers on the Growth Cave portal. I remember one gentleman who wrote a long post about how upset he was with the program. The woman who did my orientation monitored the conversations, and I remember her responding to him to "please call me."

14. I tried giving it some more time, but I did reach out to Alena again and said I had gone through all of the pages she sent me and there were no opportunities. I told her how I looked at the contract I signed with Growth Cave, and it said that they would provide me with access to clients, which they had not. Alena just shut me down. Since then, every few months, I may see a message on the portal about a supposed "opportunity" for a position, but they are sent out to everyone and are few and far between.

15. I have really been upset by this situation and have tried to put it out of my mind. I am not current on the loan that I took out for this, my credit is messed up, and I am not sure what to do.

16. I have recently been getting emails from Ozzie. The emails talk about setting up a one-on-one call with him, or about different opportunities and ways to make money. Attached as **Exhibit B** are true and accurate copies of a few of the recent emails I received from Ozzie.

17. I finally had enough and decided to file complaints with every consumer protection agency I could think of, including the Federal Trade Commission.

**Appx 00306**

18. On one occasion, I responded to one of Ozzie's emails and showed him that I had filed a complaint, but he still continues to send me emails advertising his programs.

19. I never received any documents from Growth Cave substantiating the earnings claims that Growth Cave made or a document disclosing whether there were legal actions against Growth Cave or listing contact information for prior CCA purchasers. I never received a job like I was promised. Instead, I lost all the money I spent on this, and I am now stuck owing money to a lender.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _August 15_, 2024, in _Winter Haven_, _Florida_.
               Date          City          State

_Rebecca Rivera_

5

# EXHIBIT A

Appx 00308

# REDACTED

From: **Alena Bailey** <alena@growthcave.com>
Date: Fri, Nov 10, 2023 at 5:02 PM
Subject: Re: Outreach Progress & Appointment Setter position- Rebecca Rivera
To: Rebecca Rivera          **REDACTED**

You're welcome! Let me know how those ones go! I think you'll find some good stuff in there :)

On Fri, Nov 10, 2023 at 2:01 PM Rebecca Rivera          **REDACTED**          wrote:
> This is great, thank you so much!

> On Fri, Nov 10, 2023 at 1:58 PM Alena Bailey <alena@growthcave.com> wrote:
>> Hey Rebecca,
>>
>> I cannot give you the list of Growth Cave clients. But I can, however, give you another list of pipelines that you can check out that have setter opportunities available. Please follow their rules so you do not get disqualified :)
>>
>> - High Ticket Closing: Sales Jobs For Setters & Closers (facebook.com)
>> - Nomadic Closer Community (facebook.com)
>> - Notion – The all-in-one workspace for your notes, tasks, wikis, and databases.
>> - Your Next High Ticket Sales Position Awaits (psychsales.com)
>>
>> Best,
>> Alena
>>
>>
>> On Thu, Nov 9, 2023 at 6:17 AM Rebecca Rivera          **REDACTED**          wrote:
>>> Hi Alena,
>>>
>>> I have prepared a letter for you detailing my outreach progress. The link is below:
>>>
>>> https://docs.google.com/document/d/1mjyRNcSXAvpUDmWW3kWvfC6BLvzsrqWj98xL4T2GPw0/edit?usp=sharing
>>>
>>>
>>> Copy of letter:
>>>
>>> Greetings Alena,
>>>
>>> I trust this message finds you well. I am writing to express my sincere interest in securing an Appointment Setter position. As a Cashflow Consultant graduate, I am enthusiastic about the prospect of contributing my skills and experience to a business.
>>>
>>> After our CCA Placement call on October 31, 2023, I reached out to Kelsey O'Neal. I've learned that she does not have any current positions available at this time. Nonetheless, I've provided Kelsey O'Neal with an application for any potential future opportunities.

**Rivera Exhibit A**
**Appx 00309**

I have reached out to the individuals below through Facebook and channels such as high ticket closer. The majority of the individuals have informed me that they require an investment, and I have not secured an Appointment Setter position. If you require the screenshot for every conversation I am happy to provide.

FB- High Ticket Closer

- Ryan Baxter

- Aron Gomez

- Kush Bhattessa

- David Alexis

- Toks Ademola

- Johanna Smith

- Erick Saenz

- Swiser Beati

- Tyrese Baker

- Gail Helen

- Beau Martin

- Rowan Clifford

- William William

- Kaden Elzy

- Chastin Miles

- James Armstrong

-

**Rivera Exhibit A**

**Appx 00310**

Jason Vu

- Shahid Nizam

I have also reached out to the business owners below on Instagram and I have not secured an Appointment Setter position. I reached out to these individuals because they have a following and/ or a coaching program in the Wealth and Personal Development niches.

Instagram outreach
- @itsprincessdior

- @crischico

- @realestatemills

- @itsshanacole

- @ecomrach

- @mariamhoblos_

- @markneutermancoaching

- @juangoldbar

- @stephanienicolerva

- @coachvikramdeol

- @jasonpantana

- @sarahdweaver

- @natybuyshomes

At this time I am experiencing a natural response to these challenges I have encountered. Nonetheless, I have the tenacity to keep going. I understand that this is part of the process and I am committed to the journey in obtaining an Appointment Setter position.

My desire is to secure a position and start making an income in December. At this time I have not made any income. I appreciate your support in this process.

**Rivera Exhibit A**

**Appx 00311**

Is it possible for me to be exposed to your full client list? I understand the sensitive nature of Growth Cave's client list, and I am fully committed to maintaining the confidentiality and proprietary information I may gain access to. To assure you of my dedication to safeguarding confidential data, I am more than willing to sign a Non-Disclosure Agreement (NDA).

I appreciate Growth Cave's consideration of my application for access to the client list in order to obtain an Appointment Setter position. Thank you for your time.

Warm regards,
Rebecca Rivera
Rebecca Rivera

**Rivera Exhibit A**
**Appx 00312**

# EXHIBIT B

Appx 00313

**REDACTED**

From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Tue, Jul 30, 2024 at 4:02 PM
Subject: can i call you later Rebecca?
To: Rebecca          **REDACTED**

Hey Rebecca, are you available tomorrow?

