1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13  FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

    GROWTH CAVE, LLC, et al.,

    Defendants.

Case No. 2:25-cv-01115-DOC-RAO

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [52]**

On April 18, 2025, Plaintiff the Federal Trade Commission ("FTC") and Defendants Apex Mind, LLC and Osmany Batte submitted a Second Stipulation to Extend Time to Respond to Initial Complaint. The Court having considered the Stipulation and, good cause appearing, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

1. The deadline for Apex Mind and Mr. Batte to Answer the FTC's Complaint is extended to April 25, 2025.

IT IS SO ORDERED.

Dated: April 21, 2025

                                              /s/ David O. Carter
                                              HON. DAVID O. CARTER
                                              UNITED STATES DISTRICT JUDGE