1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12

13    FEDERAL TRADE COMMISSION,        ) Case No. 2:25-cv-01115-DOC-RAO
                                        )
14                  Plaintiff,          )
                                        )
15           vs.                        ) **ORDER APPROVING JOINT**
                                        ) **STIPULATION RE AMENDING**
16    GROWTH CAVE, LLC, *et al*.,       ) **ANSWER TO PLAINTIFF'S**
                                        ) **FIRST AMENDED COMPLAINT**
17                  Defendants.         ) **[81]**
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27    _____ )

28

ORDER ON JOINT STIPULATION RE AMENDING
ANSWER TO FIRST AMENDED COMPLAINT                          CASE NO.: 2:25-CV-01115

Upon reviewing the Parties' Joint Stipulation re Amended Answer to Plaintiff's First Amended Complaint ("Joint Stipulation") (Dkt. 81), and finding good cause, the Court APPROVES the Parties' Joint Stipulation and orders as follows:

1.    Within two weeks of entry of this Order, Growth Cave, LLC, LLT Research, LLC, and Lucas Lee-Tyson shall file an amended answer to Plaintiff's First Amended Complaint, in accordance with the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: June 26, 2025

HON. DAVID O. CARTER.
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION RE AMENDING
ANSWER TO FIRST AMENDED COMPLAINT                    CASE NO.: 2:25-CV-01115