I'm not sure if we've had a chance to talk 1-1 yet.

If you're still wanting to learn how you could replace your income remotely without starting a business, grab a time for us to chat.

Just click here to find a time on my calendar.

Talk soon!

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Rivera Exhibit B**

**Appx 00314**

**REDACTED**

From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Thu, Aug 1, 2024 at 10:23 PM
Subject: this is for you Rebecca
To: Rebecca        **REDACTED**

I had you specifically in mind Rebecca...

Someone asked me how I would do it all over again from zero.

So I sat down with my team and we created a step-by-step breakdown on the one thing that took me from broke to millionaire.

And I thought you might like to see.

Just click here to check it out.

- *Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Rivera Exhibit B**
**Appx 00315**

**REDACTED**

From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Tue, Aug 6, 2024 at 12:22 AM
Subject: highest paying job in a bad economy
To: Rebecca          **REDACTED**

I have to protect myself Rebecca...

When the economy collapsed in 2008, I was homeless.

With a family of 8 to think about, I got back on my feet and made it
my mission to make sure that it would never happen to us again.

So I did the safest thing possible...

I learned one high paying skill that businesses need to survive.

One that pays more even when the economy is down...

*__Click here and I'll show you how you can get paid from it too.__*

*- Ozzie*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Rivera Exhibit B**
**Appx 00316**

**REDACTED**

From: **Ozzie Blessed** <ozzie@apexmind.com>
Date: Wed, Aug 7, 2024 at 11:11 AM
Subject: RE: Our call this afternoon
To: Rebecca    **REDACTED**

Hey Rebecca, are we still on?

If you're still wanting to learn how to replace your income working from home, I've opened a few spots for 1-1 strategy calls.

Just click here to book one.

You'll get a custom 'Career Roadmap' from my team and I'll show you a high demand skillset you can learn to get paid.

Talk soon,

- Ozzie

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205



**Rivera Exhibit B**
**Appx 00317**

## DECLARATION OF CYNTHIA TRAN
### Pursuant to 28 U.S.C. § 1746

I, Cynthia Tran, have personal knowledge of the facts stated below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am a U.S. citizen over the age of 18, residing in Houston, Texas.

2.    One evening in late February 2023, I was on YouTube and I watched a video from Lucas Lee Tyson, who has a company called Growth Cave. I had been looking for a good way to support my family, and in his video, Lucas explained how he had an opportunity that would let people make money through YouTube. Even though Lucas looked young, from what he was saying, it was clear to me that he was already successful, and he looked and sounded genuine.

3.    I watched the entire video, which was about an hour long. In it, Lucas talked about the process he used to make money, and he made it sound like I could make money using the same process. He described his program as an opportunity to earn passive income by launching an online business education course. He talked about a guarantee of making $10,000 a month using his program. The video also included examples of other people who had gone through the program and made a lot of money.

4.    At the end of the video, there was information on how to book a Zoom meeting for more information. I thought my meeting would be with Lucas, but it turned out to be with Tony Ton, who works for Growth Cave.

5.    Before my scheduled Zoom call, I received emails from Lucas and Growth Cave. Most were form emails and included links to more videos to watch about Growth Cave's program. I watched some of the videos, which said the same types of things about making a lot of money quickly as the other

Appx 00318

video I had watched. True and correct copies of some of the emails (with my email address redacted) are attached as **Exhibit A**.

6.      On approximately March 4, 2023, I had a Zoom call with Growth Cave. I talked for about an hour to Tony, who said he works closely with Lucas. He described Lucas as a genius. He told me that all I needed to complete the program, called **Knowledge Business Accelerator** (KBA), is to go through Growth Cave's training modules. He said that Growth Cave provides a lot of coaching during the program, so there is always help and support, and there is a community of others going through the program. He said that the foundation is already there for me.

7.      I had a lot of questions and Tony answered all of them. We talked about different things I was passionate about, and how I could turn those interests into making money using videos. He asked me about my ideas for a course, and I questioned him about this because I wondered what if my idea didn't work—because if it didn't work, how would I be able to sell my program. I explained that my ideas for a program are all scattered. He told me that the coaches are all there for me and that there are different templates and documents and spreadsheets that detail everything for me. He made it sound like I would get a lot of support from Growth Cave and would not have a problem following the KBA program and being successful. I asked if he had gone through the KBA program. He said he had been part of a different program from Lucas called Productized Profits.

8.      Tony guaranteed me that I would earn $10,000 a month, and if I don't earn that in the first month, then they would work with me until I do. I asked about a refund, and he said that after I go through the course and try it out, if I still want a refund then I could get one. From all that he said, I understood that I could get through the KBA training in one month, since they promised I would make $10,000 in the first month, and if I was not happy,

2

Growth Cave would either continue working with me or at that point, I could get a refund.

9.    Tony gave me information on what to expect with the program, and explained how there were different modules, and I would go through each one. He sounded like he had a presentation he was giving and was reading from a script.

10.    Tony pressured me to sign up for KBA while we were on the phone. The cost was $6,800, but based on what Tony said, I understood that I would earn $10,000 every month, including the first month, so the program would pay for itself and there would not be any risk. Even though it all sounded very promising, I was still skeptical, so I asked Tony if we could have a second meeting. I wanted to have my sister on the Zoom call with me, and Tony agreed.

11.    About a week later, I had the second Zoom call with Tony, and my sister was also on the call. Like the first call, this call lasted for about an hour. Tony talked about the program, but it was more of a summary of what he had told me on the first call. He was still very friendly and accommodating, and it was clear that he considers Lucas a role model. He was motivating, and he addressed the doubts I had.

12.    At this point, I agreed to purchase KBA but did not have the funds to pay for it. Tony said there would be a discount and I could finance the payment, and he filled out an application for me while we were in the Zoom meeting. He said the monthly charges would be easily payable. Because he said I could simply pay in installments and never outright said I'd be getting "loaned" into it, I was under the impression that the financing was going to directly through Growth Cave instead of a third party. Growth Cave made the process "quick and easy." They checked my credit score and got a quick approval on my behalf while we were on the Zoom call. Tony never took the

3

time to go over any of the financial documents with me. Later that same day, I received emails about financing and ended up getting approved for a bank loan for $6,800.

13.  I used DocuSign to electronically sign my name to a contract for KBA. I was emailed a copy of the agreement after the call—that was the first time I really had an opportunity to see it. A true and correct copy of the agreement is attached as **Exhibit B**.

14.  After I signed up, I was given access to the KBA training modules. There was so much content that there was no way I could get through all of it in a month. This initial stage was referred to by Growth Cave as "onboarding." I found that Growth Cave would keep parts of the onboarding training locked until you reached certain parts in the video training modules. During this time, I would reach out to the coaches, but it would take about 24 hours for them to get back to me. When I did talk to the coaches, I had questions and they couldn't really answer them. They would just ask me what I wanted to do, so it wasn't really coaching at all. With all this delay, there was no way I could get everything done in a month and make the money I was promised.

15.  While I was trying to get through the KBA program, there was an announcement in Growth Cave's online portal for a new program called **Digital Freedom Mastermind** (DFM) that they were just starting and introducing to a select few to onboard and work personally with Lucas and his team. They said this was a special opportunity and they didn't know if it would happen again. They only wanted really serious people who wanted to become successful and grow a company.

16.  I watched a long, very elaborate video about the DFM program. It was Lucas and his partner, Ozzie Blessed, talking for over an hour and it was very detailed. It was recorded with an audience asking Lucas and Ozzie

4

questions about the program. It was persuasive because I could see what others were asking. Like KBA, with DFM I would be making money by selling a course, but I understood that with DFM, I could make even more than $10,000 a month working directly and closely with Lucas and Ozzie. They said this is a program where they would do it all for me. It was very selective, and they were only accepting about 30 people to join. After watching the video, I received emails from Growth Cave about the DFM program.

17.    In mid-March 2023, I spoke with Growth Cave and joined the DFM program. I decided to go ahead with it because I was having trouble getting through the KBA program, and I liked the idea of access to Lucas and Ozzie. I also liked that it was selective and that I would be earning much more than $10,000 a month.

18.    A true and correct copy of my agreement with Growth Cave for the DFM program is attached as **Exhibit C**. The DFM program was $30,000. Like with KBA, I needed financing, and Growth Cave helped me obtain a loan from Thread Bank for the $30,000.

19.    After joining DFM, I spoke with Lucas. I asked him what he thought would be a good idea for my digital education course. I had some ideas, but nothing was set in stone yet. Lucas told me that it would be something that I have a passion for. We spoke for about 15 minutes, and then we never spoke again.

20.    I also spoke to Ozzie very briefly, about a week after I spoke to Lucas. Ozzie was at least 15 or 20 minutes late for our scheduled Zoom meeting. He said it was because he cares about his clients and spends a long time with them. He asked me what my sales pitch is, and I told him I didn't know yet, I had just started. He kept asking me questions and I told him I was just at the beginning of the program. He said we would touch base again, maybe at the end of the month. But every time I messaged in the Growth Cave

5

portal asking about my next call with Ozzie, no one gave me a link to schedule a call and they avoided the topic. I never had a second call with Ozzie.

21. I decided on a course about eczema and how to treat it. I received a document from Growth Cave on next steps, and I tried to go through the process, but it was difficult and I was not getting the support I was promised. I needed to have a script and create ads, which I was not very comfortable with. I also needed to film myself, but I was not comfortable being on camera. Before I joined DFM, Growth Cave said they would do all of this for me, but they did not.

22. Growth Cave told me not to create my course yet; they said to advertise it first. I asked Growth Cave how I could advertise a course that I did not yet have, and they said I needed people to click through my "sales funnel." Growth Cave did set up a website, and the idea was that a consumer would see the ad and then I would sell them the course. I didn't understand this because I wouldn't have time to create a course if someone called it to purchase it.

23. I did what Growth Cave told me to and ran Google ads through YouTube for my course. I thought Growth Cave would pay for the ads and run them for me, but they did not, so I paid about $100-$200 a week to run the ads for about a month. I had to put these costs on different credit cards to pay for them.

24. Growth Cave tried to get me to change my course idea because they said it was "niche" and that my ads were not working. They told me to do acne instead and that I needed to bring "shock value" to my ads and course. But I told them I don't know how to teach about acne, and I don't want to lie about my course.

25. I was worried about confronting Growth Cave about the problems I was having with them because I was hearing from others in the Growth Cave community that Growth Cave was disbanding chats in their online portal when

6

other customers complained. Another Growth Cave customer set up a separate chat that Growth Cave did not control. Based on what I read from others in that chat, I learned that no one had success with their ads or got any clients for their courses.

26.    I kept trying to follow the program as best I could. The program was costing me money monthly, but no money was coming in. I never received a response from anyone who saw my ad and was interested in my course.

27.    During this time, I quit my job and moved to Texas, where Growth Cave was located. I thought that doing so would allow me to focus in on making my program work.

28.    By June 2023, I was not making any money with my program and I was desperate for work. I had previously received an email from Growth Cave about a third program they were offering called **Cashflow Consultants** (Cashflow). The email said that Cashflow Consultants "make upwards of $7.5k/month." A true and correct copy of the email I received (with my personal information redacted) is attached as **Exhibit D**.

29.    I followed up on the Cashflow opportunity and spoke with someone named Jonathan Batte. He promised that I would have a job after going through the Cashflow training—the job was guaranteed. They would train me on how to be an appointment setter for other businesses, and I would make money within the first month. Jonathan was very persuasive. He said that when he joined, he was in a different program but is sticking with Cashflow. He said since joining, he has been able to provide for his family. He also talked about how much becoming a Cashflow Consultant has changed his life with Growth Cave. It sounded so good and I was desperate for a job. Therefore, in June 2023, I signed up with Cashflow. I made three payments for the program and I put them on my credit card. I thought it was going to be $4,800, but they ended up charging me $5,100. I felt blindsided, but I also felt like I didn't have

7

a choice because I needed to make money. A true and correct copy of my agreement with Growth Cave for Cashflow is attached as **Exhibit E**.

30.    I followed the Cashflow program. I had to watch a number of videos and at the end of each, there was a test. I had to get a 100% on the test to move to the next module. I was very committed and studied hard because I needed to get through the course to start making money. It seemed like the test—based on its wording and how specific the questions were—was designed so that you would fail. The program also required me to read a book called The Game of Life and How to Play it. It had to do with controlling your situation and mindset.

31.    I got through the program in approximately one or two months. Once I finished the course, I was able to see job postings in Growth Cave's online portal. I also had a Zoom meeting with Alena Bailey who worked at Growth Cave. She connected me with a woman named Dana who was looking for help. I interviewed with Dana in early September 2023, and she hired me the next day. I saw that Dana was using Growth Cave's GrowthBox software to set appointments. I was familiar with GrowthBox from my time in KBA and DFM, so I realized that Dana was probably one of Growth Cave's customers. Dana said she needed someone to help her grow her business by, for example, doing outreaches and helping her with scripts to obtain more customers. This is not what I wanted; I was supposed to have a guaranteed job making thousands of dollars each week just setting appointments. I tried to help find clients for Dana, but no one signed up to purchase her program. I was never paid for my help. It seemed like we were in a loop; Dana wasn't making money on her end with her Growth Cave product so I made no money on my end. By mid-November of 2023, I told Dana I was quitting.

32.    I never received any documents from Growth Cave with information substantiating the earnings and profits claims they made for KBA,

8

**Appx 00325**

DFM, and Cashflow. I also never received a document from Growth Cave telling me whether the company has been subject to legal action or listing consumers who purchased their services. I made no money with KBA, DFM, or Cashflow.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _July 13_, 2024, in _Houston_____, _Tx___.
          Date                  City                 State

_Cynthia Tran_
Cynthia Tran

9

Appx 00326

# EXHIBIT A

**Appx 00327**

**[Important] We have you on our calendar, what's next?**

Lucas Lee-Tyson <trainingwithlucas@growthcave.com>
Tue 2/28/2023 7:22 AM

To:Cynthia <    **REDACTED**    >

Hey Cynthia,

Lucas from Growth Cave here. Just wanted to reach out and congratulate you for booking a call with us to discuss launching your own online Knowledge Business to create real freedom in your life.

**Before your call, please review this overview video I recorded here: https://go.growthcave.com/kba-homework.**

Hunter from our team will be reaching out via text message prior to your call, to make sure you have watched it. **You MUST respond to Hunter's message** *(he will be texting you from a 323 area code)***, or else he will cancel your call.** If you need to pick a new time/date he can help you do that.

We are excited to talk to you about building your online Knowledge Business. No matter what stage of business you're at, you can absolutely see incredible results using our proven system for growth.

**A few things to keep in mind:**

**#1.** Please go to this page and watch the case study video BEFORE your call with our team. It is important that you are fully up-to-speed on everything before we chat.

**#2.** When Hunter reaches out to you via text, PLEASE RESPOND! We like to get to know you and your business a bit before our call so we can make the best use of your time.

**#3**. Please show up to your call in a quiet place ready to take notes, because we will as well. We take our clients and their

**Tran Exhibit A
Appx 00328**

success seriously, so let's start off on the right foot.

**#4**. To work 1-on-1 with us (totally up to you if you wish to do that), there is obviously an investment involved. Like anything in life, skin in the game is vital to actually succeeding. To date, we have not had a SINGLE CLIENT who takes action not get a positive return from working with us, and it's possible because of the level of commitment we have to our clients' success.

**#5**. Lastly, expect a few more emails from me over the next couple of days. Each email is important, so if you're serious about this I ask that you open and read them. Be sure to check your spam/junk/promotions folder for them.

That's all for today! We are excited to show and prove to you that an online Knowledge Business is the best path to true freedom in your life.

Talk soon,

*-Lucas*

**P.S.** As always, you can respond back to this email with any prior questions you might have. I will personally respond back to you ASAP :)

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Tran Exhibit A**
**Appx 00329**

## $41,000 walked in the door

Lucas Lee-Tyson <trainingwithlucas@growthcave.com>
Thu 3/2/2023 1:15 PM

To:Cynthia <    **REDACTED**    >

Hey Cynthia,

Andrew's off the hook, and in more ways than one.

He's off the J.O.B. "hook" where his boss treats him like dirt and gets nasty for walking in the door 5 minutes late...

And he's off the "low income" hook, too.

Because he cranked out over $50k in sales inside of 24 days.

You can see $41k of that here:



That's a look inside his Stripe account (the payment platform every online business uses).

Anyway, he did it all on YouTube.

Without making YouTube Videos!

And now, his life will never be the same.

You can see more about what Andrew's accomplished if you click here.

**Tran Exhibit A**
**Appx 00330**

Case 2:25-cv-01115-DOC-RAO     Document 5     Filed 02/10/25     Page 334 of 360   Page
ID #:501

For all I know, you'll be the next one looking at a Stripe account like that.

*-Lucas*

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Tran Exhibit A**
**Appx 00331**

## NEW loophole to make money on YouTube...

Lucas Lee-Tyson <trainingwithlucas@growthcave.com>
Sat 3/4/2023 1:16 PM
To:Cynthia <     **REDACTED**     >

Hey Cynthia,

Did you know that YouTube was the ONLY social media platform that actually GREW during all the craziness in 2020?

It's true... **YouTube is one of the only recession-proof business models that exists in 2023.**

A lot of people **mistakenly** think that the only way to make money from YouTube is by trying to become a "YouTuber" aka someone who spends 8-12 hours a day creating & editing videos, while trying to build a following from scratch.

This was true until 2 years ago... when I stumbled upon a **NEW loophole to make money from the massive platform of YouTube** WITHOUT constantly making videos and without needing to grow your own following.

The way this model works is by tapping into **"under-monetized"** audiences that have already been **built FOR us** on YouTube, and using them to make a full-time income in as little as 24 hours.

I just published a free YouTube video that breaks down the entire process from start to finish.

**Check it out here:**

**Tran Exhibit A**
**Appx 00332**



To your success,

*-Lucas*

**P.S.** If you're looking a recession-proof business model that you can start seeing results with in as little as 24 hours, check out the free video here: Click here.

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Tran Exhibit A**
**Appx 00333**

# EXHIBIT B

**Appx 00334**

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B

# Growth Cave Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Knowledge Business Accelerator Program is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Growth Cave and the Knowledge Business Accelerator program, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Scale-Ready Offer™
- Automated Customer Acquisition™
- Knowledge Business Systems & Scaling™
- Knowledge Business Accelerator Training Modules™
- Done-For-You YouTube Ad Campaign Setup + Targeting
- Personal Consulting/Coaching From Lucas Lee-Tyson and team at Growth Cave

I _Cynthia Tran_____understand and agree that by committing to becoming a member of the Knowledge Business Accelerator Partnership Program that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

Signature: _Cynthia Tran_____ Date: _3/4/2023_____

## TERMS AND CONDITIONS

The following Terms and Conditions sets forth the legally binding terms between you and Growth Cave, LLC for your purchase of Growth Cave, LLC GrowthCave.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Tran Exhibit B**
**Appx 00335**

Case 2:25-cv-01115-DOC-RAO      Document 5      Filed 02/10/25      Page 339 of 360    Page ID #:506

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services and Content. Your use of the Growth Cave members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Growth Cave may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Growth Cave's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.** _____ *CT*_____
Your Initials

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained

**Tran Exhibit B**
**Appx 00336**

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B

on or obtained from or through the Services or Content. Further, you agree not to circumvent, remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, GROWTH CAVE DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, GROWTH CAVE MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Growth Cave makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Growth Cave assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**$10,000 Profit Guarantee.** Subject to the Earnings Disclaimer, below, The Knowledge Business Accelerator Program is backed up by a "$10,000 Profit Guarantee". Under this guarantee, Growth Cave guarantees to work with clients 1-on-1 until they have made a minimum of $10,000 net profit AFTER their investment into the program, under the assumption that the client is following the strategies & guidance provided by Growth Cave in the program. If at any point a client is found to be off-track with the roadmap we have laid out for them, it is our duty to assist them with getting back on track and hitting their first $10,000 profit ASAP.

**Tran Exhibit B**

**Appx 00337**

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to future events. If you cannot attend an event you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Growth Cave may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Growth Cave you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

**Tran Exhibit B**
**Appx 00338**

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B es; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Growth Cave. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting,

**Tran Exhibit B**
**Appx 00339**

Firefox
about:blank

DocuSign Envelope ID: E9BC9971-AE2D-46EF-9989-806C6EBFDB4B ··cense or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I __Cynthia Tran_____understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Knowledge Business Accelerator. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

DocuSigned by:

Signature: *Cynthia Tran*_____ Date: 3/4/2023
8C3FA224FD394C3...

**Tran Exhibit B**
**Appx 00340**

# EXHIBIT C

# DFM Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Digital Freedom Mastermind for the next 6 months is a brilliant decision. This program is an incredibly valuable source of support!

Over the next 6 months, as a client of Growth Cave and the Digital Freedom Mastermind, you will receive the following:

- 1-1 Onboarding Call with Lucas to go over your offer, marketing, messaging and find any instant "profit holes" we can plug in your business, as well as map out your roadmap for the first 6 months in the mastermind.

- 1-1 Mindset Call with Ozzie to identify your limiting beliefs, financial thermostat, fears, and doubts that might be causing you self sabotage yourself from success, as well as get clear on your vision for your business.

- 1-1 Tech Call with Jordan to set up automations in your business and ensure everything is set up to run like a well oiled machine no matter whether you're making $1k or $100k per month.

  - **BONUS:** Clients get their subscription to GrowthBox.ai for FREE while they're in the mastermind.

- Monthly 1-1 "Progress Check-In" Call with Lucas, Ozzie, and Jordan (rotating).

- Unlimited Slack & Zoom Access to Lucas, Ozzie, and the executive team here at Growth Cave to map out your business strategy.

- Access to our entire Done-For-You services department here at Growth Cave

- Weekly group calls with other Digital Freedom Mastermind clients

- Private, mastermind only Slack community with quarterly events (virtual & in-person)

I __Cynthia Tran_____ understand and agree that by committing to becoming a member of the Digital Freedom Mastermind Partnership Program that I have access to all of the above. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable.

Signature: _____*Cynthia Tran*_____ (DocuSigned by: 8C3FA224FD394C3…)    _____    Date: ____3/18/2023_____

**Terms and Conditions of Sale** This Agreement sets forth the legally binding terms for your purchase of Growth Cave, LLC GrowthCave.com products and/or services indicated on your order form or explained to you by your enrollment advisor.

**Tran Exhibit C**
**Appx 00342**

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor. You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Growth Cave is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of Services. If after 14 days from a missed payment you have not made arrangements with Growth Cave to make up the payment, your Services will be canceled and no fees will be refunded. Growth Cave, LLC does not guarantee any specific results from use of the Services. Growth Cave makes no representations or warranties as to specific outcomes or results. Unfortunately, Growth Cave cannot guarantee that you will become or remain happy, rich, healthy, or successful.

**Refund Policy.** All enrollments into the Digital Freedom Mastermind are non-refundable. **I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Growth Cave, LLC.**

**Duty to Read.** I accept that under this agreement I have a duty to read this refund policy given to me and have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Growth Cave, LLC.

**Term.** This Agreement will stay in force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Growth Cave terminating the Agreement prior to the end of the term, and discontinuing your access to Growth Cave Services. Your use of the Growth Cave members' website(s) or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Earnings Disclaimer.** Growth Cave cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Growth Cave cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. It should be clear to you that by law Growth Cave offers no professional legal, medical, psychological or financial advice.

**Events.** If Growth Cave cancels a live on-site event, Growth Cave will apply your payment to

**Tran Exhibit C**
**Appx 00343**

DocuSign Envelope ID: A362503A-AC11-4E82-908B-9B591A694D23

you have paid for, Growth Cave will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Growth Cave to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Growth Cave and I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Growth Cave owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Assignment.** You may not, without the prior written consent of Growth Cave, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Growth Cave rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Growth Cave.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Massachusetts without regard to or application of choice-of-law rules or principles.

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement shall act as a waiver of subsequent breaches; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force

**Tran Exhibit C**
**Appx 00344**

DocuSign Envelope ID: A3C2503A-AC11-4E82-908B-9B591A694D23

...jormance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Growth Cave; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Growth Cave are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, GROWTH CAVE'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO GROWTH CAVE FOR SERVICES.

**Intellectual Property.** The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Growth Cave. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Growth Cave. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Growth Cave and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Growth Cave website(s) should be construed as granting, by implication, estoppel, or otherwise, any license or right to use any Trademark displayed on the website without the written permission of Growth Cave or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Growth Cave permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute

**Tran Exhibit C**
**Appx 00345**

of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Massachusetts, county of Suffolk. Either Growth Cave or you may demand that any dispute between you and Growth Cave about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) in Boston, Massachusetts, USA. The foregoing shall not prevent Growth Cave from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Growth Cave, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Growth Cave to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing lucas@growthcave.com

**ACCEPTANCE:**

I _____Cynthia Tran_____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Digital Freedom Mastermind. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

DocuSigned by:

Signature: _____ *Cynthia Tran* _____ Date: ____3/18/2023____
8C3FA224FD394C3...

**Tran Exhibit C**
**Appx 00346**

# EXHIBIT D

Appx 00347

Re: Need your phone number

Lucas Lee-Tyson <lucas@growthcave.com>
Thu 4/20/2023 3:57 PM
To:Cynthia - <    **REDACTED**    >

Hey Cynthia,

We have a few of our KBA Clients that have joined our CCA Offer too but there is definitely no rush for you :)

 This course is an investment of $4800 USD or a minimum of $1500 to get started.

You're welcome to jump on a call with one of our Advisors so you have a better idea of how it works (or share the link): https://www.ozzieblessed.com/cca-apply

On Thu, Apr 20, 2023 at 21:47:17, Cynthia - <    **REDACTED**    > wrote:

> Hello Lucas,
>
>
> Thank you for reaching out to me about this opportunity. I am definitely interested in learning more, but I have a concern. As you may know, I am already enrolled in the KBA and DFM programs at the beginning stages (I'm about 1 month in), and I'm concerned that this opportunity may require another upfront cost. I also do not wish to overwhelm myself since I have not made any profits at this time with my current 9-6 job. However, I am doing the utmost that I can while working with your DFM team and undergoing all the training modules. 🙂
>
>
> Can you please provide me with more information about the costs associated with becoming a "Cashflow Consultant"?  I might even consider this offer another time or possibly introduce this offer to a family member that might need it most.
>
>
> I would appreciate it if you could also provide me with more details about the responsibilities and time commitment required for this opportunity.
>
>
> Thank you!
>
>
> Kind Regards,
>
> Cynthia Tran

**Tran Exhibit D**

**Appx 00348**

**From:** Lucas Lee-Tyson <lucas@growthcave.com>
**Sent:** Thursday, April 20, 2023 12:15 PM
**To:** Cynthia <     **REDACTED**     >
**Subject:** Need your phone number

Hey Cynthia,

I'm gonna need your phone number...

See, I've got businesses all over the world that **need** you to answer their calls...

In exchange, they'll pay you a ton of money.

Like a lot.

But I need your number to make that happen.

And with your number, you'll become what I like to call a "Cashflow Consultant."

"Cashflow Consultants" make upwards of $7.5k/month... just for picking up their phones and talking.

Even my friend Ozzie did it while raising 7 kids.

So it's not like cashflow consulting even takes that much time.

Such is the way of a simple phone call.

I asked Ozzie all about how he became a "Cashflow Consultant," and recorded the conversation.

You can watch it right here: https://www.ozzieblessed.com/cca-vsl

-Lucas

P.S. Watch the video first, then you'll know where to send your number, thanks.

Unsubscribe | Update your profile | 113 Cherry St #92768, Seattle, WA 98104-2205

**Tran Exhibit D**
**Appx 00349**

**Tran Exhibit D**

**Appx 00350**

# EXHIBIT E

# CCA Client Agreement

First off, I want to say… WELCOME! Committing to becoming a member of our Cashflow Consulting Academy is a brilliant decision. This program is an incredibly valuable source of support!

As a client of Ozzie Blessed and the Cashflow Consulting Academy, you will receive access to the following, which shall be collectively referred to herein as the "Content":

- Cashflow Consultant Academy Training (Texting & Calling Modules)
- Job Placement With 1 Of Our Business Owner Clients Upon Graduating From The Academy
- Ongoing Job Performance Training In Your First Role

I _____*Cynthia Tran*_____ understand and agree that by committing to becoming a member of the Cashflow Consulting Academy that I have been granted access to all of the above Content. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand all payments are non-refundable. I understand that my access to the Content is governed by the following Terms and Conditions and that these Terms and Conditions contain certain restrictive covenants, including a duty not to share my login information and not to publicly disclose, in any manner, any of the Content.

I accept that under this Agreement I have a duty to read and understand the following Terms and Conditions and that I have done so. I attest to this duty and sign on the contract to execute this document. Furthermore, I understand and accept that I am stopped from using lack of reading as a defense against all remedies so contained herein. Please note that your credit card statement should reflect a purchase from Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed.

Signature: _____*Cynthia Tran*_____    Date: ____6/29/2023____

## TERMS AND CONDITIONS

The following  Terms and Conditions sets forth the legally binding terms between you and Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed for your purchase of Cashflow Consulting Academy OzzieBlessed.com Content, products and/or services indicated on your order form or explained to you by your enrollment advisor.

**The Services.** Your purchase may include different components, including ebooks, videos, audio tracks, CDs, DVDs, manuals, self-study programs, webinars, coaching, masterminding, training courses, live events, workshops, and/or other products and services, as indicated on your order form or explained to you by your enrollment advisor.

**Non-Disclosure of Login.** You agree not to share login information, call-in numbers, passwords, and protected links with anyone.

**Term.** This Agreement begins upon the earlier of (1) your access to the Content or (2) payment for the Services and access to the Content. This Agreement will stay in full force and effect until the end of the term indicated on your order form or as explained to you by your enrollment advisor. Failure to pay required fees may result in Ozzie Blessed terminating the Agreement prior to the end of the term, and discontinuing your access to Ozzie Blessed Services and Content. Your use of the Ozzie Blessed members' website(s), Content or Services after your termination may extend the term of this Agreement and may cause you to incur additional fees.

**Payment.** Actual payment terms may vary, and will be indicated on your order form or be explained to you by your enrollment advisor. You agree to pay the purchase price and not to cancel this transaction with your bank or credit card company. Ozzie Blessed is not responsible for any overdraft charges, over limit charges, or NSF fees by your bank or credit card company. Fees for Services may be pre-paid. Missed payments may result in suspension or termination of services or access to the Content. If after 14 days from a missed payment you have not made arrangements with Ozzie Blessed to make up the payment, your Services will be canceled, access to the Content shall be revoked and no fees will be refunded.

**No Refunds.** After your onboarding, payments are nonrefundable. At any time, and for any reason, Ozzie Blessed may provide a refund, discount, or other consideration. The amount and form of such credits, and the decision to provide them, are at Ozzie Blessed's sole and absolute discretion. The provision of credits in one instance does not entitle you to credits in the future for similar instances, nor does it obligate us to provide credits in the future, under any circumstance.

**I agree all sales are final after purchase & I agree I will not contact my credit card company and any issues will be handled directly with Ozzie Blessed and Growth Cave, LLC DBA Ozzie Blessed. _____**

**Your Initials** [DS] *Ĺ↑*

**Limited License.** Pursuant to this Agreement, and subject to your compliance with this Agreement, we hereby grant you a limited, non-exclusive, non-transferable right to access the Content and to use the Services. Except for the foregoing, no right, title or interest is being or shall be transferred to you. You agree not to use the Services or Content for public performances.

**Representations and Warranties.** You hereby represent and warrant the following:

(a) You are at least 18 years of age and have the legal capacity and authority to bind yourself to this Agreement;

(b) You are accessing and using the Services and Content for your personal use only. You have not and shall not shared your access to the Services or Content to anyone else.

(c) You agree not archive, download, reproduce, distribute, modify, display, perform, license, create derivative works from, offer for sale, or use content and information contained on or obtained from or through the Services or Content. Further, you agree not to use content,

Tran Exhibit E
Appx 00353

remove, alter, deactivate, degrade, block, obscure or thwart any of the content protections or other elements of the Services of Content, including copyright notices, and trademarks. You shall not use any robot, spider, scraper or other automated means to access the Services or Content.

**Disclaimer of Liabilities; No Representations or Warranties.** Unfortunately, Ozzie Blessed cannot guarantee that you will become or remain happy, rich, healthy, or successful. Except as explicitly stated below, Ozzie Blessed and Growth Cave, LLC dba Ozzie Blessed does not guarantee any specific results from use of the Services. Ozzie Blessed makes no representations or warranties as to specific outcomes or results.

THE SERVICES, THE CONTENT, AND ANY OTHER INFORMATION AND MATERIALS MADE AVAILABLE IN CONJUNCTION WITH OR THROUGH THE SERVICES ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WHEN AVAILABLE" WITHOUT WARRANTIES OF ANY KIND. TO THE FULLEST EXTENT PERMISSIBLE BY LAW, OZZIE BLESSED DISCLAIMS ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPLIANCE WITH LAWS, CORRECTNESS, ACCURACY, AND RELIABILITY. WITHOUT LIMITING THE FOREGOING, OZZIE BLESSED MAKES NO REPRESENTATION OR WARRANTY THAT USE OF THE SERVICES AND THE CONTENT WILL BE UNINTERRUPTED, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

Without limiting the generality of the foregoing, Ozzie Blessed makes no warranty or representation as to the completeness or accuracy of the information provided through the Services and Content. To the maximum extent permissible under law, Ozzie Blessed assumes no liability or responsibility for any errors or omissions in the Services or Content. You agree that any reliance upon any Content or information distributed through or accessed the Services is at your sole risk.

**Tran Exhibit E**

**Appx 00354**

**Earnings Disclaimer.** Ozzie Blessed cannot and does not guarantee or promise any level of earnings within a specific timeframe. Obviously, your level of success and timeline in obtaining results is dependent upon a number of factors including your skill, knowledge, ability, dedication, business savvy, network, and financial situation, to name a few. Because these factors differ among clients, Ozzie Blessed cannot and does not guarantee your success, income level, or ability to earn revenue within a specific timeframe. While we promise to work with you until you have hit a minimum of $10,000 profit, you alone are responsible for your actions and results in life and your business. It should be clear to you that by law Ozzie Blessed offers no professional legal, medical, psychological or financial advice.

**Events.** If Ozzie Blessed cancels a live on-site event, Ozzie Blessed will apply your payment to future events. If you cannot attend an event you have paid for, Ozzie Blessed will allow you to apply your payment to future events, but will not refund the money in cash.

**Audio/Video Release.** I authorize Ozzie Blessed to use my story as a testimonial and further agree to allow the use of my voice, photo, and likeness captured in any programs via photograph, audio or video, using any technology known or unknown, to be used for future products and/or marketing without compensation to me. I waive any right I may have to inspect and/or approve any photographs, audio, or video of myself. I understand and agree that all recordings of testimonials (if provided by you, the client) are exclusive rights of Ozzie Blessedand I do not ask for or expect compensation for the use of the recordings or photographs in which I appear or speak. Ozzie Blessed owns all rights to any audio, video, and/or photographs for testimonials captured during the performance of this agreement.

**Relationship.** Nothing contained in this Agreement shall be construed to (i) give either party the power to direct and control the day-to-day activities of the other; (ii) deem the parties to be acting as partners, joint venturers, co-owners or otherwise as participants in a joint undertaking; or (iii) allow either party to create or assume any obligation on behalf of the other party for any purpose whatsoever.

**Termination.** Ozzie Blessed may terminate this Agreement and your right to use the Services and Content at any time and for any reason without notice. Upon termination Ozzie Blessed you may no longer access or use the Content or Services.

**Assignment.** You may not, without the prior written consent of Ozzie Blessed, assign this Agreement, in whole or in part, either voluntarily or by operation of law, and any attempt to do so shall be a material default of this Agreement and shall be void. Ozzie Blessed rights and obligations, in whole or in part, under this Agreement may be assigned or transferred by Ozzie Blessed.

**Third Party Beneficiaries.** This Agreement is solely for the benefit of the parties and their successors and permitted assigns, and does not confer any rights or remedies on any other person or entity.

**Governing Law.** This Agreement shall be interpreted according to the laws of the State of Texas without regard to or application of choice-of-law rules or principles.

**Tran Exhibit E**

**Waiver.** No failure of either party to exercise or enforce any of its rights under this Agreement

Appx 00355

...es; and the waiver of any breach shall not act as a waiver of subsequent breaches.

**Severability.** In the event any provision of this Agreement is held by a court of other tribunal of competent jurisdiction to be unenforceable, that provision will be enforced to the maximum extent permissible under applicable law, and the other provisions of this Agreement will remain in full force and effect. The parties further agree that in the event such provision is an essential part of this Agreement, they begin negotiations for a suitable replacement provision.

**Force Majeure.** If either party is prevented from performing any of its obligations under this Agreement due to any cause beyond the party's reasonable control, including, without limitation, an act of God, fire, flood, explosion, war, strike, embargo, government regulation, civil or military authority, acts or omissions of carriers, transmitters, providers, vandals, or hackers (a "force majeure event") the time for that party's performance will be extended for the period of the delay or inability to perform due to such occurrence; provided, however, that You will not be excused from the payment of any sums of money owed by you to Ozzie Blessed; and provided further, however, that if a party suffering a force majeure event is unable to cure that event within thirty (30) days, the other party may terminate this Agreement.

**Construction.** This Agreement shall be construed and interpreted fairly, in accordance with the plain meaning of its terms, and there shall be no presumption or inference against the party drafting this Agreement in construing or interpreting the provisions hereof.

**Remedies.** Except as provided herein, the rights and remedies of Ozzie Blessed are set forth in this Agreement are not exclusive and are in addition to any other rights and remedies available to it at law or in equity.

**Binding Effect.** This Agreement shall be binding upon and shall insure to the benefit of the respective parties hereto, their respective successors-in-interest, legal representatives, heirs and assigns.

**Damage Waiver.** IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL OR OTHER SIMILAR DAMAGES, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR EXEMPLARY OR PUNITIVE DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, OZZIE BLESSEDS' LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT ACTUALLY PAID, IF ANY, BY YOU TO OZZIE BLESSED FOR SERVICES.

**Intellectual Property.** All Services and Content are owned or licensed by Ozzie Blessed. Nothing in this Agreement grants you with any right, title or interest in or to the Services or Content. The materials provided to you upon purchase are copyrighted and may not be reproduced in any form, or by any means, without the express written permission of Ozzie Blessed. You may not reproduce, republish, display, perform, distribute, modify, transmit, reuse, re-post or use the content of the materials for public or commercial purposes without the express written permission of Ozzie Blessed. The trademarks, logos and service marks (collectively the "Trademarks") displayed on the materials are registered and unregistered Trademarks of Ozzie Blessed and other third parties that have authorized the use of such Trademarks. Nothing contained in the materials or on the Ozzie Blessed website(s) should be

Tran Exhibit E

Appx 00356

Trademark displayed on the website without the written permission of Ozzie Blessed or the appropriate third party. Your use of the Trademarks displayed on the materials, or any other content on the website, except as provided in these terms and conditions, is strictly prohibited.

**Opt In.** Providing the information on the other side of this form gives Ozzie Blessed permission to communicate with you by email, Slack, Facebook, or phone to relay special offers, announcements and information.

**Disputes.** If there is any dispute about or involving the Services, you agree that the dispute shall be governed by the laws of the State of Texas, USA, without regard to conflict of law provisions and you agree to exclusive personal jurisdiction and venue in the state and federal courts of the United States located in the State of Texas in the city of Austin. Either Ozzie Blessed or you may demand that any dispute between you and Ozzie Blessed about or involving the Services must be settled by binding arbitration utilizing the dispute resolution procedures of the American Arbitration Association (AAA) Austin, Texas, USA. The foregoing shall not prevent Ozzie Blessed from seeking injunctive relief in a court of competent jurisdiction.

**Indemnity.** You agree to indemnify and hold Ozzie Blessed, its subsidiaries and affiliates, and their officers, agents, attorneys and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees, made by you or any third party due to or arising out of: this Agreement, your use of the Services, a breach of this Agreement, any breach of your representations and warranties set forth above, and/or if any content that you post using the Services causes Ozzie Blessed to be liable to another.

**Voidability.** Your failure to use the Services after purchase does not void any part of this agreement.

**Entire Agreement.** This Agreement represents the entire understanding relating to the Services and prevails over any prior or contemporaneous, conflicting or additional communications. In order to participate in certain Services, you may be notified that you may be required to agree to additional terms and conditions. You may receive a copy of this Agreement or ask any questions by emailing clients@ozzieblessed.com

**ACCEPTANCE:**

I _____ *Cynthia Tran* _____ understand and agree to the terms herein, and I understand and agree that by committing to becoming a member of the Cashflow Consulting Academy. I have, or I will pay, my total fees REGARDLESS of my attendance and participation. I understand that after my onboarding, all payments are non-refundable.

Signature: _____ *Cynthia Tran* _____ Date: _____ 6/29/2023

**Tran Exhibit E**

**Appx 00357**